**FILED**
Friday, 30 July, 2004  09:40:56 AM
 Clerk, U.S. District Court, ILCD

# United States District Court
## Central District of Illinois
### Peoria Division

July 30, 2004

Travis D. Williams, B67417
Menard Correctional Center
P O Box 711
Menard, IL  62259

RE:  Williams v. Spears, et al.
CASE NO. 04-1074

Dear Mr. Williams:

    NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).

                                                                                  JOHN M. WATERS, CLERK
                                                                                  U.S. DISTRICT COURT

cc:  all counsel