# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT PEORIA
### VIDEO WRIT

E-FILED
Monday, 18 October, 2004  04:25:29 PM
Clerk, U.S. District Court, ILCD

| CASE NAME<br><br>Travis D Williams B67417 | CASE NO.<br><br>04-1074 | Beginning Date of Hearing:<br><br>10/28/04 | Type of Hearing:<br>Rule 16 Conf<br><br>Length of Hearing:<br>one day |
|---|---|---|---|

**TO: THE WARDEN OF MENARD CORRECTIONAL CENTER**

   **WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.**

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Travis D Williams | B67417 | Menard Corr Ctr | 10/28/04 | 2:00 PM |
| Lynden Dianne Schmidt | n/a | Concordia | 10/28/04 | 2:00 PM |

**Dated: 10/18/04**

**JOHN M. WATERS, CLERK**
**UNITED STATES DISTRICT COURT**

**BY: __/s/ K. Burns_____**
          **DEPUTY CLERK**

CC: Video Clerk
 Faxed to: Menard Correctional Center/
          Concordia

Format and wording approved by IDOC Legal Counsel 2/11/98

# FAX TRANSMISSION

### CENTRAL DISTRICT OF ILLINOIS

309 Federal Building, 100 N.E. Monroe
Peoria, IL 61602
309-671-7117
Fax: 309-671-7120

**To:**    Menard Correctional Center 618/826-3701      **Date:**    10/18/04
Urbana Video Clerk 217/373-5834
Concordia 217/782-9266                                              Case Number 04-1074


**Pages:**    2,   including this cover sheet.


**From:**    Kerin

**Subject:**    Scheduling of Video Conferencing Equipment

COMMENTS:
          Wardens:
              Attached is the video writ for inmate/witnesses at your institution./location.  Please
refer to the attached schedule and call if you have any questions.

Format and wording approved by IDOC Legal Counsel 2/11/98

# FAX TRANSMISSION

**CENTRAL DISTRICT OF ILLINOIS**

309 Federal Building, 100 N.E. Monroe
Peoria, IL 61602
309-671-7117
Fax: 309-671-7120

| | | | |
|---|---|---|---|
| **To:** | IDOC, Video Scheduler, | **Date:** | October 18, 2004 |
| **Fax #:** | 217/524-6856 | **Pages:** | 2,  including this cover sheet. |
| **From:** | Kerin | | |

**Subject:**     Scheduling of Video Conferencing Equipment

COMMENTS:  This is for  04-1074

IDOC, Video Scheduler:

Please schedule the video time as indicated.  THIS IS A MULTI-POINT CONNECTION. If you have any questions, please do not hesitate to call me.

*Confirmation needed*

Format and wording approved by IDOC Legal Counsel 2/11/98