E-FILED
Wednesday, 20 October 2004 01:09:49 PM
Clerk, U.S. District Court, ILCD

c/o THE CLERK OF THE UNITED STATES DISTRICT
CENTRAL DISTRICT OF ILLINOIS

FR: TRAVIS D. Williams, REG. NO.#B67417, P.O. BX. 711, MENARD, ILLINOIS. 62259

I am writing to you, of my concerns for my coming court date by video court confrence. The reason for my concerns are that this HAS NOT sent me a memo confirming this court date for October 28th 2pm, so I am wondering is this court date still standing for this date? And have your office issued a writ for this court date?

You response will be welcomed about this matter as soon as possiable

Sincerely
Travis D. Williams
October 11, 2004