TRAVIS WILLIAMS
 plaintiff
    vs.
ROBERT M. SPEARS
   defendant

IN THE UNITED STATES DISTRICT COURT
CNTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

CASE NO. 04-1074

FILED
OCT 2 6 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MOTION FOR SUMMARY JUDGEMENT

NOW COMES PLAINTIFF TRAVIS WILLIAMS , PURSUANT TO FED.R.CIV.P.7 AND THIS HONORABLE COURT TO GRANT HIS MOTION FOR SUMMARY JUDGEMENT, IN SUPPORT OF THE PLAINTIFF STATES AS FOLLOWS.:

STATEMENT OF UNDISPUTED FACTS

1. ROBERT SPEARS HAS ADMITTED IN HIS ALTERNTIVE MOTION FOR DISSMISSAL THAT HE RETURNED THE PLAINTIFF MOTION TO HIM .

2. THE PLAINTIFF HAS STATED A CAUSE OF ACTION , THAT VIOLATED THE PLAINTIFF, CONSTITUTIONAL RIGHTS TO ACESS TO THE COURTS .

3. THE PLAINTIFF AT ALL TIMES REQUESTED THAT ROBERT M. SPEARS SEND A, A STAMP AND FILE RETURN MOTION TO THE PLAINTIFF , WHICH ROBERET M. SPEARS REFUSED TO DO.

4. ROBERT M. SPEARS HAS MADE AN INDIVIDUALIZED DECISIONS ON HOW HE WILL RUN THIS OFFICE, TO PREJUDICE INDIGENT PRO, SE LITIGANTS , BY ALWAYS STATING IN LETTERS WITH RETURNED MOTION, THAT HE WOULD NOT FILE THE MOTION OR PETITION, BUT WILL CHECK WITH THE STATES ATTORNEY FIRST!

5. no evidence has been submitted , during the defndantg motion for dismissal, to support the defendant not unconstituionally depriving the plaintiff of his constitutional right to access to the courts.

6. THE PLAINTIFF IS FINISHING A 10½ month sentence due to the fact robert m. spears FAILED TO FILE THE PLAINTIFFS HABEAS CORPUS PETITION.

RESPECTFULLY SUBMITTED
TRAVIS WILLIAMS
*Travis Williams*
REG. NO.* B67417
MENARD C.C. P.O.B. 711
MENARD, IL. 62259

TRAVIS WILLIAMS
  plaintiff
   VS.

ROBERT M. SPEARS
  defendant

BRIEF IN SUPPORT OF SUMMARY JUDGEMENT MOTION

    THE PLAINTIFF HAS MAINTAINED THAT ROBERT M. SPEARS HAS FAILED TO FILE ANY MOTION OR PETITION FOR THE PLAINTIFF AT THE PEORIA CIRCIUT CLERKS OFFICE.
    PURSUANT TO FED.R. CIV. P.1915a THE PLAINTIFF HAS STATED AND IS NITITLED TO SUMMARY JUDGEMENT.
    ON MAY 4th,2004 HAS AGAIN FAILED TO FILE A PETITION OF HABEAS CORPUS CITING HERSHBERGER V. SCALETTA 33.f2d 955(8th cir 1994) ,THE PLAINTIFF HAS WROTE NUMERIOUS LETTERS TO THE CLERKS OFFICE REQUESTING STATUS OF THIS CAUSE OF ACTION,AND THIS PEORIA CONTY CLERK REFUSE TO RESPOND OR ADHERE TO STATE OR FEDERAL LAW CONCERNING THE RIGHTS OF ACCESS TO THE COURTS,SO THEREFORE THIS VERY BRIEF ,BRIEF WITH ATTACTHED EXHIBIT OF PETITION OF HABBAS CORPUS,AND AND EXHIBITS OF LETTERS FROM CLERKS FROM THE STATE OF ILLINOIS ,FEDERAL AND STATE COURTS THAT COMPLY WITH PRISONERS RIGHTS TO ACCESS TO THE COURTS.

