# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT URBANA
### VIDEO WRIT

| CASE NAME:<br><br>TRAVIS WILLIAMS v ROBERT SPEARS | CASE NO.<br><br>04-1074 | Beginning Date of Trial:<br><br>1/14/2005 | Type of Trial:<br><br>Length of Trial:<br> days |
|---|---|---|---|

**TO: THE WARDEN OF CONCORDIA**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Lynden Schmidt/Defense Counsel | N/A | CONCORDIA | 1/14/2005 | 1:30 - 2:00 |
| Judge Baker | N/A | URBANA | 1/14/2005 | 1:30 - 2:00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated: October 29, 2004

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: __s/K. Wynn_____
          DEPUTY CLERK

cc: Travis Williams
    Lynden Schmidt