UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**TRAVIS D. WILLIAMS,**
      **Plaintiff,**

      vs.      04-1074

**PEORIA POLICE OFFICER, DIXON, et al.,**
      **Defendants.**

## CASE MANAGEMENT ORDER

    A Rule 16 conference was held before the court on October 28, 2004. The plaintiff appeared pro se and Lynden Dianne Schmidt appeared on behalf of the remaining defendant Robert Spear. After discussion with the plaintiff and defense counsel, the court allows the defendant 30 days to file a response to the plaintiff's summary judgment motion, supported by appropriate documents. The clerk of the court is directed to set a deadline. The plaintiff must respond 30 days thereafter. In the interim, the defendant's motion to dismiss, d/e 13, is denied. Further, a status conference is scheduled for January 14, 2005 at 1:30 p.m. The plaintiff has advised the court that he will be released from incarceration in November. Therefore, the plaintiff is directed to appear personally before the court sitting in Urbana, Illinois for the January 14 2004, 1:30 p.m. status conference. The defendant may appear by video in Concordia.

        s\Harold A. Baker
        _____
        HAROLD A. BAKER
        UNITED STATES DISTRICT JUDGE