**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| TRAVIS WILLIAMS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | CASE NO. 04-1074 |
| ROBERT M. SPEARS, | ) | |
| Defendant. | ) | |

### DEFENDANT ROBERT M. SPEARS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Now comes the Defendant, ROBERT M. SPEARS, by his attorneys, KEVIN W. LYONS, State's Attorney of Peoria County, LYNDEN D. SCHMIDT, Assistant State's Attorney, and for his Answer to Plaintiff's Complaint against him states as follows:

1. Defendant admits that he is the Peoria County Circuit Clerk.

2. Defendant admits that on December 4, 2003, a deputy in his office sent Plaintiff a letter advising him that no charges were filed against Plaintiff as of December 4, 2003, but Defendant denies that he sent the letter.

3. Defendant admits that on January 5, 2004, a deputy in his office sent Plaintiff a letter advising him that charges against him were filed on December 8, 2004, but Defendant denies that he sent the letter.

4. Defendant denies that he personally sent any letters, motions, or any other documents to Plaintiff and further denies that he had any knowledge of Plaintiff or documents sent by Plaintiff or allegedly returned to Plaintiff until he was served with a copy of the complaint in Case No. 04-1074.

5. Defendant denies the remaining allegations in Plaintiff's Complaint.

**WHEREFORE**, ROBERT M. SPEARS prays that judgment be entered in his favor and that the relief requested in Plaintiff's Complaint against him be denied.

## **AFFIRMATIVE DEFENSES**

Now comes the Defendant, ROBERT M. SPEARS, by his attorneys, KEVIN W. LYONS, State's Attorney of Peoria County, LYNDEN D. SCHMIDT, Assistant State's Attorney, and for his affirmative defenses to Plaintiff's Complaint against him states as follows:

1. Plaintiff's claims are barred pursuant to *Heck v. Humphrey*, 512 U.S. 477; 114 S.Ct. 2364 (1994).

2. Defendant is entitled to absolute quasi- judicial immunity.

3. Defendant is entitled to qualified immunity.

**WHEREFORE**, Defendant ROBERT SPEARS prays that judgment be entered in this favor and that the relief requested in Plaintiff's Complaint be denied.

RESPECTFULLY SUBMITTED,
ROBERT SPEARS
Defendant

KEVIN W. LYONS
State's Attorney of Peoria County


By: /s/ Lynden D. Schmidt
     Assistant State's Attorney
     Room 111, Peoria County Courthouse
     324 Main St.
     Peoria, IL  61602
     (309) 672-6017


lds/04/williamsTravis answer.doc/plf

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| TRAVIS WILLIAMS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | CASE NO. 04-1074 |
| ROBERT M. SPEARS, | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

  I, LYNDEN D. SCHMIDT, Assistant State's Attorney of Peoria County, hereby certify that on the 5TH day of November, 2004, I caused a true and correct copy of the attached Answer and Affirmative Defenses to be served upon:

  Travis D. Williams, #B67417
  MCC
  P.O. Box 711
  Menard, IL 62259

by depositing the same in the United States Mail in the Peoria County Courthouse, Peoria, Illinois, postage fully prepaid and addressed as aforesaid.

By: /s/ Lynden D. Schmidt
  Assistant State's Attorney of Peoria County
  Peoria County Courthouse
  324 Main Street, Room 111
  Peoria, IL 61602
  (309) 672-6017