IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION

TRAVIS WILLIAMS

   PLAINTIFF

   VS.

ROBERT M. SPEARS

   DEFENDANT

03-1074

**FILED**

NOV - 5 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MOTION FOR APPOINTMENT OF COUNSEL

THE PLAINTIFF STATES THAT ON SEPTEMBER 3RD, 2003 THE PLAINTIFF SUFFERED A INJURY TO

HIS BLADDER ,KIDNEY, AND STOMACH AND IS TAKING 16 medications that MAY HINDER THE

PLAINTIFF FROM PROSECTING THIS CAUSE OF ACTION

MEDICATIONS ARE LISTED AS FOLLOW:

CIMETIDINE 4000 MG. ,PRILOSEC 20MG., METOCLOPRAMIDE 10MG., COLACE 100MG., CHLORPHENTRAMINE 4MG .,

ROCHLOROTHIAZIDE 25MG., GEMFIBROZIL 600MG NIACIN 500MG., CAPTOPRIL 25MG., TETRACYCLINE 500MG., RULOX #1.,

BISACODYL 5MG., ASPRIN 325 EC., SULFAMETHOXAZOLE/TMP DS T., OCMILK OF MAGNESIA 60ccx2.

THAT THIS PLAINTIFF CLEARY STATES HE IS RECEIVING INADEQUATE MEDICAL TREATMENT AND HAS FILED IN

THE SOUTHERN DISTRICT COURT TO SEEK ADEQUATE MEDICAL RELIEF, THE PLAINTIFF HAS

LOST 30 POUNDS SINCE 9/3/04 AND IS VERY WEAK TO RESEARCH AND PROSECUTE THIS CASE.

the plaintiff PRAYS THAT THIS HONORABLE GRANTS HIS MOTION FOR APPOINTED COUNSEL.

RESPECTFULLY SUBMITTED

Travis Williams

MENARD- C.C.C.

P.O. BOX 711

MENARD, FL 62259

NOTARY AT MENARD CORR. CTR.
WAS NOT AVAiLAbLE FOR PRISONER
TRANS williAMS AND All STATEMENTS
THERE IN THis MOTiON iS TRUE AND
CORRECT.

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned, declare (or certify, verify, or state), under penalty of perjury, that I am the plaintiff in the above action, that I have read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Signed this __1__ day of _NOVEMBER 3004_

_Tromis Williams_

Signature of Plaintiff

IN THE

UNITED STATES DISTRICT COURT FOR
THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

TRAVIS WILLIAMS )
Plaintiff, )
v. ) Case No. 03 - 1074
)
ROBERT M. SPEARS )
Defendant )

**FILED**

NOV - 5 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### PROOF/CERTIFICATE OF SERVICE

ASST. STATES ATTY.
TO: LYNDEN Schmidt

PEO. COUNTY COURT HOUSE

ROOM 111  324 MAIN ST.

PEORIA, IL. 61602

TO: PEO. FEDERAL BID.

100 N.E. MONROE ST.

PEORIA, IL. 61602

TO: _____

TO: _____

PLEASE TAKE NOTICE that on NOVEMBER 1$^{57}$ , 20 04 I have placed the
documents listed below in the institutional mail at MENARD Correctional Center,
properly addressed to the parties listed above for mailing through the United States Postal
Service: 2 COPIES OF APPOINTMENT OF COUNSEL AND
TWO COPIES OF PRODUCTION OF DOCUMENTS AND
ONE COPY OF EACH HAS BEEN MAILED TO LYNDEN SCHMIDT ON
NOVEMBER 1ST 2004

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of
perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the best of my
knowledge.

DATE: 11/1/04

/s/ Travis Williams
NAME: TRAVIS WILLIAMS
IDOC#: B67417
MENARD Correctional Center
P.O. BOX 711
MENARD , IL 62259

Revised July 2004