**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| TRAVIS WILLIAMS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | CASE NO. 04-1074 |
| ROBERT M. SPEARS, | ) | |
| Defendant. | ) | |

<u>**AFFIDAVIT OF STEVEN S. SMITH**</u>

STATE OF ILLINOIS          )
                                            )
COUNTY OF PEORIA       )

NOW COMES STEVEN S. SMITH and states under oath as follows:

1.      I am an adult under no legal disability and if called as a witness in this case could testify to the facts contained herein from my own personal knowledge.

2.      I am the Jail Superintendent at the Peoria County Jail.

3.      I have searched the Peoria County Jail records and Travis D. Williams was arrested by the Peoria Police Department on November 1, 2003.  A true and correct copy of Mr. Williams' arrest card for said arrest is attached hereto as Exhibit 1.

4.      A warrant issued for Mr. Williams by the Illinois Department of Corrections on November 1, 2003 was received by the Peoria County Jail on November 1, 2003.  True and correct copies of said warrant and cover sheet received by the Peoria County Jail on November 1, 2003,  are attached hereto as Exhibit 2.

5.      Mr. Williams was released to the custody of the Illinois Department of Corrections on November 6, 2003 (Exhibit 1).

**FURTHER AFFIANT SAYETH NOT**

*Steven S. Smith*
**STEVEN S. SMITH**

I, STEVEN S. SMITH, hereby certify that under penalties provided by law, the statements set forth in this Affidavit are true and correct, except as to matters herein stated to be on information and belief and as to such matters I hereby certify that I thoroughly believe the same to be true.

*Steven S. Smith*                                        Signed and sworn to before me this _16th_
**STEVEN S. SMITH**

*Carol L. Speck*                                         day of _November_ , 2004.
**NOTARY PUBLIC**

                                                **EXHIBIT A**

OFFICIAL SEAL
CAROL L. SPECK
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 6-1-2007

Lds/04/williamsTravis smith affidavit.doc/PLF