# ARREST CARD

| Field | Value |
|---|---|
| DOCUMENT CONTROL NUMBER | 00 |
| ARRESTING AGENCY NCIC NO-ORI | |
| STATE BUREAU NUMBER – BCI | |
| CONTRIBUTOR NCIC NO – ORI | PEORIA COUNTY SHERIFF'S DEPT. IL0720000 |
| FBI NUMBER - FBI | |
| ARRESTED HELD FOR PROSECUTION | |
| ARREST JACKET NUMBER - IID | 00114124 |
| LAST NAME - NAM | WILLIAMS, TRAVIS |
| FIRST NAME | |
| SEX | M |
| RACE | B |
| SOB | IL |
| DATE OF BIRTH - DOB | 07/23/63 |
| HEIGHT | 511 |
| WEIGHT | 220 |
| HAIR – HAI | BLK |
| SKIN – SKN | MED |
| SCARS/MARKS/TATOOS – SMT | NONE |
| SOC. SEC. NUMBER | 396820788 |
| DATE OF ARREST - DOA | 11/01/03 |
| DATE OF OFFENSE - DOO | 11/01/03 |
| DATE PRINTED | 11/01/03 |
| CAUTION / BASIS FOR CAUTION – ICO | BACK/LEGS/ULCER |

### Charges

| CHARGE NUMBER | CHAPTER ARTICLE SECTION SUBSECTION | DESCRIPTION OF OFFENSE | |
|---|---|---|---|
| 01 | 000 No Code | HOLD DEPT CORRECTIONS | PN0313090 999 |
| 02 | 720 ILCS 5/12-3.2 | DOMESTIC BTRY/BODILY HARM PRI | |
| 03 | 38-12-2(a)(1) | AGG ASSAULT/DEADLY WEAPON | NTA Rel Kenny 12-9-03 0900 210 |
| 04 | 38-19-3 | RESIDENTIAL BURGLARY | |

| Field | Value |
|---|---|
| ARRESTED RESIDENCE ADDRESS | 3506 MOLLECK #A |
| CITY | PEORIA |
| STATE | IL |
| PHONE NUMBER | 61605 999-9 |
| MARITAL STATUS | SINGLE X |
| US CITIZEN | Y |
| PRINTED | Y |
| PHOTO TAKEN | Y |
| RELIGION | BAPTIST |
| EDUCATION | 16 |
| OCCUPATION | COOK |
| EMPLOYERS NAME | SELF |
| CITY | PEORIA |
| ARRESTING OFFICER | FUCHS, D A |
| BADGE OR SSN | DAF |
| TRANSPORTING OFFICER | X CONVERSION, OFFI |
| BOOKING OFFICER | RUTHERFORD, A |
| BOOKING TIME | 1413 |
| ARREST ON WARRANT | X |
| ARREST LOCATION | 2500 W BLK FORREST HILL PD PEORIA IL |
| ARREST TIME | 1105 |
| RESISTED | N |
| ASSAULTED | N |
| INJURED | N |
| N A | |
| LEADS CHECK MADE | YES X |
| ADDITIONAL OFFICERS | ROBINSON, MARILYN / MUSHINSKY, MICHAEL |
| NAME | MR / MBM |

HOW RELEASED: NTA 12/9/03 9:00 210

| REL TIME | REL DATE | RELEASING OFFICER | BAIL SET AT | BOND POSTED |
|---|---|---|---|---|
| 0600 | 11/6/03 | DeJoe | Rel to | |

COURT TIME: DOC

AGENCY INFORMATION:
HOLD FOR DOC
PN 0313090
AFF ASSAULT W/KNIFE

F2-F1

ORIGINAL - BOOKING AGENCY

PROPERTY SECURITY NUMBER: BLK BAG

ITEMS ISSUED: MATTRESS, BLANKET, SHEET, UNDERCLOTHES, TOWEL, TOOTHBRUSH, UNIFORM, SHOES

OFFICER RECEIVING AND ISSUING PROPERTY / DATE: 11-1-0

ARRESTED SIGNATURE: Travis D. Williams
RELEASING OFFICER: DeJoe  DATE: 11/6/03

### Personal Items

| ITEM | DESCRIPTION | ITEM | DESCRIPTION |
|---|---|---|---|
| SHOES | | BELT/HAT | |
| | | WALLET/KEYS | |
| COAT | | CASH | |
| | | JEWELRY | |
| SHIRT | | | |
| PANTS | | | |

331/60M/3/2001

Smith Affidavit, Ex. 1