## AMS/Illinois Department of Corrections

Phone-(800)322-6583 / Fax-(630)820-6713 or (630)820-9383

# Warrant Cover Sheet

Date: __11/1/03__   Total pages sent __3__

To: __Peoria Co Jail__   Fax#: __309-697-2139__

Offender: __Travis D. Williams__ IDOC#: __B67417__

Attn: __Desk Sgt__

The Illinois Department of Corrections has issued a no bond warrant on this offender. To confirm that you have received the Warrant issued on the above offender, please sign and date the Warrant Receipt, and fax it back to one of the fax numbers listed above. Also, if a police report is available, or information on where a police report can be obtained, please fax that information along with the Warrant Receipt. If you have any questions, please feel free to call: (800) 322-6583.

Thanks-
Tiffany

Additional Information:
Please sign the Reciept for warrant and fax to 630-820-6713.
Thanks

**Commitment Type:**
(Check One)

Adult Felon: ☒
Juvenile Felon: ☐
Juvenile Delinquent: ☐

Mandatory Discharge Date: _____



Warrant Number: PN 0313090 _____

# FUGITIVE APP. UNIT

**ILLINOIS DEPARTMENT OF CORRECTIONS**

# WARRANT

The Director of the Department of Corrections sends greeting to all sheriffs, coroners, peace officers, and keepers and custodians of jail facilities in the State of Illinois and to the following other specifically designated persons:

_____

It appearing to the undersigned, an officer authorized by the Director of the Department of Corrections, that:

Subject, __TRAVIS D. WILLIAMS__ , __B67417__
          Print Name                    IDOC#

a person in the lawful custody or under the lawful supervision of the Department of Corrections pursuant to the statutes of the State of Illinois, is absent without authorization or has violated the rules and/or conditions of parole, Mandatory Supervised Release, or of the transition program on the __1ST__ day of __NOVEMBER__, 20__03__.

It is hereby ordered that the above named person be retaken immediately into custody and be held for delivery to the Director of the DEPARTMENT OF CORRECTIONS or his duly authorized agent.

Given under my hand this __1ST__ day of __NOVEMBER__, 20__03__.

This Warrant is issued to the authority granted the Department of Corrections in the Unified Code of Corrections, 730 ILCS 5/3-9-6, 730 ILCS 5/3-13-4, and 730 ILCS 5/3-14-2.

ILLINOIS DEPARTMENT OF CORRECTIONS

_signature_
Director or Authorized Designee

_signature_
Issuing Officer



Distribution: Offender's Master File; Parole File; Warrant File

*Printed on Recycled Paper*

DOC 0195 (Eff.2/2003)
(Replaces DC 735)

D24/WARD : ARREST