IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| TRAVIS WILLIAMS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | CASE NO. 04-1074 |
| ROBERT M. SPEARS, | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF ROBERT M. SPEARS**

STATE OF ILLINOIS     )
                      )
COUNTY OF PEORIA      )

NOW COMES ROBERT M. SPEARS and states under oath as follows:

1. I am an adult under no legal disability and if called as a witness in this case could testify to the facts contained herein from my own personal knowledge.

2. I am the Peoria County Circuit Clerk.

3. Throughout the year of 2004 to the present date there are and have been 48 deputy clerks in my office.

4. In 2003, 2,949 criminal misdemeanor cases were filed in my office and 58,558 total cases were filed in my office.

5. In 2004, 2,603 criminal misdemeanor cases have been filed in my office to date and 54,318 total cases have been filed in my office to date.

6. I do not file and never have filed any documents in my office.

7. There is no file in my office or record of charges in criminal cases prosecuted by the State's Attorney until the State's Attorney's Office files charges.

8. I did not send any letters to Mr. Williams nor did I know of any letters sent to him by my office until I received a copy of the complaint herein on June 10, 2004.

9. I had no knowledge of any documents sent by Mr. Williams to my office until I received a copy of the complaint herein on June 10, 2004.

10. I have reviewed the file in my office on Mr. Williams' misdemeanor case, Case No. 03 CM 2753, and attached to this Affidavit are true and correct copies of the following documents filed in said case:

| DOCUMENT NAME | FILE DATE | EXHIBIT NO. |
|---|---|---|
| Information with Notice to Appear | 12/08/03 | 1 |
| Continuance Order entered 12/09/03 | 12/10/03 | 2 |
| Letter from Mr. Williams dated 12/31/03 | 01/05/04 | 3 |
| Proof of Service | 01/05/04 | 4 |
| Motion for Appointment of Counsel | 01/05/04 | 5 |
| Application to Sue or Defend as a Poor Person | 01/05/04 | 6 |
| Leave to File Petition of Mandamus | 01/05/04 | 7 |
| Envelope with 01/02/04 postmark | 01/05/04 | 8 |
| Letter from Deputy Clerk to Mr. Williams dated 01/05/04 | | 9 |
| Interim Order entered 01/20/04 | 01/20/04 | 10 |
| Letter from Mr. Williams | 01/26/04 | 11 |
| Proof of Service | 01/26/04 | 12 |
| Motion to Dismiss with four exhibits | 01/26/04 | 13 |
| Motion for Clerk Issuance of Subpoena(s) | 03/16/04 | 14 |
| Order entered 03/16/04 | 03/16/04 | 15 |
| Order entered 03/16/04 | 03/16/04 | 16 |
| Letter from Mr. Williams | 04/16/04 | 17 |
| Notice of Filing | 04/16/04 | 18 |
| Motion for Change of Place of Trial with one exhibit | 04/16/04 | 19 |
| Motion for Clerk Issuance of Subpoenas | 04/16/04 | 20 |
| Motion for Effect of Failure to Arraign and Irregularity of Arraignment | 04/16/04 | 21 |
| Motion to Suppress Confession | 04/16/04 | 22 |
| Motion to Dismiss Charge with six Exhibits | 04/16/04 | 23 |
| Motion for a Bill of Particulars | 04/16/04 | 24 |
| Letter from Mr. Williams | 06/01/04 | 25 |
| Proof of Service | 06/01/04 | 26 |
| Document entitled "Defendant Seeking a Court Order" | 06/01/04 | 27 |
| Interim order allowing counsel to withdraw entered 06/02/04 | 06/02/04 | 28 |
| Order entered 06/02/04 | 06/02/04 | 29 |
| Order appointing counsel entered 06/03/04 | 06/03/04 | 30 |
| Parole Violation Report and Parole Board Findings filed with Williams' to Vacate | 08/17/04 | 31 |

**EXHIBIT B** page 2 of 3

11. I never saw any Petitions for Habeas Corpus sent by Mr. Williams to my office nor did I have any knowledge of any Petitions for Habeas until Mr. Williams raised them in this case.

12. I have reviewed the files in my office on Mr. Williams' two felony cases, Case Nos. 00 CF 1052 and 00 CF 1053, and attached to this Affidavit as Exhibit 32 is a true and correct copy of a letter from Mr. Williams filed in said cases.

**FURTHER AFFIANT SAYETH NOT.**

_Robert M Spears_
**ROBERT M. SPEARS**

I, ROBERT M. SPEARS, hereby certify that under penalties provided by law, the statements set forth in this Affidavit are true and correct, except as to matters herein stated to be on information and belief and as to such matters I hereby certify that I thoroughly believe the same to be true.

_Robert M Spears_
**ROBERT M. SPEARS**

Signed and sworn to before me this 17 day of Mr., 2004.

"OFFICIAL SEAL"
Tamra E. Lomelino
Notary Public, State of Illinois
My Commission Exp. 02/19/2006

_Tamra E Lomelino_
**NOTARY PUBLIC**

**EXHIBIT B** page 3 of 3

Lds/04/williamsTravis spears affidavit.doc/PLF