**STATE OF ILLINOIS, PEORIA COUNTY**
**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT**

THE PEOPLE OF THE STATE OF ILLINOIS,    (        )    CASE NO: 03CM2493
vs.                           0300032329  PD PEORIA

TRAVIS D WILLIAMS
AKA:
3506  MOLLECK #A
PEORIA, IL 61605
DOB: 07/23/1963 RACE: B
HGT: 511 WT: 220 SEX: M
DCN: 070928681
NTA 12-9-03 9:00
    Defendant

**FILED**
ROBERT M. SPEARS
DEC 0 8 2003
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

**INFORMATION**

[X] THE UNDERSIGNED  [ ] THE GRAND JURY charges in Count 01 OF 02, a Class A MISD, that on or about the date of 11/01/2003 in said Peoria County, State of Illinois,

TRAVIS D WILLIAMS committed the offense of DOMESTIC BATTERY in that HE KNOWINGLY AND WITHOUT LEGAL JUSTIFICATION MADE PHYSICAL CONTACT OF AN INSULTING OR PROVOKING NATURE WITH LINDA JACKSON A FAMILY OR HOUSEHOLD MEMBER OF THE DEFENDANT, IN THAT HE STRUCK LINDA JACKSON

in violation of 720 ILCS 5/12-3.2(a)(2) of the Illinois Compiled Statutes.

**A TRUE BILL**

_____
Grand Jury Foreperson

The undersigned, on oath, states that the allegations herein are true.

KEVIN W. LYONS, State's Attorney

Sworn to me on December 5, 2003
   (Date)

By _____
Assistant State's Attorney

**LIST OF WITNESSES:**

OFFICIAL SEAL
SUZAN McGHEE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-12-2004

Suzan McGhee
~~Judge~~ - Notary Public    (seal)

**ORDER**

[ ] Based on matters presented, the Court finds probable cause for pretrial detention and bond is set at $ _____
[ ] Clerk shall prepare and issue a Warrant of Arrest based on a finding of probable cause and bond is set at $ _____
[ ] Summons to issue for Appearance on _____ at _____ A.M./P.M. in Courtroom _____
[ ] This indictment having been returned in open court on _____, this case is hereby assigned to Judge _____ in Courtroom _____.

  [ ] Defendant(s) is in custody, and a Directive is issued to the Sheriff to produce the _____
to appear for arraignment in Courtroom _____ on _____ at _____ A.M./P.M.

  [ ] Defendant(s) has been released pending this case and the Clerk is ordered to notify the _____
to appear for arraignment in Courtroom _____ on _____ at _____ A.M./P.M.

[ ] This Bill of Indictment is hereby ordered kept secret until the defendant(s) is in custody or has given bond pursuant to Chapter 725 Act 5 Section 6(b), Illinois Compiled Statutes.
[ ] Bond is presently set on this indictment at _____
[ ] Other: _____

_____  _____   _____
Entered (date)                       Judge                             Assistant State's Attorney

Spears Affidavit, Ex. 1, page 1 of 3

**STATE OF ILLINOIS, PEORIA COUNTY**
**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT**

THE PEOPLE OF THE STATE OF ILLINOIS,    (    )    CASE NO: 03CM2753
vs.
0300032329  PD PEORIA
TRAVIS D WILLIAMS
AKA:
3506   MOLLECK #A
PEORIA, IL 61605
DOB: 07/23/1963 RACE: B
HGT: 511 WT: 220 SEX: M
DCN: 070928681
NTA 12-9-03 9:00
Defendant

FILED
ROBERT M. SPEARS
DEC 0 8 2003
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

INFORMATION

[X] THE UNDERSIGNED    [ ] THE GRAND JURY charges in Count 02 OF 02, a Class A MISD, that on or about the date of 11/01/2003 in said Peoria County, State of Illinois, TRAVIS D WILLIAMS committed the offense of THEFT in that HE DID KNOWINGLY EXERT UNAUTHORIZED CONTROL OVER PROPERTY OF LINDA JACKSON SAID PROPERTY BEING A CELL PHONE WITH THE INTENT TO PERMANENTLY DEPRIVE THE OWNER OF THE USE OR BENEFIT OF SAID PROPERTY

in violation of 720 ILCS 5/16-1(a)(1)    of the Illinois Compiled Statutes.

