MR. SPEARS ON DECEMBER 4th 2000, you sent some documents to me, and I AM TRYING TO CLEAR SOME THINGS UP, FAR AS PENDING CRIMINAL CASES!
THE LETTER YOU SENT XXXXXX STATED THAT I DONT HAVE ANY, PENDING CASES?
so IAM ASKING YOU TO SEND A LETTER HERE TO THE RECORDS OFFICE STATING THIS,
I WOULD GLADY APPRECIATE YOUR COOPERATION.

*Thank you Very Much!*

TRAVIS D. WILLIAMS
B-67417
R.R. 2 BOX 31
LAWERENCE CORR. CTR.
SUMNER, IL. 62466

Mr. Spears, I am well aware of, the prices you included in your last letter to me, But as you may see on page #3 of this paper work I am without any money and won't have no more than $10.00 per month for the next year, But as this petition goes before the court, the court has the authority to issue a court order for payment of no more than twenty percent of my monthly earnings, here while I am incarcerated, under 735 ILCS 5/5-105 and rule 298 of THE ILLINOIS SURPREME COURT, AND I HAVE NO PROBLEM WITH THIS, if I could pay the whole fee I would gladly do it, But there are two copies enclose please stamp and return one of the copies.

Sincerely

Travis D. Williams
#B67417
12-31-03

FILED
ROBERT M. SPEARS
JAN 05 2004
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

Spears Affidavit, Ex. 3