Wednesday, 17 November, 2004
Clerk, U.S. District Court

IN THE
CIRCUIT COURT FOR THE 10TH JUDICIAL COURT

PEORIA COUNTY, ILLINOIS

TRAVIS D. WILLIAMS )
  Plaintiff, )
) Case No. 03 CM 2153
X )
RANDELL E. WARD )
  GEORGE RICHARDSON )
PEORIA POLICE OFFICER DIXON )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: COUNTY CLERK ROBERT M. SPEARS

324 MAIN STREET RM. G-22
PEORIA ILLINOIS. 61602

TO: kevinlyons : STATES ATTORNEY

324 MAIN STREET
PEORIA ILLINOIS. 61602

FILED JAN 0 5 2004 ROBERT M. SPEARS CLERK OF THE CIRCUIT COURT PEORIA COUNTY, ILLINOIS

PLEASE TAKE NOTICE that on DECEMBER 31st, 2003, I have placed the documents listed below in the institutional mail at LAWERENCE Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: 2 COPIES OF MANDAMUS + 2 copise of appointment of counsel + 2 COPIES TO DEFEND AS A POOR PERSON

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained herein is true and correct to the best of my knowledge.

DATE: 12-31-03

/s/ Travis D. Williams
NAME: TRAVIS D. WILLIAMS
IDOC#: B-67417
lawerence Correctional Center
P.O. BOX 31
SUMNER, IL 62466

Revised Jan 2002

Spears Affidavit, Ex. 4