THE CIRCUIT COURT FOR THE __10th__ JUDICIAL COURT
__PEORIA__ COUNTY, ILLINOIS

TRAVIS D. WILLIAMS            )
_____   )
       Petitioner             )
         v. "POLICE" PEORIA CO.   )   No. _____
RANDELL E. WARD / GEORGE RICHARDSON / OFFICER DIXON )
       Respondent

FILED
ROBERT M. SPEARS
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS
JAN 0 5 2004

## MOTION FOR APPOINTMENT OF COUNSEL

The undersigned (Petitioner/Respondent), __TRAVIS D. WILLIAMS__, respectfully moves the court to appoint counsel for (him/her) in this cause. In support, (Petitioner/Respondent) states:

1. I have been incarcerated continuously since __1995__, and am presently held in custody and residing at the __LAWERENCE__ Correctional Center in __SUMNER__ Illinois, County of __LAWRENCE__.
2. I am without sufficient income or assets with which to pay for the costs of these proceedings or to employ an attorney to represent me in this matter.
3. I am without the services of counsel to represent me in this matter and I wish the Court to appoint counsel to represent me in this matter.
4. I have a constitutional right to access to the courts, and without the assistance of counsel, my access to the courts will not be adequate, effective or meaningful because:
   ACCORDING TO 705ILCS 205/1. NO PERSON SHALL BE PERMITTED TO PRACTICE AS A ATTORNEY OR COUNSLER AT LAW WITHIN THIS STATE WITH OUT HAVING A LICENSE! PLUS THE PETTIONER HAS NO KNOWNLEDGE OF ILLINOIS LAW!
5. My (claim/defense) in this matter is not frivolous or malicious, but is colorable and meritorious.
6. Since this matter concerns the (condition/duration) of my confinement, I have sought (institutional/administrative) review of this matter through the proper grievance procedures before this action was filed. (At this point state what, if any, action was taken or decision that was made concerning your grievances).
   I RECEIVED AN ADDITIONAL 30DAYS UNJUSTLY CONFINEMENT, WHEREAS THE PRISON REVIEW BOARD WILL ASK THE SAME SAME PEOPLE THAT FALSELY ACCUSED THE PETTIONER ABOUT A FORGED POLICE REPORT TO APPROVE THIS REPORT FOR FELONY CONVICTION, AGAINST THE PETTIONER!

WHEREFORE, (Petitioner/Respondent) __TRAVIS D. WILLIAMS__, respectfully requests that counsel be appointed to represent (him/her) in this matter.

_Travis D. Williams_
(Your Signature)

Type or print name __TRAVIS D. WILLIAMS__
Register number __B-67417__
__LAWERENCE__ Correctional Center
Box __31__
__SUMNER__, Illinois __SUMNER 62466__
(Petitioner/Respondent), Pro Se

Revised Jan 2002

Spears Affidavit, Ex. 5