IN THE CIRCUIT COURT FOR THE __10th__ JUDICIAL COURT
__PEORIA__ COUNTY, ILLINOIS

TRAVIS D. WILLIAMS_____,  )
    Petitioner,  )
v. **RANDELL E. WARD**  )
    **GEORGE RICHARDSON**  ) No. _____
Peoria Co. **POLICE OFFICER**,  )
    Respondent.  )

## APPLICATION TO SUE OR DEFEND AS A POOR PERSON

Applicant, __TRAVIS D. WILLIAMS__, respectfully requests the Court, pursuant to Illinois [see 735 ILCS 5/5-105] and Rule 298 of the Illinois Supreme Court, to grant (him/her) leave to (sue/defend) as a poor person; in support applicant states that the following facts are true in substance and in fact:

1. I am the (Petitioner/Respondent) in the above captioned legal proceedings.
2. I am a poor person and unable to (prosecute/defend) this action and am unable to pay the costs, fees and expenses of this action.
3. My occupation or means of subsistence:
   (a) I am not currently employed due to my imprisonment at __LAWERENCE__ Correctional Center but I receive (a state stipend/nominal wages) of $__TEN__ per month.
   (b) The amount and source of all other income or support are: __NONE__

4. My total income for the preceding year was $__120.00__.
5. The sources and amount of income expected by me hereafter are:
   $120.00 for the whole year of 2004!
6. The nature and current value of any property, real or personal, owned by me:
   (a) Real Estate: __none__
     value: __n/a__
   (b) Motor Vehicle: __none__
     value: __0.00__
   (c) Cash, saving, checking, etc. $ __0.00__
     value: __$0.00__
   (d) Prison trust account: __$0.05__
     value: __$0.05c__
   (e) Other (eg., T.V., etc.) __NONE__
     value: __$0.00__

7. No applications for leave to sue or defend as a poor person were filed by me or on my behalf during the preceding year, except as follows:
   __COURT OF CLAIMS CC -0975__
8. I believe in good faith that I have a meritorious (claim/defense).

                       _Travis D. Williams_
                       (Your Signature)
                       Type or print name __TRAVIS D. WILLIAMS__
                       Register Number: __B67417__
                       __lawerence__ Correctional Center
                       Box __31__
                       __SUMNER__, Illinois __62466__
                       (Petitioner/Respondent), Pro Se

Spears Affidavit, Ex. 6