IN THE CIRCUIT COURT OF __Peoria__ COUNTY, ILLINOIS
THE COURT FOR THE __tenth__ JUDICIAL CIRCUIT
LAW DIVISION

__TRAVIS D. WILLIAMS__                        )
                          Plaintiff, )
              vs              )        No. _____
__RANDALL E. WARD__              )
PEORIA POLICEOFF. DIXON         )
GEORGE RICHARDSON            Defendant.

JAN 0 6 2004

## LEAVE TO FILE PETITION OF MANDAMUS

NOW COMES Plaintiff, __TRAVIS D. WILLIAMS__, pro se, in order to give notice to the Court for leave to file a PETITION OF MANDAMUS pursuant to Code of Civil Procedure 735 ILCS 5/14-101 et. seq., directed to the above named Defendants. In support thereof, Plaintiff states as follows:

1. Leave to file PETITION OF MANDAMUS is an original action before the Court.

2. Plaintiff presents for review issues of law pertaining to him while incarcerated at __LAWERENCE__ Correctional Center, __SUMNER__, Illinois, __LWAERENCE__ County.

3. Plaintiff contends that the issues to be presented are concerning his right to __DUE PROCESS   705 ILCS505/9 ARRAINMENT, BOND HEARING, PLININARY HEARING__.

4. Plaintiff alleges in the petition that __HIS PAROLE WAS REVOKED FASLELY__.

5. Plaintiff's petition seeks to compel the Defendant to __WITH DRAW FROM GIVING ANY FURTHER STATEMENTS, AND GIVE A TRUE STATEMENT THAT THERE WAS NO ACTUAL ChARGES FILED ON THE PLAINTIFF ON NOVEMBER 1, 2003__.

6. Plaintiff hereby incorporates by reference all grounds and allegations stated in the PETITION OF MANDAMUS, a copy of which is attached hereto.

7. WHEREFORE, plaintiff prays this Court to grant him leave to file a PETITION OF MANDAMUS.

Respectfully submitted,
_Travis D. Williams_
Plaintiff, pro se, ID# Number __B62417__
P.O. Box __31__
__LAWERENCE__ Corr Ctr, __SUMNER__, IL __62466__

Revised Jan 2002

1:04-cv-01074-HAB-JAG    #26-4    Page 2 of 2

6. WHEREFORE, Plaintiff prays the Court will grant any such relief as the Court deems just and necessary by ruling Defendant's actions of <u>OFFICIAL MISCONDUCT ILLEGAL, AND UNCON-CONSTITUTIONAL! 725 ILCS 5/103-2</u>

7. WHEREFORE, plaintiff further prays the Court will issue an ORDER OF MANDAMUS compelling Defendant to:

(a) <u>PLACE THE PLAINTIFF BACK ON PAROLE, AND SEND STATEMENTS TO THE PRISON REVIEW BOARD OF THIER ACTIONS OF OFFICIAL MISCONDUCT.</u>

(b) <u>SUSPEND OR TERMINATE THE DEFENDANTS.</u>

(c) To grant plaintiff leave to file brief in support of PETITION OF MANDAMUS.

(d) To grant such other relief as the Court deems just necessary.

Respectfully submitted,

*Travis D. Williams*
Plaintiff, pro se

Signed before me this 17th day of December, 2003.

*Sharon L. McCorkle*
Notary Public

"OFFICIAL SEAL"
Sharon L. McCorkle
Notary Public, State of Illinois
My Commission Exp. 07/03/2005

STATE OF ILLINOIS
COUNTY OF PEORIA

### AFFIDAVIT

I, TRAVIS D. WILLIAMS, deposes and says that as to the petition herein, he/she is the plaintiff in the above entitled cause; that he/she has read the foregoing document, by his/her signed, and that the statements contained therein are true in substance and in fact.

s/s *Travis D. Williams*
Plaintiff, pro se

Signed before me this 17th day of December, 2003.

*Sharon L. McCorkle*
Notary Public

Revised Jan 2002