Wednesday, 17 November
Clerk,

James D. Williams
Reg. No. # B6741
PW. Corr. Ctr.
P.R.X Box 31
Sumner, IL. 62466

PRIVILEGED MAIL

PRIVILEGED MAIL

FILED
ROBERT M. SPEARS
JAN 0 5 2004
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

PEORIA COUNTY CIRCUIT CLERK:
Robert Spears
324 Main St. Room G-22
Peoria, IL. 61602

JAN 07 04
$0.60

Spears Affidavit, Ex. 8