January 5, 2004

Dear Mr. Williams:

In review of the documents that you have sent, I find new charges filed on the 8th day of December 2003. The charges are domestic violence and theft. I will forward a copy of the information to the State's Attorney.

I must inform you that in the future there is a $10.00 mailing fee. The cost of all copies is $2.00 for the first copy and .50 for each additional copy. A record search of any criminal history is $6.00 for each year. The fees must all be paid prior to your request being processed.

ROBERT M. SPEARS
CIRCUIT CLERK


DEPUTY

Spears Affidavit, Ex. 9