**STATE OF ILLINOIS, PEORIA COUNTY, IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT**

☒ PEOPLE OF THE STATE OF ILLINOIS
☐ CITY OF PEORIA, IL, A MUNICIPAL CORP.
☐ _____, Plntf.
vs.
Travis D Williams, Def.

Case Number: 03 CM 2753

FILED
ROBERT M. SPEARS
JAN 20 2004
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

| Judge: D. Collier | Crt Rep: | Pltf Atty: D. Asberry |
| Def Atty/PRO SE: R. Davis (asst. PD) | Crt: 210 | Court Clerk: Yolanda |

**INTERIM ORDER**

THE COURT FINDS: — in D.O.C.

☒ 1. The Defendant ☒ appearing ☐ not appearing
☒ 2. The Defendant is informed of the charge(s) in the __Information__, and furnished a copy thereof.
☒ 3. The Defendant desires Court appointed counsel and the Court determines the Defendant ☒ is indigent ☐ is not indigent ☐ is not eligible.
☐ 4. The Defendant requests additional time for private counsel to appear.
☒ 5. Counsel identified above appears for the Defendant.
☒ 6. The Defendant waives the reading or explanation of the charge(s).
☒ 7. The Defendant enters a plea of Not Guilty to each count of the charge(s).
☐ 8. The Defendant informs the Court that he/she desires to waive his/her right to counsel. The Court, by personally addressing and questioning the Defendant in open Court, informs the Defendant of, and FINDS that he/she understands the following: (1) the nature of the charge(s) against him/her; (2) the minimum and maximum sentence prescribed by law, including the possibility of consecutive sentences and the penalty to which the Defendant may be subjected because of prior convictions; (3) that he/she has the right to counsel; (4) that if he/she is indigent, counsel will be appointed to represent him/her without cost to him/her. Further, the Court FINDS that the Defendant's waiver to counsel is knowingly, understandingly and voluntarily made; and that no promises, threats or coercion have been used to cause the Defendant to waive counsel.
_Initial_
☐ 9. The Defendant informs the Court that he/she desires to waive his/her right to jury trial. The Court, by personally addressing and questioning the Defendant is open Court, informs the Defendant of, and FINDS that he/she understands the nature of his/her right to jury trial. Further, the Court FINDS that the Defnedant's waiver of his/her right to jury trial is knowingly, understandingly and voluntarily made; and that no promises, threats or coercion have been used to cause the Defendant to waive his/her right to jury trial.
_Initial_
☐ 10. The ☐ Court ☐ Plaintiff ☐ Defendant move(s) for a continuance, due to _____
☒ 11. The Defendant moves for bail reduction to $ be established (surrender of NTA status)
☐ 12. Fine of $ _____ and costs of $ _____ are not paid in full.
☒ 13. Other __State does not object__

**IT IS HEREBY ORDERED THAT:**

☒ A. The Public Defender is appointed to represent the Defendant:
☒ B. The Defendant's motion for bail reduction is ☐ granted ☐ denied. Bail set at $ 1,500.00, 10%
☒ C. This case is continued on motion of the ☐ Court ☐ Plaintiff ☐ Defendant, ☐ without objection ☐ over objection to 3-16-04 at 10:00 a.m./p.m., and is set for pre-trial conference, in Courtroom 210
☒ D. The case is set for ☒ jury trial ☐ bench trial ☐ motion on 4-7-04 at 9:00 a.m./p.m., Room 210
☐ E. A Warrant for the arrest of the Defendant shall issue with bail set at $ _____
☐ F. The Bond Forfeiture Order entered herein on _____ is vacated.
☐ G. The Warrant of Arrest ordered to issue on _____ is recalled.
☐ H. A petition shall issue and Defendant must appear in this Court and show cause as to why he/she should not be held in contempt of court for his/her failure to pay. The hearing is set for _____ at _____ A.M./P.M. in Courtroom _____
☒ I. Other _all pro se motions filed by mr. Williams will be heard on March 16, 2004_

ENTERED: 1/20/2004
_/s/ J. Collier_
JUDGE OF THE TENTH JUDICIAL CIRCUIT

Clerk - White; DEFENDANT - Pink;
STATE - Canary; D/P - Goldenrod

INTERIM ORDER  Spears Affidavit, Ex. 10  Form 61-R-4/02--Intrmord