C/o Court Clerk ROBERT SPEARS

This motion is for the matter of Case #03 CM 2753 And To Be Filed For Case #03 CM2753, To Be heard on March 16th 2004 Court Rm. 210

Travis J. Williams
Pro, se

FILED
ROBERT M. SPEARS
JAN 26 2004
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

Spears Affidavit, Ex. 11