TRAVIS D. Williams PRO, se

V

PEOPLE OF THE
STATE OF ILLINOIS

IN THE CIRCUIT COURT FOR THE
10th JUDICIAL CIRCUIT, PEORIA COUNTY ILLINOIS

CASE NO. 03CM8753

PROOF OF CERTIFICATE OF SERVICE

TO: COUNTY CLERK
ROBERT M. SPEARS
324 MAIN ST, RM G22
PEORIA, IL. 61602

TO: STATES ATTORNEY
KEVIN LYONS
324 MAIN ST.
PEORIA, IL. 61602

PLEASE TAKE NOTICE THAT ON JANUARY 22, 2004 I HAVE PLACED THE DOCUMENTS listed below IN THE INSTITUTIONAL MAIL AT HENRY HILL CORR. CTR. PROPERLY ADDRESSED TO THE PARTIES LISTED ABOVE FOR MAILING IN THE UNITED STATES POSTAL SERVICE, ONE COPY OF A MOTION TO DISMISS WITH FOUR EXHIBITS.

PURSUANT TO 28 USC 1746, 18 USC 1621 OR 735 ILCS 5/109 I DECLARE UNDER PENALTY OF PERJURY, THAT I AM A NAMED PARTY IN THE ABOVE CAPTION, THAT I HAVE READ ALL DOCUMENTS, AND THAT THE INFORMATION CONTAINED THEREIN IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

Date 01/22/04

FILED
ROBERT M. SPEARS
JAN 26 2004
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

/s/ Travis D. Williams PRO, se
I DOC# B67417
LAWRENCE CORRECTIONAL CENTER
P.O. BX 31
SUMNER, IL. 62466

1/27/04
Copies
TO
SAO. & PD

Spears Affidavit, Ex. 12