THE PEOPLE OF THE STATE OF ILLINOIS

v.

TRAVIS D. WILLIAMS PRO,se
PETITIONER

IN THE CIRCUIT COURT OF THE 10th JUDICIAL
PEORIA COUNTY, ILLINOIS

ROBERT ~~~~ARS
FILED
JAN 2 6 2004
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

CASE NO. 03CM2753

## Motion To Dismiss

Petitioner, pro,se, moves to Dismiss the following charges: Theft, Domestic Battery.

In support of this motion states as following:

1. Petitioner is presently incarcerated at Lawrence Correctional Center serving a sentence of 12yrs following a conviction of Burglary, in the county of Peoria. A term of 2yrs remains to be served on this conviction.

2. On November 26th 2003 Petitioner filed a demand for speedy Trail and/or quash a warrant pursuant to 725 ILCS 5/103-5 (2001) (speedy trial) and Article I, section 8 of the Illinois Constitution, serving copies on Peoria County Clerk and States Attorney and was denied access to the court.

2A. Peoria County clerk refused to stamp and file the petitioners motion when clearly the petitioner explained to the Peoria County clerk that he (the petitioner) had been giving a notice to appear on December 9th 2003 Court Rm. 210. For several charges including the charges pertaining to case No. #03cm2753, The clerk states no charges pending on December 4th 2003. "See Exhibit Two"

3. On November 1st 2003 the petitioner was arrested for the charges pertaining to case No.#03-cm2753 and given a notice appear, The defendant was never formerly charge (rights of the accused 725 ILCS 5/103), but was sent to prison on November 5, 2003 for these charges pertaining to case No. 03cm2753, and several other false charges including Aggravated Assault, Burglary, Robbery, Criminal Damage to property. "SEE Exhibit ONE"

4.) THE PETITIONER FURTHER STATES THAT THIS CAUSE BROUGHT FOR JURY HEARING SHOULD BE DISMISSED WITH PREJUDICE DUE TO THE FACTS:

4A.) Exhibits #2, #3, #4, #.

4B.) THE PETITIONER WAS DENIED HIS DUE PROCESS RIGHTS UPON HIS ARREST NOVEMBER 1ST 2003, THE PETITIONER WAS HELD IN PEORIA COUNTY JAIL FOR 4 DAYS WITHOUT, BOND HEARING, PRELIMINARY HEARING, ARRAIGNMENT, AND THEN WAS TRANSPORTED TO PRISON STATING THAT CHARGES IN CASE NO.# 03cm 2753 WAS TRUE AND ACCURATE WHEN 4 OTHER CHARGES WAS ATTACHED TO IT. "SEE EXHIBIT ONE"

5.) OFFICER DIXON OF THE PEORIA POLICE DEPARTMENT STATED IN A TELEPHONE CONVERSATION TO THE PETITIONER MR. WILLIAMS THAT SHE WOULD IN FACT ADD UNTRUE CHARGES IF MR. WILLIAMS DID NOT COME AND MEET WITH THEM ON THE MORNING OF 11/1/0_. MR. WILLIAMS DECLINED TO MEET WITH OFFICER DIXON AND THATS WHEN THE FOR MENTIONED PARTICIPATED IN OFFICIAL MISCONDUCT 725 ILCS 5/103- AGAINST MR. WILLIAMS, AND SPEEDLY GOT HIM SENT BACK TO PRISON.

5A.) OFFICER DIXON FILED FALSE AND UNTRUE CHARGES

5B.) RANDELL E. WARD FILED A FALSE AND UNTRUE PAROLE VIOLATION REPORT

5C.) GEORGE RICHARDSON SERVED AND FILED A FALSE PAROLE VIOLATION REPORT,

5D.) ROBERT SPEARS KENEW OF PENDING CHARGES AGAINST THE PETITIONER BUT REFUSED TO FILE MR. WILLIAMS MOTION FOR SPEEDY TRAIL/QUASH A WARRANT. SEE EXHIBIT TWO, THREE, FOUR.

6.) THIS DELAY IN BRINGING MR. WILLIAMS TO TRIAL WAS NOT CAUSED BY HIM NOR CAUSE BY ANY DELAYS ENUMERATED IN 725 ILCS 5/103-5 (2001).

WHERE FORE PURSUANT TO 725 ILCS 5/103-2, U.S. CONTS. 8, U.S. CONTS. 14, PETITIONER ASK THIS COURT DISMISS ALL PENDING CHARGES AGAINST HIM, THE PETITIONER IS SERVING TIME RIGHT NOW FOR THESE OFFENSES IN PRISON FOR CASE NO. 03cm27 WHICH THE PETITIONER HAS BEEN CONVICTED BY A PRISON BOARD FOR THIS CHARGES, WHEN IN COURT WOULD PUT MR. WILLIAMS IN THE ILLINOIS DOUBLE JEOPARDY CLAUSE.

JAN 26 2004
CLERK OF THE CIRCUIT
PEORIA COUNTY, ILLINOIS

7. Pursuant to the aforementioned in paragraph #6 the petitioner ask this court to dismiss all charges, with prejudice

/s/ Travis D. Williams

AFFIDAVIT

I Travis D. Williams being duly sworn do repose and state that the attached motion is true and correct in substance and fact to the best of my knowledge.

STATE OF ILLINOIS
COUNTY OF PEORIA

FILED
ROBERT M. SPEARS
JAN 26 2004
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

I Travis D. Williams being sworn state that I served the attached notice on the name person by placing a true and correct copy in a envelope at Galesburg Corr. Ctr. P.O.B 1700, Linwood St. Galesburg, IL 61404

NOTICE OF FILING

To:
Robert Spears
Peoria County Clerk Rm G-22
324 Main St. Peo. IL. 61602

To: States Attorney
Kevin Lyons
324 Main St.
Peoria, IL 61602