Exhibit ONE

ILLINOIS DEPARTMENT OF CORRECTIONS

## Parole Violation Report

### Section A: Violation Details

Releasee: Travis D. Williams                           AKA Travis Dowhard                              ID# B67417

Parent Facility: Western Illinois Correctional Center                                                  Date of Birth: 07/23/1963

Gender: ☒ Male   ☐ Female   Race: ☐ Caucasian   ☒ African American   ☐ Asian American   ☐ Hispanic   ☐ Native American   ☐ Other

DOC#: 153580X6                    I.R.#: N/A                                                          CCJ#: N/A

                                                                                                       Violation Date: 11/01/2003

Release Date: 08/24/2003          Sentence Exp. Date: 08/24/2005

                                                                                                       Custody Date: 11/01/2003

Custody Facility: Peoria County Jail

Offense(s): Domestic Battery, Aggravated Assault, Robbery, Criminal Damage to Property

                                                                                                       Date Warrant Issued: 11/01/2003

DOC Warrant #: PN0313090

**Description of the Alleged Violation** (include date, time, place and description of the violation; description and method of weapons used; identity and injury to victim(s); arrest date and arresting agency; criminal charges; and custody/court/bond information):

According to Peoria Police Report #03-32292, On 11/1/03 at approximately 2:16 a.m., Officer Dixon of the Peoria Police Department was dispatched to 3506 N. Molleck in Peoria, Il. in regards to a domestic dispute. Officer Dixon spoke to the victim, Linda Jackson, who stated that her boyfriend, Travis Williams, punched her in the face and kicked her several times. Jackson stated that she told Williams that he needed to leave and he became more upset. She stated that Williams grabbed a hunting knife and began swinging it at her while she was in bed. Jackson stated that he then began to cut the bed up with the knife while telling her he would, " Kill Your Mother Fucking Ass!" Jackson stated she then was able to call the police on her cellular phone. Jackson stated that this enraged Williams and he punched her in the left eye, SEE PAGE #3,

**Other Arrests or Parole or Mandatory Supervised Release Violations During the Current Supervision Term:**

**Community Adjustment** (juvenile only):

**Agent's Recommendation** (sanctions, level, ARD date, etc.): Due to Williams' arrest and total disregard for the rules of parole, this agent recommends that he be declared a violator and kept for the remainder of his parole term.

**Attachments** (Identify): Peoria Police Report, IDP Goals, Warrant

I hereby declare under the penalty of perjury that the foregoing description of alleged violations made by me in this violation report is true and correct to the best of my knowledge and belief.

Randall E. Ward                  D-24         _Randall E. Ward_                  11/2/2003
Print Parole Agent's Name        No.          Parole Agent's Signature            Date

**Supervisor Comments** (if any):

George Richardson                D-12         _George Richardson_                 11/3/03
Print Parole Supervisor's Name   No.          Supervisor's Signature              Date

Section B: Notice of Charges must be completed at the same time this section is completed         DOC 0071 (Eff. 1/2002)
Distribution: Releasee; Releasing Authority; Releasee's Case File;                   Page 1       (Replaces DCA 591; DCJ 119, and 142)
Parent Field Services Representative;                              Printed on Recycled Paper     Spears Affidavit, Ex. 13, page 4 of 7

*Exhibit Two*

DECEMBER 4, 2003

Dear Mr. Williams:

In review of the documents that you have sent, I find no charges at this time. I will forward a copy of the information to the State's Attorney.

I must inform you that in the future there is a $10.00 mailing fee. The cost of all copies is $2.00 for the first copy and .50 for each additional copy. A record search of any criminal history is $6.00 for each year. The fees must all be paid prior to your request being processed.

