TRAVIS D. WILLIAMS
VS.
THE PEOPLE OF THE STATE OF ILLINOIS

FILED
ROBERT M. SPEARS
MAR 16 2004
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

MOTION FOR
CLERK ISSUANCE OF SUBPOENA(S)

THIS MOTION COMES BEFORE THIS COURT ON BEHALF OF THE DEFENDANT TRAVIS D. WILLIAMS, MOTION FOR ISSUANCE OF SUBPOENAS.

THE DEFENDANT ASK THIS COURT TO AWARD THE ISSUING OF SUBPOENAS TO THE FOREMENTIONED, ACCORDING TO 725 ILCS 5/115-17. AND 725 ILCS 5/115-17A.

UNDER 725 ILCS 5/115-17 THE DEFENDANT MR. WILLIAMS ASK THAT,

1.) THE SPRINT STORE AT 4700 N. UNIVERSITY, PEORIA, IL. 61604 BE SUPOENA'D FOR THE PHONE RECORDS OF "LINDA JACKSON" OF CELL PHONE ACCOUNT (309) 453-2777 AND 453-2648, PHONE RECORDS FROM AUGUST 22, 2003 TO NOVEMBER 1, 2003.

2.) ANGELA OUTLAND 815 W. MCQUEEN PEORIA, IL. 61604 BE ISSUED A SUBPOENA, TO APPEAR ON APRIL 7, 2004 AT 9:00 AM ON BEHALF OF THE DEFENDANT.

3.) THAT PEORIA COUNTY JAIL ARREST RECORDS OF TRAVIS D. WILLIAMS FOR NOV, 1ST, 200 BE SUBPOENA.

1.) UNDER ILCS 5/115-17A. THE DEFENDANT ASK THAT LINDA F. JACKSON OF 3506 N MOLLECK DR. #A, PEORIA, IL 61604 BE ISSUED A SUBPOENA

I THE UNDERSIGNED, CERTIFY TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BEL. THAT THE ABOVE IS IN FULL COMPLIANCE WITH RULE 720 ILCS 5/32-2 OF THE ILLINOIS LAW AND CRIMINAL PROCEDURE. THE DEFENDANT ALSO RECOGNIZE THAT FAILURE TO COMPLY WITH THIS CODE MAY RESULT IN COMMITTING A CLASS 3 FELONY PUNISHABLE BY ANY COURT IN THE STATE OF ILLINOIS, PURSUANT TO 720 ILCS 5/32-2 OF THE ILLINOIS CRIMINAL PROCEDURE.

SIGNED THIS 1, DAY OF MARCH 2004

Travis D. Williams

Spears Affidavit, Ex. 14