**STATE OF ILLINOIS, PEORIA COUNTY, IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT**

E-FILED
Tuesday, 12 November 2004 04:39:10 PM
Clerk, U.S. District Court, ILCD

☒ PEOPLE OF THE STATE OF ILLINOIS
☐ CITY OF PEORIA, IL, A MUNICIPAL CORP.
☐ _____, Pltf.
vs.
Travis Williams, Def.

Case Number 2753
03 cm [illegible]

FILED
ROBERT M. SPEARS
MAR 1 6 2004
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

Judge: Collier
Crt Rep:
Pltf Atty: [illegible]
Def Atty / PRO SE: PD-Gaubas
Crt: 210
Court Clerk: YJ

**~~INTERIM~~ ORDER**

→ in Custody (Δ brought by DOC)

THE COURT FINDS:
☒ 1. The Defendant ☒ appearing ☐ not appearing
☐ 2. The Defendant is informed of the charge(s) in the _____, and furnished a copy thereof.
☐ 3. The Defendant desires Court appointed counsel and the Court determines the Defendant ☐ is indigent ☐ is not indigent ☐ is not eligible.
☐ 4. The Defendant requests additional time for private counsel to appear.
☒ 5. Counsel identified above appears for the Defendant.
☐ 6. The Defendant waives the reading or explanation of the charge(s).
☐ 7. The Defendant enters a plea of Not Guilty to each count of the charge(s).
☐ 8. The Defendant informs the Court that he/she desires to waive his/her right to counsel. The Court, by personally addressing and questioning the Defendant in open Court, informs the Defendant of, and FINDS that he/she understands the following: (1) the nature of the charge(s) against him/her; (2) the minimum and maximum sentence prescribed by law, including the possibility of consecutive sentences and the penalty to which the Defendant may be subjected because of prior convictions; (3) that he/she has the right to counsel; (4) that if he/she is indigent, counsel will be appointed to represent him/her without cost to him/her. Further, the Court FINDS that the Defendant's waiver to counsel is knowingly, understandingly and voluntarily made; and that no promises, threats or coercion have been used to cause the Defendant to waive counsel.
Initial _____
☐ 9. The Defendant informs the Court that he/she desires to waive his/her right to jury trial. The Court, by personally addressing and questioning the Defendant is open Court, informs the Defendant of, and FINDS that he/she understands the nature of his/her right to jury trial. Further, the Court FINDS that the Defnedant's waiver of his/her right to jury trial is knowingly, understandingly and voluntarily made; and that no promises, threats or coercion have been used to cause the Defendant to waive his/her right to jury trial.
Initial _____
☐ 10. The ☐ Court ☐ Plaintiff ☐ Defendant move(s) for a continuance, due to _____
☐ 11. The Defendant moves for bail reduction to $ _____
☐ 12. Fine of $ _____ and costs of $ _____ are not paid in full.
☒ 13. Other: PTC held; Defendant is allowed to read Pre-PD reports in open court

**IT IS HEREBY ORDERED THAT:**
☐ A. The Public Defender is appointed to represent the Defendant: _____
☐ B. The Defendant's motion for bail reduction is ☐ granted ☐ denied. Bail set at $ _____
☐ C. This case is continued on motion of the ☐ Court ☐ Plaintiff ☐ Defendant, ☐ without objection ☐ over objection to _____ at _____ a.m./p.m., and is set for _____, in Courtroom _____
☒ D. The case is set for ☒ jury trial ☐ bench trial ☐ motion on 4-7-04 at 9:00 a.m./~~p.m.~~ Room 210.
☐ E. A Warrant for the arrest of the Defendant shall issue with bail set at $ _____
☐ F. The Bond Forfeiture Order entered herein on _____ is vacated.
☐ G. The Warrant of Arrest ordered to issue on _____ is recalled.
☐ H. A petition shall issue and Defendant must appear in this Court and show cause as to why he/she should not be held in contempt of court for his/her failure to pay. The hearing is set for _____ at _____ A.M./P.M. in Courtroom _____
☐ I. Other _____

ENTERED: 3-16-04

[signature]
JUDGE OF THE TENTH JUDICIAL CIRCUIT

Clerk - White;    DEFENDANT - Pink;
STATE - Canary;    D/P - Goldenrod

**INTERIM ORDER**

Spears Affidavit
Ex. 15

Form 61-R-4/02--intrmord