C/O Robert M. Spears

ENCLOSED is 6 MOTIONS TO BE FILED WITH YOUR OFFICE
ENCLOSED is 6 MOTIONS TO BE GIVEN TO STATES ATTORNEY IN COURT RM 210
ENCLOSED is 6 COPIES OF MOTIONS TO BE PLACED IN FNMR. WILLIAMS COURT FILE.

All MOTIONS is PERTAINING TO CASE NO.# 03-CM-2753

NOTE: THE UNSTAPLED COPIES IS FOR THE CLERK

Francis D. Williams B67417
711 Kaskaskia ST.
Menard, FL. 62259

SENT TO CLERK ON OFFICE ON April 20, 2004

WITNES BY D.C. 828

FILED APR 16 2004

Spears Affidavit, Ex. 17