# AFFIDAVIT

I TRAVIS D. Williams being duly sworn do Repose and state that the attached motion is true and correct in substance and fact to the best of my knowledge.

Subscribed and sworn to before me this 19th Day of April 2004

Regina Summers
(Notary)

"OFFICIAL SEAL"
Regina Summers
Notary Public, State of Illinois
My Commission Exp. 07/21/2005

## NOTICE OF FILING

PEORIA COUNTY CLERK
D: ROBERT SPEARS
Rm G22
324 MAIN ST.
PEORIA, IL 61602

TO: STATES ATTORNEY
KEVIN LYONS
PEORIA COUNTY COURT HOUSE
324 MAIN ST.
PEORIA, IL 61602

TO: HONORABLE JUDGE
Collier
COURT RM 210
PEORIA COUNTY COURT HOUSE
PEORIA, IL 61602

FILED
ROBERT M SPEARS
APR 16 2004
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS
COUNTY OF PEORIA

I TRAVIS D. Williams being sworn that I served the attached notice on the above named persons by placing a true and correct copy in envelopes addressed as shown above, with proper U.S. postage on each and deposited the envelope in U.S. Mail at North 2 Seg unit, at Menard Correctional Center, in Menard, Illinois. On or about the hour of 5am on April 20, 2004.

Sent to clerks office 2 copies of the following

- motions for change of trial with one exhibit
- motion for clerk issuance of subpoenas
- motion for effect of failure to arraign
- motion to surpress confession
- motion to Dismiss charges with 6 Exhibits
- motion for Bill of Particulars
- Affidavit, 1. Notice of filing, 1. Affidavit of service.
- Letter to the clerk explaining that Mr. Williams has already sent the state attorney, and the Judge a copy of the above motions, and all the clerk needs to do is, file one copy with the clerk office, and file one copy with the court, and file one copy in Mr. Williams file.

/s/ Travis D. Williams