TRAVIS D. WILLIAMS PRO-SE
DEFENDANT
V.
PEOPLE OF THE STATE OF ILLINOIS

FOR THE PEORIA COUNTY
10th JUDICIAL CIRCUIT COURT

CASE NO. # 03-CM 2753

FILED
APR 16 2004
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

## MOTION FOR CHANGE OF PLACE OF TRIAL

PURSUANT TO 725 ILCS 5/114-6 ASK THIS HONORABLE COURT TO MOVE PLACE OF TRIAL, TO A COUNTY OTHER THAN PEORIA COUNTY, IN THE STATE OF ILLINOIS.

### THE DEFENDANT STATES AS FOLLOWS:

1.) THE DEFENDANT HAS NOT BEING FULLY ACCESSED TO THE COURTS by REASONS MENTIONED BELOW AND SEE ATTACHED EXHIBIT.

2.) THE DEFENDANT HAS FILED A FEDERAL LAW SUIT PURSUANT TO 28 U.S.C. 1983 AGAINST STATES ATTORNEY OF PEORIA COUNTY KEVIN LYONS, PEORIA COUNTY CLERK ROBERT M. SPEARS, PEORIA POLICE OFFICER DIXON.

3.) THE DEFENDANT HAS FILED SEVERAL MOTIONS WITH THE PEORIA COUNTY CLERK IN TRIPLICATE AND HAS NOT HEARD SAID MOTION, AND THE FIRST DEADLINE FOR FILING WAS MARCH 16, 2004.

4.) THE DEFENDANT STATES HE HAS NOT BEEN GRANTED HIS DUE PROCESS RIGHTS IN THE COUNTY OF PEORIA, STATE OF ILLINOIS.

DEFENDANT ASK THIS HONORABLE COURT TO GRANT SAID MOTION.

SUBSCRIBED AND SWORN BEFORE ME THIS
_____19th_____ DAY OF _April_ 2004

_Regina Summers_
NOTARY PUBLIC

"OFFICIAL SEAL"
Regina Summers
Notary Public, State of Illinois
My Commission Exp. 07/21/2005

Travis D. Williams
711 KASKASKIA ST
MENARD, IL 62259

United States District Court
for the Central District of Illinois
April 5, 2004

Case Minutes - General

Case No. 1:04-cv-01074

Title: Williams v. Dixon

---

*** DATE OF OCCURRENCE: 4/5/04 ***

DOCKET ENTRY

MINUTE-ENTRY: by Judge Harold A. Baker. This case is set
for merit review/status hearing at 10:45 a.m. on Thursday,
4/29/04 by video conferencing. The court is required by
28 USC 1915A to "screen" the plaintiff's complaint, and
through such process to identify and dismiss any legally
insufficient claim, or the entire action if warranted. A
claim is legally insufficient if it "(1) is frivolous,
malicious, or fails to state a claim upon which relief may
be granted; or (2) seeks monetary relief from a defendant
who is immune from such relief." The plaintiff must be
prepared to identify each of his claims and defendants
during the hearing.  The clerk is to issue a writ for the
plaintiff's participation in the video conference. (cc: all
counsel/IDOC Scheduler/Corr Ctr)

---



Spears Affidavit, Ex. 19, page 2 Of 2