TRAVIS D. WILLIAMS PRO SE
DEFENDANT
-V-

PEOPLE OF THE STATE OF ILLINOIS
PLAINTIFF

10th Judicial Circuit Court

CASE NO. 03-CF-1293

FILED
APR 16 2004
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

MOTION FOR
CLERK ISSUANCE OF SUBPOENAS

NOW HERES COMES THE DEFENDANT TRAVIS D. WILLIAMS, FILES MOTION FOR THE CLERK ISSUANCE OF SUBPOENAS PURSUANT TO 725 ILCS 5/115-17.

THE DEFENDANTS STATES AS FOLLOWS:

1.) THAT IT IS NECESSARY FOR THE ISSUANCE OF SUBPOENAS SO AS THE DEFENDANT CAN MAINTAIN HIS DEFENSE IN THIS CAUSE OF ACTION, OF THEFT AGAINST HIM, SCHEDULED FOR TRIAL JUNE 2, 2004 9AM

2.) THE DEFENDANT ASK THAT THE COURT GRANTS SAID SUBPOENAS OF

2A.) SPRINT STORE
4700 N UNIVERSITY, PEORIA, ILLINOIS. 61604  Ph# 309-683-3460
PHONE CONTRACT AND RECORDS OF LINDA F. JACKSON PERTAINING TO CELL PHONE SERVICE DURING THE TIME OF AUGUST 22, 2003 TO NOVEMBER FIRST 2004, OF TWO CELL PHONES, AND THE PHONE NUMBERS BEING 309-453-2777 - 309-453-2648

3.) ANGELA OUTLAND  815 W. MCQUEEN  Phone# 685-6523 PREFIX 309. THE DEFENDANT ASK THAT A SUBPOENA BE ISSUED TO MS. OUTLAND TO TESTIFY ON BEHALF OF THE DEFENDANT.

DEFENDANT HOPES THAT THIS HONORABLE COURT GRANTS MOTION.

IT IS HEREBY ORDERED BY HONORABLE JUDGE _____
ON _____ DAY _____ 2004, SUBPOENAS TO BE ISSUED

Travis D. Williams #B62407
DEFENDANT
711 Kaskaskia St.
Menard, IL. 62259

Spears Affidavit, Ex. 20