E-FILED
Wednesday, 17 November, 2004 04:43:48 PM
Clerk, U.S. District Court, ILCD

TRAVIS D. Williams    PRO SE
DEFENDANT    In the 10th Judicial Circuit Court
-V-    Peoria County, Illinois
People of the State of Illinois
Plaintiff

FILED
APR 16 2004
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

MOTION    EFFECT OF FAILURE TO ARRAIGN
AND IRREGULARITY OF ARRAIGNMENT

Pursuant to 5/113-6. of 725 ILCS, the Defendant Travis D. Williams ask this Honorable Court to dismiss the charges of theft and Domestic Battery.

IN SUPPORT OF

The Defendants states that on November 1, 2004 the Defendant was arrested and not arraigned, nor was there a priliminary hearing held for the defendant.

The Defendant further states that his right to counsult with an attorney pursuant to 725 ILCS 5/103-4. was violated.

Furthermore the defendant states he was never accessed to the courts for 38 Days, but was never brought before the courts to answer any charges, or was brought before the courts pursuant to 725 ILCS 5/113-1.

The Defendant prays this Honorable Court grants said motion

It is hereby granted by Honorable Judge _____

This Day _____ of _____, 2004.

Travis D. Williams
Defendant

711 Kaskaskia St.
Menard, Illinois. 62259

Subscribed and sworn before me
this _____ Day of _____ 2004

_____
Notary

Spears Affidavit, Ex. 21