TRAVIS D. WILLIAMS PRO SE
DEFENDANT
-V-

PEOPLE OF THE STATE OF ILLINOIS

[10th Judicial Circuit Court]

FILED APR 16 2004 [Peoria County, Illinois] SPEARS

# MOTION TO SUPPRESS CONFESSION

This motion comes on part from the defendant Travis D. Williams pursuant to 725 ILCS 5/114-11.

The defendant further more states:

1.) That Peoria Police Department Officer Dixon made several statements pertaining to the defendants criminal case which were not true in fact or content, also a detective in the same matter.

2.) The defendant would like to argue this motion before the court.

Wherefore the defendant ask this honorable court to grant the defendants motion

Subscribed and sworn to before me this
19th day of April 2004

_Regina Summers_
NOTARY

"OFFICIAL SEAL"
Regina Summers
Notary Public, State of Illinois
My Commission Exp. 07/21/2005

_Travis D. Williams_
DEFENDANT
Menard Correctional Center
711 Kaskaskia St
Menard, IL. 62259