FRANCIS D. WILLIAMS PRO/SE
DEFENDANT
-V-
PEOPLE OF THE STATE OF ILLINOIS

10th Judicial Circuit Court
CASE NO. 03 CF 2153

FILED APR 16 2004
PEORIA COUNTY CIRCUIT COURT

## MOTION TO DISMISS CHARGE

THE DEFENDANT BRINGS THIS MOTION BEFORE THIS HONORABLE COURT PURSUANT TO 725 ILCS 5/114-1.(A.)(1.)

THE DEFENDANT STATES AS FOLLOW:

1.) ON NOVEMBER 1, 2003 THE DEFENDANT WAS ARRESTED, NEVER ARRAIGNED, NOR GAVE NOTIFY OF CHARGES.

2.) ON NOVEMBER 26th 2003, THE DEFENDANT FILED A MOTION PURSUANT TO 725 ILCS 5/103-5 (2001), THE DEFENDANTS MOTION WAS DENIED ACCESS TO THE COURTS BY PEORIA COUNTY CLERKS OFFICE NAMING ROBERT M. SPEARS.

3.) THE DEFENDANT HAS BEEN DENIED ACCESS TWICE TO THE PEORIA COUNTY COURTS.

### IN SUPPORT OF:

SEE ATTACHED EXHIBITS WHERE COUNTY CLERK OFFICE SENT THE DEFENDANT A LETTER AND HIS MOTION BACK TO HIM STATING THE DEFENDANT NEVER HAD ANY CHARGES PENDING, WHICH WASN'T TRUE.

IN FACT THE DEFENDANT WAS CHARGED WITH DOMESTIC BATTERY, AGGRAVATED ASSAULT, BURGLARY, ROBBERY, CRIMINAL DAMAGE PROPERTY, AND HAD BEEN SCHEDULE TO A COURT DATE OF DECEMBER 9, 2003 9AM.

PURSUANT TO ILCS 720 5/33-3. OFFICIAL MISCONDUCT ROBERT SPEARS DENIED THE DEFENDANT ACCESS TO THE 10th JUDICIAL COURTS IN PEORIA COUNTY. (WHICH THIS CLERK HAS DID THIS ON MORE THAN ONE OCCASION, IN OTHER CAUSES).

FURTHERMORE THE DEFENDANT WAS DENIED PROCEDURES PERTAINING TO AND PURSUANT TO 725 ILCS 5/113-1. AND WAS HELD IN CUSTODY OF THE PEORIA COUNTY JAIL FOR 5 DAYS WITHOUT A NOTICE OF CHARGES.

THE DEFENDANT ASK THIS HONORABLE COURT TO GRANT SAID MOTION

Francis D. Williams
DEFENDANT
711 KASKASKIA ST.
MENARD, ILLINOIS. 62259

SUBSCRIBED AND SWORN TO BEFORE ME THIS
19th DAY OF April 2004
Regina Summers
NOTARY PUBLIC

"OFFICIAL SEAL"
Regina Summers
Notary Public, State of Illinois
My Commission Exp. 07/21/2005

Spears Affidavit
Ex. 23, page 1 of 7

DECEMBER 4, 2003

Dear Mr. Williams:

In review of the documents that you have sent, I find no charges at this time. I will forward a copy of the information to the State's Attorney.

I must inform you that in the future there is a $10.00 mailing fee. The cost of all copies is $2.00 for the first copy and .50 for each additional copy. A record search of any criminal history is $6.00 for each year. The fees must all be paid prior to your request being processed.

ROBERT M. SPEARS
CIRCUIT CLERK


DEPUTY


# Exhibit ONE

Spears Affidavit, Ex 23, page 2 of 7

# AFFIDAVIT

I, TRAVIS D. WILLIAMS ~~MOTION~~ _____, being duly sworn do repose and state that the attached MOTION _____ is true and correct in substance and fact to the best of my knowledge.

/s/ Travis D. Williams
Petitioner
# B67417
LAWRENCE Correctional Center
P.O. Box R. R2 36
SUMNER, Illinois 62466

Subscribed and sworn to before me this 26th day of NOVEMBER 2003.

Sharon L. McCorkle
Notary Public

"OFFICIAL SEAL"
SHARON L. McCorkle
Notary Public, State of Illinois
My Commission Exp. 07/03/2005

Expiration of Commission

## NOTICE OF FILING

CLERK
TO: REGINA SPEARS
PEORIA COUNTY CLERK RM _-G22
324 main st, PEO, IL 61602

TO: WARDEN PIERCE
LAWRENCE CORR. CTR.
R.R. 2, BOX 36
SUMNER, IL 62466

TO: STATES ATTORNEY KEVIN LYONS
PEORIA COUNTY COURT HOUSE
324 MAIN ST. PEO, IL 61602

Please take notice on 11-26-03, 2003, I filed with COUNTY CLERK OF PEORIA COUNTY Court the attached MOTION AND AFFIDAVIT, 2 copies copy(ies) of which are served on you.

/s/ Travis D. Williams

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS )
                  )
COUNTY OF PEORIA )

I, TRAVIS D. WILLIAMS, being sworn state that I served the attached notice on the above named person(s) by placing a true and correct copy in an envelope(s), addressed as shown above, with the proper U.S. postage on each and deposited the envelope(s) in the U.S. Mail at Unit 3-B at Law. Corr. Ctr., Illinois, 62466, on or about the hour of 9pm on 11-24-03, 2003.

/s/ Travis D. Williams

Revised Jan 2002

Exhibit Two

Spears Affidavit, Ex 23, page 3 of 7

IN THE CIRCUIT COURT OF THE __10th__ JUDICIAL CIRCUIT, __peoria__ COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS )
)
__travis D.__ v. WILLIAMS ) Case No. __03-32292__
)
Defendant )

## DEMAND FOR SPEEDY TRIAL AND/OR QUASH WARRANT

The defendant, __TRAVIS D. WILLIAMS__, petitions this court and demands a speedy trial pursuant to 730 ILCS 5/3-8-10 (2001) (Intrastate Detainer) and 725 ILCS 5/103-5 (2001) (Speedy Trial) and Article I, Section 8 of the Illinois Constitution.

In support of this demand the defendant states the following:

1. He is presently incarcerated at the __LAWERENCE CORR. CTR.__ Correctional Center, __SUMNER__, Illinois __62466__.

2. He was convicted of __BURGLARY__ in the County of __PEORIA__, on __OCTOBER, 24th__, 20__00__, and sentenced to __12__ years.

3. A term of __2__ years remains to be served for this conviction.

4. The following charges are pending against the Defendant in your county: __DOMESTICBATTRERY, AGGRAVETED ASSAULT, BURGLARY, ROBBERY, CRIMINALDAMAGETO PROPERTY.__

WHEREFORE, the Defendant respectfully demands that the State's Attorney of __PEORIA__ County proceed to bring him to trial on the above stated charge(s) within the __120__ days as allowed by law.

_Travis S Williams_ No. __B67417__
Defendant

__LAWERENCE__ Correctional Center
P.O. Box __R.R.2 31__
__SUMNER__, Illinois

Subscribed and sworn to before me this __26th__ day of __November__, 20 __03__

_Sharon L. McCable_
Notary Public

Revised Jan 2002

Spears Affidavit, Ex 23, page 4 of 7    EXHIBIT THREE