IN THE CIRCUIT COURT OF THE __10th__ JUDICIAL CIRCUIT
__PEORIA__ COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS )
                                    )
                 v.                 )
                                    )
__TRAVIS D. WILLIAMS #B67417__      )
            Petitioner

## MOTION TO DISMISS

Petitioner, pro se, moves to dismiss the following charges: __DOMESTIC BATTERY, AGGRAVETED ASSAULT, BURGLARY, ROBBERY, CRIMINAL DAMAGE TO PROPERTY.__

In support of this motion, Petitioner states the following:

1. Petitioner is presently incarcerated at the __LAWERENCE__ Correctional Center, __SUMNER__, Illinois, serving a sentence of __TWO YEARS/12years__ following a conviction of __BURGLARY__ in the County of __PEORIA__, on __10-24??-00__. A term of __2years__ months/years remains to be served on this conviction.

2. On __NOVEMBER 26th 2003__, Petitioner filed a Demand for Speedy Trial and/or Quash Warrant pursuant to 725 ILCS 5/103-5 (2001) (Speedy Trial) and Article I, Section 8 of the Illinois Constitution, serving copies of the document on the __peoria__ county State's Attorney and the clerk of the court.

3. One hundred sixty (160) days have elapsed since Petitioner's Demand For A Speedy Trial And/Or Quash Warrant was filed.

4. This delay in bringing Petitioner to trial was not caused by or attributable to Petitioner nor caused by any of the delays enumerated in 725 ILCS 5/103-5 (2001).

WHEREFORE, pursuant to 725 ILCS 5/103-5 (d), Petitioner requests this Court dismiss all charges pending against him.

/s/ _Travis D. Williams_
        Petitioner

Revised Jan 2002

Exhibit FOUR
Spears Affidavit, Ex 23, page 5 of 7

03cm2753

January 5, 2004

Dear Mr. Williams:

In review of the documents that you have sent, I find new charges filed on the 8th day of December 2003. The charges are domestic violence and theft. I will forward a copy of the information to the State's Attorney.

I must inform you that in the future there is a $10.00 mailing fee. The cost of all copies is $2.00 for the first copy and .50 for each additional copy. A record search of any criminal history is $6.00 for each year. The fees must all be paid prior to your request being processed.

ROBERT M. SPEARS
CIRCUIT CLERK


DEPUTY

Spears Affidavit, Ex. 23, page 6 of 7

Exhibit Five

IN THE CIRCUIT COURT OF __PEORIA__ COUNTY, ILLINOIS
THE COURT FOR THE __TENTH__ JUDICIAL CIRCUIT
LAW DIVISION

TRAVIS D. WILLIAMS )
    Plaintiff, )
RANDALL E. WARD vs )  No._____
GEORGE RICHARDSON )
PEORIA POLICE, OFF. DIXON )
)
    Defendant.

## PETITION OF MANDAMUS

NOW COMES Plaintiff, __travis d. williams__, pro se, in order to give notice to the Court for leave to file a PETITION OF MANDAMUS pursuant to Code of Civil Procedure 735 ILCS 5/14-101 et. seq. directed to the above named Defendant.

IN SUPPORT THEREOF, Plaintiff states as follows:

1. Plaintiff is currently incarcerated at __LAWERENCE__ Correctional Center, __SUMNER__, Illinois, __LAWERENCE__ County. Plaintiff is serving a sentence of __12__ years for the charge of __BURGLARY/PAROLE VIOLATION__.

2. Defendant, __IN THE ABOVE CAPTION__, is the __ACCUSED__ and as such is responsible for __PLAINTIFF BEING FALSELY BEING ARRESTED/and VIOLATED__.

3. Plaintiff brings this PETITION OF MANDAMUS before the Court pursuant to Code of Civil Procedure 735 ILCS 5/14-101 et. seq.

4. The plaintiff has requested that the defendants perform specific ministerial duties. The defendants have refused to perform such duties regardless of plaintiff's clear entitlement to performance of the specific duties which are set forth as follows: __TO FILE A TRUE AND ACCURET REPORT, PERTAINGNG, TO A NOVEMBER 1, 2003 police report. the plaintiff request afair hearing, with the above at a prison board xxxix review hearing.__

5. As a result of Defendant's actions, Plaintiff will suffer irreparable damages and be subjected to __be falsely imprisonedfor ten months.and the loss of aweekly paying job.__

Revised Jan 2002

*Spears Affidavit Ex. 23, page 7 of 7*

Exhibit Six