TRAVIS D. WILLIAMS
DEFENDANT
-v-
PEOPLE OF THE STATE OF ILLINOIS
PLAINTIFF

PEORIA COUNTY

CASE NO. 03-CM2753

FILED APR 16 2004 CIRCUIT CLERK PEORIA COUNTY, ILLINOIS SPEARS

## MOTION FOR A BILL OF PARTICULARS

MOTION FOR A BILL OF PARTICULARS COMES BEFORE THIS HONORABLE COURT ON THE DEFENDANT TRAVIS D. WILLIAMS PETITION PURSUANT TO 725 ILCS 5/114-2.

The DEFENDANT FURTHERMORE STATES, This motion is NECESSARY TO ENABLE The DEFENDANT TO PREPARE HIS DEFENSE.

Attached HERETO is A list of DOCUMENTS, The DEFENDANT'S REQUESTING PURSUANT TO 725 ILCS 5/114-2.

It IS HEREby GRANTED by THIS HONORABLE COURT THAT ON _____ DAY OF _____ 2004 BY HONORABLE JUDGE _____

Subscribed And sworn To before me This _____ DAY OF _____ 2004

_____
NOTARY

TRAVIS D. WILLIAMS
DEFENDANT PRO/SE
MENARD CORRECTIONAL CENTER
711 KASKASKIA ST.
MENARD, ILLINOIS. 62259

Spears Affidavit, Ex. 24, page 1 of 2

TRAVIS D. WILLIAMS PRO SE
DEFENDANT
-v-

PEOPLE OF THE STATE OF ILLINOIS PEORIA COUNTY, IN THE CIRCUIT COURT OF THE 10th JUDICIAL CIRCU.

The Defendant Request the following pursuant to 725 ILCS 5/114-2, pertaining to the charges of Theft, Domestic Battery

1.) STATEMENTS AND REPORTS OF Peoria Police Officer Dixon pertaining to Report No.# 0332292 Given Case No.# 03-cm 2753, Given on November 1, 2003, and there after.

2.) STATEMENTS Given by Linda F. Jackson on November 1, 2003 pertaining to statements given in Case No.# 03-cm 2753.

3.) STATEMENTS Given by Angela Outland pertaining to Case No.# 03-cm 275 Given on November 1, 2003.

4.) All Detective STATEMENTS Given on November 1, 2003 pertaining to Case No.# 03-cm 2753.

5.) All Photographs pertaining to November 1, 2003, Case No.# 03-cm 275.

6.) All statements Given By Plaintiffs Attorney pertaining to Case No.# 03-cm 275

The Defendant, Request all statements and photographs pertaining to case No. 03-cm the charges of Theft and Domestic Battery.

Travis D. Williams
PRO SE
Defendant
711 Kaskaskia St.
Menard, Ill. 62259

Spears Affidavit, Ex. 24, page 2 of 2