Wednesday, 17 November
Clerk, U.S. District Court, ILCD

"THIS IS A MOTION" AND PROOF OF SERVICE

AND

"IT SHOULD BE PRESENT IN COURT RM 210 TO BE HEARD ON THAT DAY"

FILED
CLERK OF THE
CIRCUIT COURT
PEORIA COUNTY
2004 JUN -1 P 2: 10
ROBERT M SPEARS

6-1-04 dk
copy made for
SAO & Gaubas

Spears Affidavit, Ex. 25