FILED
CLERK OF THE
CIRCUIT COURT
PEORIA COUNTY

2004 JUN -1 P 2:48

IN THE
County of PEORIA
Judicial Court

TRAVIS D. WILLIAMS ~~ROBERT M SPEARS~~
Plaintiff,

v.

People of the State of Illinois
Defendant

Case No. 03-CM-2753

## PROOF/CERTIFICATE OF SERVICE

TO: Circuit Clerk
Robert Spears
324 Main St Rm G-11
Peoria, IL 61602

TO: Honorable Judge Collier
324 Main St
Peoria, IL 61602
Court Rm 216

TO: State Att. Kevin Lyon
324 Main St
Rm 111
Peoria, IL 616

PLEASE TAKE NOTICE that on **May 26**, 20**04**, I have placed the documents listed below in the institutional mail at **Menard** Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: **1 Court Order Motion, 1 Attached Exhibit**

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 5/26/04

/s/ Travis D. Williams
NAME: Travis D. Williams
IDOC#: A67467
Menard Correctional Center
P.O. BOX 711
Menard, IL 62259

Spears Affidavit, Ex. 26

Revised Jul 2002