Travis D. Williams
-v-
People of the State of Illinois
Plaintiff

In the County of Peoria
16th Judicial Circuit

FILED
CLERK OF THE
CIRCUIT COURT
PEORIA COUNTY

2004 JUN -1 P 2:10

ROBERT M SPEAR

N# 03-CM-2753

Defendant seeking a
Court Order

This motion comes before the court on Defendant Travis D. Williams and he states as follow;

1.) That on April 7th 2004 he placed in handcuffs, a chain around his wrist and this was joined by a black box, causing injury to defendant for 15 hours

2) Inmate states that black box caused him injuries while being restrained for 15 hour

3). Inmate, he went through the proper proceedures to obtain relief from the department of Correction, and that C. Forsting refused to do a thourough investigation into the matter of Excessive Force see attached Exhibit,

4) That the Doctor Aguinaldo is not a qualified doctor to determine the amount of nerve damage to anyone, (ask doctor how many times he got sued)

Mr. Williams has **HAD** a deliberate indifference with this Doctor since 2002 and at two different correctional facility's to his medical needs.

Mr. Travis D. Williams ask this Honorable Judge to grant relief to him by ordering the removal of the Black Box from Mr. Williams, Handcuffs, and to see said damage it has done to Mr. Travis D. Williams wrist upon entry to Honorable Judge Collier Court Room

_____
Honorable Judge

_____
Date

Travis D. Williams
711 Kaskaskia St
Menard, IL 6225?

Spears Affidavit, Ex. 27, page 1 of 3

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**COMMITTED PERSON'S GRIEVANCE (Continued)**    DOC 0046, Page 2

INMATE WILLIAMS WAS FORCED TO EAT WHILE IN THE RESTRAINTS HE WAS FORCED TO USE THE WASHROOM WHILE IN THE RESTRAINTS. INMATE WILLIAMS WRIST HAD FULLY SWELLED INTO THE CUFFS CAUSING HIS SKIN TO BREAK AND BLOOD STARTED TO FLOW, INMATE ASKED AGAIN CAN THE CUFFS BE LOOSENED HE GOT NO RESPONSE FROM NONE OF THE 3 OFFICERS.

ON APRIL 10th INMATE WILLIAMS SEEN THE DOCTOR ABOUT THE INJURIES SUSTAINED DUE TO THE DAMAGE FROM THE HAND CUFFS. INMATE STILL SUFFERS FROM PERMENANT NERVE DAMAGE.

828

## ILLINOIS DEPARTMENT OF CORRECTIONS
## COMMITTED PERSON'S GRIEVANCE

CLERK OF CIRCUIT COURT PEORIA COUNTY

| Date: MAY 12 2004 | Committed Person: (Please Print) TRAVIS WILLIAMS | ID#: B67417 |
|---|---|---|
| Present Facility: MENARD 7MH-1C-1 P 2:1 | Facility where grievance issue occurred: MENARD C.C.C | |

**NATURE OF GRIEVANCE:**

ROBERT M SPEAR

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [x] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [x] Other (specify): EXCESSIVE FORCE WHILE ON A COURT WRIT, BEING IN RESTRAINTS FOR 15 HOURS

- [ ] Disciplinary Report: ___/___/___  Date of Report _____ Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** ON April 7th 2004 at 4:AM INMATE WILLIAMS WAS PLACED IN HANDCUFFS AND A BLACK BOX PLACED OVER THE HANDCUFFS, THEN A CHAIN WAS ATTACHED TO THE BLACK BOX PULLING INMATE WILLIAMS ARMS TIGHTLY TO HIS BODY.

INMATE WILLIAMS WAS FORCED TO STAY IN THIS CHAINED POSITION FOR WELL OVER 15 HOURS.

WHILE INMATE WAS IN PEORIA COUNTY COURT HOUSE HOLDING CELL – INMATE ASKED EACH CORRECTIONAL OFFICER COULD THEY LOOSEN THE CHAIN AND HANDCUFFS, BECAUSE INMATE WILLIAMS WRIST BEGAN TO SWELL AND HIS ARMS BEGAN TO CRAMP, EACH OFFICER TOLD HIM NO THEY WOULDNOT.

**Relief Requested:** WHILE I AM ON A COURT WRIT AROUND ARMED GUARDS WITH GUNS, I WANT TO BE UNCUFFED, WHEREAS I CAN EAT, AND TAKE A PISS AND NOT HOLD IT FOR 15 HOURS   OR  $200,000.00

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____ _____ ___/___/___
Committed Person's Signature   ID#   Date

(Continue on reverse side if necessary)

### Counselor's Response (If applicable)

Date Received: 05/18/04

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** HEALTH CARE MEDICAL RECORDS CONTACTED AND SHOW NO EVIDENCE OF ANY "PERMANENT NERVE DAMAGE". INMATES ON COURT WRIT WILL NOT HAVE CUFFS REMOVED UNLESS ORDERED BY I.D.O.C. OR THE JUDGE. ALL POLICIES FOLLOWED AS PER WRIT RESTRAINTS. NO EVIDENCE OF "EXCESSIVE FORCE" FOUND.

C. Folger                     [signature]                     05/18/04
Print Counselor's Name        Counselor's Signature           Date of Response

### EMERGENCY REVIEW

Date Received: ___/___/___   Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____ ___/___/___
Chief Administrative Officer's Signature   Date

Distribution: Master File; Committed Person        Page 1        DOC 0046 (Eff.10/2001)
                                                                 (Replaces DC 5657)
Printed on Recycled Paper

Spears Affidavit Ex. 27, Page 3 of 3