# IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS
## PEORIA COUNTY

The People of The STATE OF ILLINOIS

Plaintiff

vs.

Travis Williams.

Defendant

FILED
ROBERT M. SPEARS
JUN 0 2 2004
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

CASE NO. 03 CM 2753

## ORDER

The Named Defendant, Travis Williams, appears in open court and John Stenson appears on behalf of the State.

The Defendant has presented the following motions:

1. Motion to Suppress Confession; Denied
2. Motion to Dismiss Charges; Denied
3. Motion to Change Venue; Denied
4. Motion For Bill of Particulars; Denied in part, State to provide Defendant with Discovery. Discovery is to be complied with by 06/07/04.
5. Motion For Issuance of Subpoenas; Denied
6. Motion For Removal of Black Box; Denied

Jury Trial is set on 08/04/04 @ 9:00 a.m.

Entered 6-2-04.

Spears Affidavit, Ex. 29

JUDGE OF THE TENTH JUDICIAL CIRCUIT

CLERK'S COPY — WHITE
PLAINTIFF'S COPY — YELLOW
DEFENDANT'S COPY — PINK
ADDITIONAL COPY — GOLDENROD