## IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS
## PEORIA COUNTY

People of The State of Illinois, Plaintiff

vs.

Travis Williams, Defendant

FILED ROBERT M. SPEARS JUN 03 2004 CLERK OF THE CIRCUIT COURT PEORIA COUNTY, ILLINOIS

CASE NO. 03 CM 2753

## ORDER

The Court on its own Motion, having Reconsidered the Request of The Defendant for appoint of Counsel after the withdrawl of attorney Robert Caubus

Orders that Counsel be appointed to Represent Defendant, in his Jury Trial August 4, 2004 at 9:00 Am. Case to be Reassigned to an assistant Public Defender other than Caubus

Entered 6-3-04

/s/ J.H. Collier
JUDGE OF THE TENTH JUDICIAL CIRCUIT

CLERK'S COPY—WHITE
PLAINTIFF'S COPY—YELLOW
DEFENDANT'S COPY—PINK
ADDITIONAL COPY—GOLDENROD

Spears Affidavit, Ex 30