ILLINOIS DEPARTMENT OF CORRECTIONS
## Parole Violation Report

### Section A: Violation Details

Releasee: Travis D. Williams    AKA: Travis Dowhard    ID#: B67417
Parent Facility: Western Illinois Correctional Center    Date of Birth: 07/23/1963
Gender: ☒ Male  ☐ Female    Race: ☐ Caucasian  ☒ African American  ☐ Asian American  ☐ Hispanic  ☐ Native American  ☐ Other
FBI#: 153580X6    I.R.#: N/A    CCJ#: N/A
Release Date: 08/24/2003    Sentence Exp. Date: 08/24/2005    Violation Date: 11/01/2003
Custody Facility: Peoria County Jail    Custody Date: 11/01/2003
Offense(s): Domestic Battery, Aggravated Assault, Robbery, Criminal Damage to Property
IDOC Warrant #: PN0313090    Date Warrant Issued: 11/01/2003

**Description of the Alleged Violation** (include date, time, place and description of the violation; description and method of weapons used; identity and injury to victim(s); arrest date and arresting agency; criminal charges; and custody/court/bond information):

According to Peoria Police Report #03-32292, On 11/1/03 at approximately 2:16 a.m., Officer Dixon of the Peoria Police Department was dispatched to 3506 N. Molleck in Peoria, Il. in regards to a domestic dispute. Officer Dixon spoke to the victim, Linda Jackson, who stated that her boyfriend, Travis Williams, punched her in the face and kicked her several times. Jackson stated that she told Williams that he needed to leave and he became more upset. She stated that Williams grabbed a hunting knife and began swinging it at her while she was in bed. Jackson stated that he then began to cut the bed up with the knife while telling her he would, " Kill Your Mother Fucking Ass!" Jackson stated she then was able to call the police on her cellular phone. Jackson stated that this enraged Williams and he punched her in the left eye, SEE PAGE #3,

**Other Arrests or Parole or Mandatory Supervised Release Violations During the Current Supervision Term:**

**Community Adjustment** (juvenile only):

**Agent's Recommendation** (sanctions, level, ARD date, etc.): Due to Williams' arrest and total disregard for the rules of parole, this agent recommends that he be declared a violator and kept for the remainder of his parole term.

**Attachments** (Identify): Peoria Police Report, IDP Goals, Warrant

I hereby declare under the penalty of perjury that the foregoing description of alleged violations made by me in this violation report is true and correct to the best of my knowledge and belief.

Randall E. Ward    D-24    [signed] Randall E. Ward    11/2/2003
Print Parole Agent's Name    No.    Parole Agent's Signature    Date

**Supervisor Comments** (if any):

George Richardson    D-12    [signed] George Richardson    11/3/03
Print Parole Supervisor's Name    No.    Supervisor's Signature    Date

**Section B: Notice of Charges** must be completed at the same time this section is completed
Distribution: Releasee; Releasing Authority; Releasee's Case File; Page 1    DOC 0071 (Eff. 1/2002)
Parent Field Services Representative;    (Replaces DCA 591; DCJ 119, and 142)
Hearing Officer; if FOS, Interstate Compact    Printed on Recycled Paper

Spears Affidavit, Ex. 31, page 1 of 4    5

Exhibit 2

ILLINOIS DEPARTMENT OF CORRECTIONS

# Parole Violation Report

Travis D. Williams
_____
Releasee's Name

B67417
_____
ID#

## Section B: Notice of Charges of Alleged Parole or Mandatory Supervised Release Violations

You are hereby notified that, as detailed on this form, you are charged with having committed the following violations of your conditions of Parole or Mandatory Supervised Release Agreement:

- [x] 1. Violation of any criminal statute.
- [x] 2. Possession of a firearm or other dangerous weapon.
- [ ] 3. Failure to report to your agent.
- [ ] 4. Failure to permit the agent to visit at home, employment, or elsewhere as determined necessary.
- [ ] 5. Failure to attend or reside in a facility established for the instruction or residence of persons on parole or mandatory supervised release.
- [ ] 6. Failure to secure permission before visiting or writing a committed person in a Department facility.
- [ ] 7. Failure to report all arrests to an agent as soon as permitted by the arresting authority but in no event later than 24 hours after release from custody.
- [ ] 8. Failure to obtain permission of your agent before leaving the State of Illinois.
- [x] 9. Failure to obtain permission of your agent before changing your residence or employment.
- [ ] 10. Failure to consent to search of your person, property, or residence under your control.
- [ ] 11. Use or possession of narcotics or other controlled substances in any form, or both, or any paraphernalia related to those substances, or failure to submit to a urinalysis test as instructed.
- [ ] 12. Frequenting places where controlled substances are illegally sold, used, distributed, or administered.
- [ ] 13. Knowingly associating with other persons on parole or mandatory supervised release without prior written permission of your agent or knowingly associating with persons who are members of an organized street gang.
- [x] 14. Failure to provide true and accurate information, relating to your adjustment in the community while on parole or mandatory supervised release or to your conduct while incarcerated, in response to inquiries by your agent.
- [x] 15. Failure to follow any specific instructions provided by your agent, specifically: Attend Weekly Substance Abuse Counseling at Smart Recovery
- [x] 16. Failure to comply with the following additional conditions of release: Drug Abuse Counseling

