Spears Affidavit, Ex. 3AG

E-FILED
Wednesday, 17 November, 2004 04:52:52 PM
Clerk, U.S. District Court, ILCD

00 CF 1052
00 CF 1053

FILED
ROBERT M. SPEARS
MAY 0 7 2003
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

c/o Circuit Clerk Robert M. Spears

Fr: Inmate Travis D. Williams   Reg. No.# B67417
Route 99 South, P.O. Bx. 1000, mt. sterling Illinois. 62353

I have wrote you several letters at the exspense of me doing an extra 90 days in the Department of Corrections.

On Febuary 19th 2003 I sent to your office 3 Documents consisting of a motion for speedy trial and or to squash a warrant. The respone I got back was a letter which you sent after I had transfered from the facility I was at. I wrote you and told you I needed another letter sent here where I am presently at. You did not respond as of may 1st 2003. You and your office have denied me access to your courts, if your office would have processed my original motion, I wouldn't have to keep writing your office.

By denying me access to your courts in the County of Peoria I have been a subject of unfair treatment and discrimination by your county and the State of Illinois which is clearly a FEDERAL OFFENSE, so if I don't get written notification sent to Captain Clayton, and Paul Vincent, and Warden Kevin A. Winters that I don't have a warrant in Peoria County, sent to Western Illinois Corr. Ctr., Route 99 South, P.O.Bx 1000 mt. sterling Illinois, I will have no other choice but to

(1)   5-7-03    Copies: SAO, PD, DEF

FILED
ROBERT M. SPEARS
MAY 0 7 2003
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

File a federal law suit against you. You can settle this matter by you sending letters here to this facility.

A letter sent to me will do me no good at all, I need the letters sent to the members of this administration I have mentioned on the bottom of page one, and a notice to me these noterized letters were sent.

Sincerely

Francis D. Williams
Reg. No. #B67417
Route 99 South  P.O. Bx 1000
Mt. Sterling Ill. 62353