IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| TRAVIS WILLIAMS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | CASE NO. 04-1074 |
| ROBERT M. SPEARS, | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF STEFANI QUAST

STATE OF ILLINOIS )
 )
COUNTY OF PEORIA )

NOW COMES STEFANI QUAST and states under oath as follows:

1. I am an adult under no legal disability and if called as a witness in this case could testify to the facts contained herein from my own personal knowledge.

2. I work for the Peoria County State's Attorney as the Charging Legal Assistant.

3. I have searched the records in the State's Attorney's Office and no charges were filed against Travis D. Williams for his arrest on November 1, 2003 until December 8, 2003.

4. A copy of a Notice to Appear is not filed until the Information is filed.

**FURTHER AFFIANT SAYETH NOT**

_____
STEFANI QUAST

I, STEFANI QUAST, hereby certify that under penalties provided by law, the statements set forth in this Affidavit are true and correct, except as to matters herein stated to be on information and belief and as to such matters I hereby certify that I thoroughly believe the same to be true.

_____
STEFANI QUAST

_____
NOTARY PUBLIC

Signed and sworn to before me this 15th day of November, 2004.

OFFICIAL SEAL
PAULETTE L FAIR
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 12/06/05

**EXHIBIT C**

Lds/04/williamsTravis quast affidavit.doc/PLF