**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| TRAVIS WILLIAMS, ) | |
| Plaintiff, ) | |
| vs. ) | CASE NO. 04-1074 |
| ) | |
| ROBERT M. SPEARS, ) | |
| Defendant. ) | |

**DEFENDANT ROBERT M. SPEARS' MOTION FOR SUMMARY JUDGMENT
RULE 56(e) PRO SE NOTICE**

**NOTICE:**

TO: TRAVIS D. WILLIAMS, #B67417
MCC
P.O. Box 711
Menard, IL 62259

**RE:  RESPONSE REQUIRED**

**YOU MUST RESPOND** to this motion as required by Federal Rule of Civil Procedure 56(e) as follows:

(e)   **Form of Affidavits; Further Testimony; Defense Required.**  Supporting and opposing affidavits shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify to the matters stated therein.  Sworn or certified copies of all papers or parts thereof referred to in an affidavit shall be attached thereto or served therewith.  The court may permit affidavits to be supplemented or opposed by depositions, answer to interrogatories, or further affidavits.  When a motion for summary judgment is made and supported as provided in this rule, an adverse party may not rest upon the mere allegations or denials of the adverse party's pleading, but the adverse party's response, by affidavits or as otherwise provided in this rule, must set forth specific facts showing that there is a genuine issue for trial.  If the adverse party does not so respond, summary judgment, if appropriate, shall be entered against the adverse party.

This means you must respond to this motion with affidavits or other evidence to support your complaint. Stating the allegations in your complaint over again is not sufficient. You must contradict and oppose the facts stated in this motion. **If you do not respond with facts set forth in affidavits or other documents, the facts set forth by Defendants in this motion will be taken as true by the Court and you may lose your case.** You will not be allowed a trial or hearing to present your own or other testimony. You will not be allowed to argue your case in the Court.

**Ref:** Consequences of not submitting affidavits to oppose a motion for summary judgment, see *Timms v. Frank*, 953 F.2d 281, 285 (7th Cir. 1992).

RESPECTFULLY SUBMITTED,
ROBERT M. SPEARS
Defendant

KEVIN W. LYONS
State's Attorney of Peoria County


By: /s/ Lynden D. Schmidt_____
     Assistant State's Attorney
     Room 111, Peoria County Courthouse
     324 Main Street
     Peoria, IL 61602
     (309) 672-6017

LDS/04/williamsTravis summary judgment.doc/plf

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

TRAVIS WILLIAMS,            )
              Plaintiff,    )
vs.                         )
                            )    CASE NO. 04-1074
ROBERT M. SPEARS,           )
             Defendant.    )

**CERTIFICATE OF SERVICE**

    I, LYNDEN D. SCHMIDT, Assistant State's Attorney of Peoria County, hereby certify that on the 17th day of November, 2004, I caused a true and correct copy of the attached Defendant Robert M. Spears' Motion for Summary Judgment Pro Se Notice to be served upon:

    Travis D. Williams, #B67417
    MCC
    P.O. Box 711
    Menard, IL 62259

by depositing the same in the United States Mail in the Peoria County Courthouse, Peoria, Illinois, postage fully prepaid and addressed as aforesaid.


By: /s/ Lynden D. Schmidt_____
    Assistant State's Attorney of Peoria County
    Peoria County Courthouse
    324 Main Street, Room 111
    Peoria, IL 61602
    (309) 672-6017