RESPECTFULLY SUBMITTED

*Travis Williams*

IN THE CIRCUIT COURT OF _____PEORIA_____ COUNTY
_____TENTH_____ JUDICIAL CIRCUIT
STATE OF ILLINOIS

TRAVIS D WILLIAMS  )
                   )
       Plaintiff,  )
                   )
       vs.         )    No. _____
                   )
EUGENE MCADORY     )
                   )
       Defendant,  )

## PETITION

TO: THE CIRCUIT COURT, COUNTY OF __PEORIA__ :

The petition of __TRAVIS D. WILLIAMS__, for HABEAS CORPUS pursuant to 735 ILCS 5/10-102 et. seq. (1992), states as follows:

1. I __TRAVIS D. WILLIAMS__, in whose behalf the petition is applied for, is confined or restrained of liberty at __MENARD CORRECTIONAL CENTER, MENARD__ Illinois __RANDOLPH__ County, by Warden __EUGENE MCADORY__, respondent above named, Chief Administrative Officer of said correctional center.

2. Name and location of court under whose process plaintiff is confined: __PEORIA COUNTY COURT, 324 MAIN ST. PEORIA, IL. 61602 / Illinois DEPT. OF CORRECTIONS MENARD__

3. Nature of the crime and case number resulting in confinement: __BURGLARY, #00CF1052, 00CF1053__

4. The length of sentence is __12 YEARS = "2" 6 YEAR SENTENCE RAN CONCURRENT__ and a copy of commitment is attached hereto and incorporated herein as "Exhibit A".

5. The date of judgment, order, or decree for confinement is __JANUARY 2001__.

6. I entered a pleas of <u>Guilty</u>/Not Guilty.

Revised Oct 2002

7. I was convicted by a ~~Bench Trial~~ ~~Jury Trial~~, PLEA AGREEMENT

8. Was an appeal taken? NO

9. If you answered "yes" to question "8", list:

    (a) Name of court _____

    (b) Disposition _____

    (c) Date of disposition _____

    (d) Issues raised _____

10. If the answer to question "8" was "no", state the reasons for not appealing: BECAUSE A PLEA AGREEMENT WAS TAKEN IN THE CAUSE OF ACTION, AND CONVICTION DIDNT BECOME ILLEGAL UNTILL march 16th 2004.

11. Have any other applications, petitions, or motions been filed or made in regard to the same detention or restraint? NO

12. If you answered "yes" to question "11", list:

    (a) Name of court _____

    (b) Disposition _____

    (c) Date of disposition _____

    (d) Issues raised _____

15. I believe that I am being held unlawfully on the following grounds:

    (A) Ground one: VIOLATION TO PLAINTIFF RIGHTS PURSUANT TO 730 ILCS 5/3-3-9 (C.)(D.)(E.) HEARINGS

Revised Oct 2002

(B) Ground two: Violated Plaintiff Right to 730 ILCS 5/3-3-2 (1.)(2.)(3.)(4.) Powers and Duties

(C) Ground three: Illinois Department of Correction DR 504 Rule Governing Good Time. The Prisoner Review Board was suppose to hold a fair hearing for the Plaintiff, but didn't, but resulting in revocation of Plaintiff Goodtime and Parole

(D) Ground four: Citing the Fifth and Fourteenth United States Constitutional Amendments, also Judicial circuit court originally gave the time, The Illinois Department of Correction is not an Judicial Entity so therefore they can not enhance a sentence without due process safe guards.

16. Have all grounds raised in this petition been presented to the highest court having jurisdiction? No

17. If you answered "no" to question "16", what grounds were not presented and why: This cause should be taken to the lowest courts, since they are the cause of plaintiffs rights being violated, after conviction.