**A TRUE BILL**

_____
Grand Jury Foreperson

The undersigned, on oath, states that the allegations herein are true.

KEVIN W. LYONS, State's Attorney

Sworn to me on December 5, 2003    By _____
(Date)                                Assistant State's Attorney

LIST OF WITNESSES:

OFFICIAL SEAL
SUZAN McGHEE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-12-2004

Suzan McGhee
~~Judge~~ - Notary Public    (seal)

**ORDER**

- [ ] Based on matters presented, the Court finds probable cause for pretrial detention and bond is set at $ _____
- [ ] Clerk shall prepare and issue a Warrant of Arrest based on a finding of probable cause and bond is set at $ _____
- [ ] Summons to Issue for Appearance on _____ at _____ A.M./P.M. in Courtroom _____
- [ ] This indictment having been returned in open court on _____, this case is hereby assigned to Judge _____ in Courtroom _____.
  - [ ] Defendant(s) is in custody, and a Directive is issued to the Sheriff to produce the _____
  to appear for arraignment in Courtroom _____ on _____ at _____ A.M./P.M.
  - [ ] Defendant(s) has been released pending this case and the Clerk is ordered to notify the _____
  to appear for arraignment in Courtroom _____ on _____ at _____ A.M./P.M.
- [ ] This Bill of Indictment is hereby ordered kept secret until the defendant(s) is in custody or has given bond pursuant to Chapter 725 Act 5 Section 6(b), Illinois Compiled Statutes.
- [X] Bond is presently set on this Indictment at _____
- [ ] Other: _____

_____(date)_____    _____Judge_____    _____Assistant State's Attorney_____

Spears Affidavit, ex. 1, page 2 of 3

IN THE CIRCUIT COURT OF THE
TENTH JUDICIAL CIRCUIT
PEORIA COUNTY

**NOTICE TO APPEAR**

(1)

| Issue Date | Peace Officer's Signature | I.D. No. |
|---|---|---|
| 11/06/03 | DeJoe | 453 |

TO: Name (Print or Type)
WILLIAMS, TRAVIS D

Address (No., City, State, Zip)
3506 MOLLECK #A PEORIA, IL 61605

| Sex | Race | D.O.B. | Hgt. | Wgt. | Eyes | Hair | Skin |
|---|---|---|---|---|---|---|---|
| M | B | 07/23/63 | 511 | 220 | BRO | BLK | MED |

Social Security No.
396820788

Drl. Lic. No. & State

Pursuant to Chapter 725 ILCS 5/107-12, you are hereby notified to appear in the CRIMINAL COURT ROOM # 210 County Court House, Peoria, Illinois

On (2) 12/09/03 at 09:00 AM Hrs.

to answer charges of (3) DOMESTIC BTRY/BODILY HARM PRI
AGG ASSAULT/DEADLY WEAPON
RESIDENTIAL BURGLARY

**EXPLANATION**

At the above time and place, you will be given a formal complaint and further advised of your legal rights. Should you fail to appear, a warrant may be issued in which case you will be taken into custody.

RECEIPT OF NOTICE   Travis D Williams
(4) Signature of recipient of notice

**EXPLANATION TO COMPLAINING PARTY**

Before the appearance date set above, you MUST APPEAR at the State's Attorney's Office, First floor, County Court House, Peoria, Illinois and sign a written complaint, bringing this notice with you.

(5) Signature of Complaining Party
NTA PER SAO KENNY

Address of Complaining Party and Telephone

(6) AGENCY     PD PEORIA IL

Incident #    0300032329

CIRCUIT CLERK COPY

Spears Affidavit, Ex. 1, page 3 of 3