ROBERT M. SPEARS
CIRCUIT CLERK


DEPUTY

Exhibit Three

IN THE CIRCUIT COURT OF THE __10th__ JUDICIAL CIRCUIT
__peoria__ COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS )
)
travis D. v. WILLIAMS ) Case No. 03-~~32892~~ – 03-cm 2753
_____ )
Defendant )

FILED JAN - 2004 THE CIRCUIT COURT Peoria County, ILLINOIS

## DEMAND FOR SPEEDY TRIAL AND/OR QUASH WARRANT

The defendant, __TRAVIS D. WILLIAMS__, petitions this court and demands a speedy trial pursuant to 730 ILCS 5/3-8-10 (2001) (Intrastate Detainer) and 725 ILCS 5/103-5 (2001) (Speedy Trial) and Article I, Section 8 of the Illinois Constitution.

In support of this demand the defendant states the following:

1. He is presently incarcerated at the __LAWERENCE CORR. CTR.__ Correctional Center, __SUMNER__, Illinois _____.

2. He was convicted of __BURGLARY__ in the County of __PEORIA__, on __OCTOBER, 24th__, 20__00__, and sentenced to __12__ years.

3. A term of __2__ years remains to be served for this conviction.

4o. The following charges are pending against the Defendant in your county:
__DOMESTICBATTRERY, AGGRAVETED ASSAULT, BURGLARY, ROBBERY, CRIMINALDAMAGETO PROPERTY.__

WHEREFORE, the Defendant respectfully demands that the State's Attorney of __PEORIA__ County proceed to bring him to trial on the above stated charge(s) within the ~~120~~ / 180 days as allowed by law.

_Travis D Williams_ No. __B67417__
Defendant
__LAWERENCE__ Correctional Center
P.O. Box __6, R2 31__
__SUMNER__, Illinois

Subscribed and sworn to before me this
__26th__ day of __November__, 20 __03__

_Sharon L. McCorkle_
Notary Public

"OFFICIAL SEAL"
L. M. Corkle
Notary Public, State of Illinois
My Commission Exp. 07/05/2005

Revised Jan 2002

Exhibit Four

## AFFIDAVIT

I, TRAVIS D. WILLIAMS ~~MOTION~~ , being duly sworn do repose and state that the attached __MOTION__ is true and correct in substance and fact to the best of my knowledge.

/s/ Travis D. Williams
Petitioner
# B67417
LAWRENCE Correctional Center
P.O. Box R. R2. 36
SUMNER, Illinois 62466

Subscribed and sworn to before me this 26th day of NOVEMBER 2003.

Sharon R. McCorkle
Notary Public

"OFFICIAL SEAL"
Sharon R. McCorkle
Notary Public, State of Illinois
My Commission Exp. 07/05/2005

Expiration of Commission

## NOTICE OF FILING

CLERK
TO: REGINA SPEARS
PEORIA COUNTY CLERK RM_-G22
324 main st, PEO, IL 61602

TO: WARDEN PIERCE
LAWERENCE CORR. CTR.
R. R. 2 BOX 36
SUMNER, IL. 62466

TO: STATES ATTORNEY KEVIN LYONS
PEORIA COUNTY COURT HOUSE
324 MAIN ST. PEO, IL 61602

Please take notice on 11-26-03, 2003, I filed with COUNTY CLERK OF PEORIA COUNTY Court the attached MOTION AND AFFIDAVIT, 2copies copy(ies) of which are served on you.

/s/ Travis D. Williams

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS )
                  )
COUNTY OF         )

I, TRAVIS D. WILLIAMS, being sworn state that I served the attached notice on the above named person(s) by placing a true and correct copy in an envelope(s), addressed as shown above, with the proper U.S. postage on each and deposited the envelope(s) in the U.S. Mail at Unit 3-B AT LAW. CORR, CTR, Illinois, 62466, on or about the hour of 9 pm on 11-26-03, 2003.

/s/ Travis D. Williams

Revised Jan 2002

"FILE COPY" "For the clerk and court"

Spears Affidavit, Ex. 13, page 7 of 7