You are entitled to a Preliminary Parole/Mandatory Supervised Release Violation Hearing before a neutral Hearing Officer to determine whether or not probable cause exists that you did commit one or more of the violations checked above. You may appear and speak on your own behalf at this hearing and you may retain an attorney to represent you at the hearing. You may present evidence to rebut the charges and you may make a written request in advance of the hearing to present witnesses who can provide relevant information or to question adverse witnesses. If probable cause on any new criminal charge is determined by the court prior to the hearing date, you are not entitled to a preliminary hearing.

Your preliminary hearing is now scheduled to be held on: _____, 20____ at _____ ☐ a.m. ☐ p.m.
at: _____

Note: If probable cause is found at the preliminary parole revocation hearing, you may request the hearing officer recommend to the Prisoner Review Board that the parole violation warrant be withdrawn pending a final parole revocation hearing.

As an alternative to the scheduled hearing, you may exercise one of the following options by initialing the appropriate box:

[x] A. **Postpone:** I request that my preliminary hearing be postponed for up to 30 days from today's date to permit me to obtain an attorney, witnesses, or documents. I understand that it is my responsibility to present these individuals or materials at my hearing on:
Initials
_____, 20____ at _____ ☐ a.m. ☐ p.m.

[ ] B. **Waive** (Illinois Offenders Only): I elect to waive my preliminary hearing with the understanding that I will be afforded a full revocation hearing before the Prisoner Review Board or Parole Board. This waiver does not indicate any admission of guilt to the above violations.
Initials

I have received a copy of this Notice of Charges:

_____ on ___/___/___
Releasee's Signature                    Date

A copy of this notice was delivered to the alleged violator by:

George Richardson                    Supervisor
Print Name                           Title

George Richardson                    on 11/3/03
Signature                            Date

**Violation details are in Section A**

Distribution: Releasee; Releasing Authority; Releasee's Case File;
Parent Field Services Representative;
Hearing Officer; if FOS, Interstate Compact

Page 2
Printed on Recycled Paper

DOC 0071 (Eff. 1/2002)
(Replaces DCA 591; DCJ 119, and 142)