18. Do you have any other petition or appeal now pending in any court, either state or federal, as to the judgment under attack? No

19. If you answered "yes" to question "18", list:

Revised Oct 2002

(a) Name of court _____

(b) Disposition _____

(c) Date of disposition _____

(d) Issues raised _____

_____

_____

WHEREFORE, Plaintiff prays that a PETITION OF HABEAS CORPUS directed to the Defendant above named, issued for the purpose of inquiring into the cause of the imprisonment and restraint of the Plaintiff, and the delivering him therefrom, pursuant to law.

Respectfully submitted,

/s/ *Travis D. Williams*
Plaintiff, pro se
Number  **B67417**
P.O. Box  **711**
          **MENARD**           , Illinois
Zip code  **62259**

## AFFIDAVIT

I, **TRAVIS D. WILLIAMS**, deposes and says that as to the petition herein, he is the plaintiff in the above entitled cause; that he has read the foregoing document, by his signed and that the statements contained therein are true in substance and in fact.

s/s *Travis D. Williams*
Plaintiff, pro se

Signed before me this **4th** day of **May**, 20**04**.

_____
Notary Public

"OFFICIAL SEAL"
Regina Summers
Notary Public, State of Illinois
My Commission Exp. 07/21/2005

Revised Oct 2002

## VERIFICATION OF CERTIFICATION

I, __TRAVIS D WILLIAMS__, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter.

2. I have read the foregoing application and have knowledge of its contents;

and

3. Under penalties as provided by law pursuant to sec. 1-109 of the Code of Civil Procedure, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.

_Travis D. Williams_
(Your signature)

### ORDER

The foregoing application is:

_____ Granted

_____ Denied

_____
Judge, Circuit Court

Revised Oct 2002

IN THE
COUNTY OF PEORIA
TENTH CIRCUIT COURT

TRAVIS D. WILLIAMS )
Plaintiff, )
) Case No. _____
v. )
EUGENE MCADORY )
ROGER E. WALKER )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: Circuit Clerk Robert Spears
324 Main St Rm G-22
Peoria, IL 61602

TO: States Att: Kevin Lyons
324 Main St. Rm 111
Peoria, IL 61602

PLEASE TAKE NOTICE that on May 11th, 20 04, I have placed the documents listed below in the institutional mail at MENARD Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: 
3 copies of state habeas corpus

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 5/4/04

/s/ Travis D. Williams
NAME: TRAVIS D. WILLIAMS
IDOC#: B67417
MENARD Correctional Center
P.O. BOX 711
MENARD, IL 62259

Revised Oct 2002

TRAVIS D. WILLIAMS )  TENTH JUDICIAL CIRCUIT COURT
PLAINTIFF )
v. )
)
EUGENE MCADORY )
ROGER E WALKER )
DEFENDANTS

## MOTION AND AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I TRAVIS D. WILLIAMS being duly sworn depose and say that the plaintiff in the above entitled cause, that in support of my request to proceed without prepaying fee's, cost or give security therefor, I state that because my proverty, I am unable to pay for the proceedings in this cause.

The nature of the action is HABEAS CORPUS

1. I am not employed
A. I don't receive any stipend from this facility.
B. The last stipend received was Nov 2003.
2. I have not receive any money from the following in the past 12 months
A. Business? None $0.00
B. Rent Payments, Intrest or Divends? None $0.00
C. Pensions, Annuities or Dividends? None $0.00
D. Gifts or Inheritence? None $0.00
E. Any other source. None $0.00

Travis D Williams
Plaintiff
P.O.B. 711
MENARD, IL. 62259

TRAVIS D. WILLIAMS
Plaintiff
V.

EUGENE McADORY
ROGER E. WALKER

IN THE FULTON COUNTY
10th JUDICIAL CIRCUIT

## MOTION FOR APPOINTMENT OF COUNSEL

I TRAVIS D. Williams DECLARE THAT I AM THE PLAINTIFF IN THE ABOVE ENTITLED CASE. I FURTHER STATE THAT I AM UNABLE TO AFFORD THE SERVICE OF AN ATTORNEY.