Spears Affidavit, Ex 31, page 2 of 4

ILLINOIS DEPARTMENT OF CORRECTIONS
## Parole Violation Report

Travis D. Williams
Releasee's Name

B67417
ID#

### Section A: Violation Details (con't)

Description of the Alleged Violation: AND KICKED HER IN THE CHEST. WILLIAMS TOOK HER CELLULAR PHONE AND FLED THE SCENE. JACKSON'S GRANDDAUGHTER WITNESSED THE INCIDENT AND HER STATEMENTS WERE CONSISTANT WITH JACKSON'S STATEMENTS TO POLICE. OFFICER WEST TOOK PICTURES OF JACKSON'S INJURIES AND OF THE DAMAGE TO THE MATTRESS. POLICE TRIED TO LOCATE WILLIAMS AT 815 W. MACQUEEN, IN PEORIA (WILLIAMS APPROVED HOST SITE). ANGELA OUTLAND STATED TO POLICE THAT WILLIAMS DOES NOT LIVE THERE. SHE STATED THAT SHE ALLOWS WILLIAMS TO USE HER ADDRESS AS A FAVOR TO JACKSON, WHO SHE KNOWS FROM WORK. OUTLAND STATED THAT JACKSON LIVES IN SECTION 8 HOUSING AND HOUSING GUIDELINES PREVENT HER FROM ALLOWING A FELON TO BE A RESIDENT. OUTLAND STATED THAT WILLIAMS ONLY COMES TO HER HOUSE WHEN HIS PAROLE AGENT NEEDS TO MEET WITH HIM. OUTLAND STATED TO POLICE THAT WILLIAMS DID CALL HER FROM JACKSON'S CELL PHONE AND DID ADMIT TO TAKING HER CELL PHONE. OFFICER DIXON DID CALL THE CELL PHONE NUMBER AND SPOKE TO A MALE WHO IDENTIFIED HIMSELF AS TRAVIS. THE OFFICER TALKED TO HIM ABOUT TURNING HIMSELF IN, BUT HE STATED HE, "DIDN'T DO SHIT" AND THEN HUNG UP THE PHONE. A 49 MESSAGE WAS PUT OUT FOR HIS ARREST. WILLIAMS WAS ARRESTED BY THE PEORIA POLICE AT APPROXIMATELY 12:15 P.M. IN THE 2500 BLOCK OF N. STERLING AVENUE IN PEORIA, IL. HE WAS TAKEN TO THE PEORIA P.D. DETECTIVE BUREAU FOR QUESTIONING AND THEN ARRESTED FOR DOMESTIC BATTERY, AGGRAVATED ASSAULT, ROBBERY AND CRIMINAL DAMAGE TO PROPERTY. WILLIAMS HAS VIOLATED A CRIMINAL STATUTE BECAUSE OF HIS ARREST, FAILED TO REFRAIN FROM POSSESSING A DANGEROUS WEAPON (HUNTING KNIFE), FAILED TO OBTAIN PERMISSION FROM HIS AGENT BEFORE CHANGING HIS ADDRESS, FAILED TO PROVIDE TRUE AND ACCURATE INFORMATION TO HIS AGENT WHILE ON PAROLE (STATED THAT HE WAS LIVING AT 815 MACQUEEN, PEORIA, WHEN HE WAS LIVING IN SECTION 8 HOUSING), FAILED TO ATTEND WEEKLY DRUG COUNSELING AT SMART RECOVERY AS INSTRUCTED BY HIS AGENT ON 8/24/03.

Other Arrests or Parole or Mandatory Supervised Release Violations During the Current Supervision Term:

Community Adjustment (juvenile only):

Agent's Recommendation:

Attachments:

Spears Affidavit
Ex 31, page 3 of 4

:e File:
Page 3
Printed on Recycled Paper

DOC 0071 (Eff. 1/2002)
(Replaces DCA 591, DCJ 119, and 142)

James Williams No. B-67417 Inst. MEN Dkt. No. PV

## STATE OF ILLINOIS
## PRISONER REVIEW BOARD

Date 3-16-04

**The Warden—**
The following order is your authority to release this individual on parole to the custody and supervision of the Office of Community Supervision, or continue to hold as indicated. If parole is ordered, said order is subject to being vacated prior to release to parole. Any release is contingent upon execution of Parole or Mandatory Supervised Release Agreement.

**Violator Rationale**
The inmate named has violated parole or Mandatory Supervised Release because the inmate:

☒ Committed the criminal offense of _Rule #1_
_Racine botley_

☐ Violated condition(s) _____

of the Parole or Release Agreement.

☐ Violated condition(s) _____

of your Special Order.

☐ Absconded
☐ Failed to report or falsified report(s).

**Evidence Relied Upon**
☒ Counselor's Report
☒ Police Report
☐ Witnesses' testimony
☐ Own admission

The Board finds that this evidence is sufficient because _a preponderance of credible evidence_

---

☐ Parole granted effective when
  ☐ Parole plans are approved
  ☐ Minimum is served
  ☐ Eligible
☐ Subject to regular conditions and
  ☐ Special Order No. _____
☐ Parole denied, continued to _____
☐ Hearing continued to _____
  ☐ Psychiatric Report requested
  ☐ For verification of parole plans
  ☐ At inmate's request
☐ Release date offer attached to and made a part of this Order

---

☐ Found not to be a violator
☒ Declared a violator as of  1-1-05  on
  ☐ Statutory Parole
  ☒ Mandatory Supervised Release
  ☐ Parole
☒ Parole or release revoked
  ☐ Continued to _____
☐ Parole or release continued
  ☐ Effective _____
  ☐ Effective when plans are approved
  ☐ Subject to Special Order No. _____
☐ Hearing continued to _____
  ☐ For further information
  ☐ For Court Disposition
  ☐ At inmate's request
  ☐ For Violation Report

For The Board: _[signatures]_

☐ Order of
  ☐ Amended
  ☐ Stayed
  ☐ Vacated

Spears Affidavit, Ex 31, page 4 of 4