I HEREBY REQUEST THE COURT TO APPOINT ME COUNSEL IN THE CASE.

IN SUPPORT OF MY MOTION:

1. TRAVIS D. WILLIAMS IS INCARCERATED AT MENARD CORRECTIONAL CENTER
2. PLAINTIFF WILL NOT RECEIVE ANY MONEY FROM STIPEND OR A PRISON JOB WHILE INCARCERATED.
3. I WAS PREVIOUSLY REPRESENTED BY ROBERT GAUBAS IN #03 CM 2753
4. I PREVIOUSLY FILED A MOTION TO PROCEED IN FORMA PAUPERIS.

_Travis D. Williams_
MOVANT'S SIGNATURE

ADDRESS P.O. BOX 711

MENARD, IL. 62259
CITY / STATE / ZIPCODE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

750 Missouri Avenue
P. O. Box 249
East St. Louis, IL 62202
618/482-9371

Norbert G.
Jaworski Clerk

September 2, 2004

Travis Williams
#B-67417
Menard Correctional Center
P.O. Box 711
Menard, IL 62259

Re: Williams v. IDOC, et al.
04-251-JPG

## CASE STATUS NOTICE

We are in receipt of your letter inquiring about the status of your case. As of today,

☒ **Your case is still in threshold (review) status**

☐ Your motion/case is still pending in this court

☐ Your motion has been set for a hearing on _____

TO THE CLERK OF THE COURT

I FILED A 42 § 1983 COMPLAINT IN 04-251-JPG, AND HAVEN'T HEARD A WORD SINCE WHATS THE STATUS ON IT.

Sincerely
Travis Williams
REG. NO. # 367417
MENARD CORR. CTR.
P.O. BOX 711
MENARD, IL. 62259

ALSO A STAMP AND RETURN COPY ENCLOSED ON A NEW COMPLAINT

Thank you.

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
750 Missouri Avenue, P. O. Box 249
East St. Louis, IL 62202
618/482-9371

Norbert G. Jaworski
Clerk of Court

April 13, 2004

## NOTIFICATION THAT YOUR COMPLAINT/PETITION HAS BEEN FILED (WITHOUT FEE)

To: Travis D. Williams

Re: Travis D. Williams vs. IL Dept. Of Corrections et al
Case No. 04-251-JPG

This is to advise you that our office has received your complaint/petition and motion and affidavit in support of request to proceed in forma pauperis. Your request to proceed without payment of fees and cost of security is presently under consideration. When a decision is reached, a copy of the Courts Order will be mailed to you.

Also enclosed are USM-285 process receipt and return forms. A form must be completed for each defendant named in your complaint. Please complete and return the forms as soon as possible.

Please forward all future pleadings/documents/papers to the above address using the above assigned case number.

Sincerely,

NORBERT G. JAWORSKI, Clerk

Deputy Clerk

PS-10
(3/01)



ROBERT J. SPRAGUE, CHIEF JUSTICE

STATE OF ILLINOIS

## COURT OF CLAIMS

630 SOUTH COLLEGE
SPRINGFIELD, ILLINOIS 62756

217/782-7101

JESSE WHITE
SECRETARY OF STATE
AND EX OFFICIO CLERK
OF THE COURT OF CLAIMS

DELORES J. MARTIN
DIRECTOR AND DEPUTY CLERK

September 20, 2004

Mr. Travis Williams #B-67417
P.O. Box 711
Menard, IL  62259

Re:  03-CC-0975

Dear Mr. Williams:

    In response to your recent status inquiry, please be advised that the above captioned claim is open and pending with Commissioner Murphy. The transcript from the hearing held on June 29, 2004 was received in our office on August 11, 2004 and forwarded to Commissioner Murphy. Once the Commissioner's recommendation has been filed, your case will be assigned to a judge.

    Enclosed you will find a copy of the docket record regarding the above captioned case.

                                        Sincerely,

                                        Delores J. Martin
                                        Director and Deputy Clerk

DJM/kk
Enc.
cc:  Comm. Murphy

CC-74.3

BARBARA L. BROWN  
RANDOLPH COUNTY CIRCUIT CLERK  
One Taylor Street  
Room 302  
Chester, Illinois 62233  
Phone: 618/826 500 Ext. 194  
Fax: 618/826 3761

May 28, 2004

Travis D. Williams #B-67417  
P. O. Box 711  
Menard, Il.  62259

RE: Mandamus Petition

Dear Mr. Williams:

    Enclosed please find the documents which you forwarded to this office for filing as well as a copy of Randolph County Administrative Order #90-7. As you will note, you either need to enclose a filing fee or a showing of exigent circumstances to indicate why no fee should be paid. You are also responsible for submitting a statement of your trust account showing the balance for the last six months.

Very truly yours,

*Barbara L. Brown*  
Barbara L. Brown

BLB/js  
Enc:

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT

RANDOLPH COUNTY, ILLINOIS

**FILED OCT 22 1990**

90-7

### ADMINISTRATIVE ORDER

    In all civil cases in this county in which leave is sought by an inmate of a correctional institution to sue or defend as a poor person, the petition for leave to sue or defend as a poor person shall be accompanied by a copy of the inmate's trust fund ledger indicating all deposits and withdrawals made to the inmate's trust fund account for the six months immediately preceding the submission of the petition.

    The petition shall be accompanied by a remittance payable to the Clerk of the Circuit Court in an amount equal to fifty percent of the inmate's average monthly income for six months immediately preceding the filing of the petition, but in no event to exceed the full statutory fee required of all other parties in civil cases. Payment of the balance of the statutory fee shall be postponed pending the entry of a final judgment in such causes as provided by law.

    If an inmate shows good cause why he or she cannot make the partial payment required by this rule, he may petition the court to review his complaint for the existence of a colorable question of law or fact and the court may for good cause shown and the establishment of exigent circumstances excuse pre-payment of fees in their entirety.

ENTER:

_____
CIRCUIT JUDGE

DATED THIS 22nd day of October, 1990.

IN THE
_CENTRAL DISTRICT COURT_
_PEORIA DIVISION_

_TRAVIS WILLIAMS_ )
Plaintiff, )
v. ) Case No. _04-1074_
)
_ROBERT M. SPEARS_ )
Defendant )

## PROOF/CERTIFICATE OF SERVICE

TO: _ROBERT SPEARS_         TO: _CLERK OF CENTRAL_
_324 MAIN ST._                  _DISTRICT COURT PEORIA_
_ROOM_                          _100 N.E MONROE_
_PEORIA, IL 61602_              _PEORIA, IL 61602_

TO: _LYNDON D. SCHMIDT_     TO: _____
_PEORIA COUNTY COURT HOUSE RM 111_  _____
_ASST. STATES ATTY:_            _____
_PEORIA, IL 61602_              _____

PLEASE TAKE NOTICE that on _October 21_, 20_04_, I have placed the documents listed below in the institutional mail at _MENARD_ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: _2 Motion for Summary Judgement to the Central District Court of Peoria Illinois with attached Exhibits with each motion_

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _10/21/04_

/s/ _Travis Williams_
NAME: _TRAVIS WILLIAMS_
IDOC#: _B67417_
_MENARD_ Correctional Center
P.O. BOX _711_
_MENARD, IL_, IL _62259_

Revised July 2004

STATE OF ILLINOIS )
) SS
COUNTY OF Randolph )

## AFFIDAVIT

I, TRAVIS D. WILLIAMS being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto: That All statements are true and correct to my knowledge

Subscribed and sworn to before me on the 21 day of Oct, 2004.

Respectfully submitted,

*Travis Williams*

*Patricia Luers*
NOTARY PUBLIC

"OFFICIAL SEAL"
Patricia Luers
Notary Public, State of Illinois
My Commission Exp. 12/15/2004