```
------------------------------------Person  2 (Arrestee)------------------------------
Person Type:
  _ Victim    _ Complainant   X Suspect    X Arrestee   _ Witness   _ Prop/Veh Owner
  _ Business  _ Financial   _ Government   _ Religious   _ Society  _ Other/Unknown
```

Last Name.......: WILLIAMS          First Name..: TRAVIS
Middle Name....: D        Suffix....:         MNI #.: 00 00089810
Date Of Birth..: 07/23/1963  Age/From/To..: 040 040  Months: 03  Rpt Age..: 40
Social Security: 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  Sex.........: M        Race..: B  Ethnicity:
Height From/To.: 6'00 6'00  Weigh From/To: 240 240  _ Can ID Suspect(s)
Eye Color......: BRO       Hair Color...: BLK       Phone:

```
                Number   Dir  Street Name           Type        Jur Apt.#
Address........: 00815   W    MACQUEEN              ST              PA
```
City...........:                 State.........: IL  Zip......:
Driver License.: W45280463209    State.........: IL  Exp. Year:
Marks/Scars....:                                         _ Juvenile

------------------------------------Description-----------------------------------

Hair Style....:                  Hair Color1..:
Type Build....:                  Hair Color2..:
Facial Hair...:                  Facial Color.:
Glasses Type..:                  Glasses Color:
Coat Type.....:                  Coat Color...: BLU
Shirt Type....:                  Shirt Color..:
Pants Type....:                  Pants Color..: BLU
Shoe Type.....:                  Shoe Color...:
Voice Type....:
Demeanor......:
Accent Type...:
Complexion....:
Other Clothing:
Spoken Words..:

PAGE
(13)

EXhibiT 6

---------------------------------Additional Suspect Information---------------------------------

Diposition.: 87    ARRESTED - HELD FOR    _ Suspect is Named

Injury Type
X None          _ Major Injury       _ Lacerations    X Arrested    Date/Time..: 11/01/2003 10:45
_ Broken Bones  _ Unconscious        _ Loss of Teeth
_ Minor Injury  _ Internal Injuries  _ Killed         X Arrest      _ Summons  Arrest #:

                    Number    Dir   Street Name            Type          Jur Apt.#
Arrest Location:    02500     W     FOREST HILLS           AV            PA

Location Remark  BUS BENCH

Miranda Warning Given             Weapons
                                  X Unarmed  _ Rifle    _ Shotgun         _ Lethal Cutting Instrume
_ Orally  _ Waiver  #:             _ Firearm _ Handgun  _ Other Firearm   _ Club/Blackjact/Brass K

================================================================================
RELATIONSHIP AREA
================================================================================

---------------------------Victim/Offender Relationship----------------------------

Victim's name              Suspect's name              Code Relationship
JACKSON,LINDA F            WILLIAMS,TRAVIS D           BG   Victim Was Boyfriend/Girlfriend

---------------------------Victim/Offense Relationship-----------------------------

Victim's name              Offense         Description
JACKSON,LINDA F            0625            -RESIDENTIAL BURGLARY

---------------------------Suspect/Offense Relationship----------------------------

Suspect's name             Offense         Description
WILLIAMS,TRAVIS D          0625            -RESIDENTIAL BURGLARY

================================================================================
PROPERTY AREA
================================================================================
---------------------------------Property  1 ----------------------------------
_ Found _ Burned _ Conterfeit X Damaged _ Recovered _ Lost _ Stolen _ Otr/Unk _ Evidence _ PP

Property Type.: 521              Brand Name..: UNKNOWN           Color.:
Model........:                   Size........: DOOR FRAME        Tag No:
Value........: 0000000250        Serial No...:
Date Reported.: 11/01/2003
Iden Char.....:

Recovered By..:          Date/Time.:   /  /

Recovery        Number    Dir   Street Name             Type          Jur Apt.#
Address......:

Recovery City.: PEORIA            State.....: IL                  Zip...:

Recov Value...:                   Condition...:                   _ Biohazard

PAGE
(14)                                                    EXhibit 7

**NARRATIVE AREA**

ON TODAYS DATE I RESPONDED TO THE LISTED ADDRESS IN REGARDS TO A FEMALE WHO'S APARTMENT HAD BEEN BROKEN INTO BY A MALE WHO HAD ASSAULTED HER EARLIER,(SEE RELATED REPORT).UPON ARRIVAL I SPOKE WITH VICTIM JACKSON.SHE SAID SHE CAME HOME TODAY FROM SPENDING THE NIGHT AT A HOTEL TO FIND THAT HER FRONT DOOR HAD BEEN FORCED OPEN.JACKSON REPORTS NOTHING MISSING FROM INSIDE,HOWEVER SHE BELIEVES WILLIAMS TO BE RESPONSIBLE FOR ENTERING HER APARTMENT DUE TO FINDING A NOTE ON HER BEDROOM DRESSER MIRROR WHICH READ "I WANT MY LINK CARD AND WALLET".

JACKSON BELIEVES THIS INCIDENT OCCURRED BETWEEN THE LISTED TIMES BECAUSE OF PHONE CALLS MADE BY WILLIAMS TO FAMILY MEMBERS ON HER CELLULAR TELEPHONE WHICH HE HAD TAKEN FROM HER APARTMENT LAST NIGHT.

WILLIAMS WAS LOCATED AT THE BUS BENCH IN THE 2500 BLK OF WEST FOREST HILLS AVE. AT APPROX 1045 HRS.HE WAS TAKEN INTO CUSTODY FOR THIS INCIDENT AND THE RELATED INCIDENT THEN TRANSPORTED TO THE DETECTIVE BUREAU BY OFFICER MINGUS FOR QUESTIONING BY DET MUSHINSKI.SEE HIS REPORT FOR DETAILS..

I affirm under the pains and penalties of perjury that the aforementioned facts are true and correct.

_____    Date: _____/_____/_____
FUCHS,DARRELL A

EXhibit 8

PAGE
(15)







EXhibiT 9

PAGE (16)

DECEMBER 4, 2003

Dear Mr. Williams:

In review of the documents that you have sent, I find no charges at this time. I will forward a copy of the information to the State's Attorney.

I must inform you that in the future there is a $10.00 mailing fee. The cost of all copies is $2.00 for the first copy and .50 for each additional copy. A record search of any criminal history is $6.00 for each year. The fees must all be paid prior to your request being processed.

ROBERT M. SPEARS
CIRCUIT CLERK


DEPUTY

# AFFIDAVIT

I, TRAVIS D. WILLIAMS ~~MOTION~~, being duly sworn do repose and state that the attached MOTION is true and correct in substance and fact to the best of my knowledge.

/s/ Travis D. Williams
Petitioner

# B67417

LAWRENCE Correctional Center

P.O. Box R. R2 3/6

SUMNER, Illinois 62466

Subscribed and sworn to before me this 26th day of NOVEMBER 2003.

Sharon L. McCorkle
Notary Public

Expiration of Commission

"OFFICIAL SEAL"
Sharon L. McCorkle
Notary Public, State of Illinois
My Commission Exp. 07/03/2005

# NOTICE OF FILING

| CLERK | WARDEN | STATES ATTORNEY |
|---|---|---|
| TO: REGINA SPEARS | TO: PIERCE | TO: KEVIN LYONS |
| PEORIA COUNTY CLERK RM_-G22 | LAWRENCE CORR. CTR. R.R.2, BOX 36 | PEORIA COUNTY COURT HOUSE |
| 324 main st, PEO, IL61602 | SUMNER, IL 62466 | 324 MAIN ST. PEO, IL 61602 |

Please take notice on 11-26-03, 2003, I filed with COUNTY CLERK OF PEORIA COUNTY Court the attached MOTION AND AFFIDAVIT, 2 copies copy(ies) of which are served on you.

/s/ Travis D. Williams

# AFFIDAVIT OF SERVICE

STATE OF ILLINOIS )
                  )
COUNTY OF PEORIA  )

I, TRAVIS D. WILLIAMS, being sworn state that I served the attached notice on the above named person(s) by placing a true and correct copy in an envelope(s), addressed as shown above, with the proper U.S. postage on each and deposited the envelope(s) in the U.S. Mail at UNIT 3-B AT LAW CORR. CTR., Illinois, 62466, on or about the hour of 9pm on 11-26-03, 2003.

/s/ Travis D. Williams

Revised Jan 2002

PAGE (18)

EXhibit 12

IN THE CIRCUIT COURT OF THE __10th__ JUDICIAL CIRCUIT,
__peoria_____ COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS )
)
)
travis D. WILLIAMS  v.  ) Case No. 03-32292
_____ )
Defendant )

## DEMAND FOR SPEEDY TRIAL AND/OR QUASH WARRANT

The defendant, __TRAVIS D. WILLIAMS__, petitions this court and demands a speedy trial pursuant to 730 ILCS 5/3-8-10 (2001) (Intrastate Detainer) and 725 ILCS 5/103-5 (2001) (Speedy Trial) and Article I, Section 8 of the Illinois Constitution.

In support of this demand the defendant states the following:

1. He is presently incarcerated at the __LAWERENCE CORR. CTR.__ Correctional Center, __SUMNER__, Illinois __62466__.

2. He was convicted of __BURGLARY__ in the County of __PEORIA__, on __OCTOBER, 24th__, 20__00__, and sentenced to __12__ years.

3. A term of __2__ years remains to be served for this conviction.

4. The following charges are pending against the Defendant in your county:
__DOMESTICBATTRERY, AGGRAVETED ASSAULT, BURGLARY, ROBBERY, CRIMINALDAMAGETO PROPERTY.__

WHEREFORE, the Defendant respectfully demands that the State's Attorney of __PEORIA__ County proceed to bring him to trial on the above stated charge(s) within the __120__ days as allowed by law.

_Travis Williams_ No. __B67417__
Defendant
__LAWERENCE__ Correctional Center
P.O. Box __R.R. 31__
__SUMNER__, Illinois

Subscribed and sworn to before me this
__26th__ day of __November__, 20 __03__.

_Sharon L. McCorkle_
Notary Public

Revised Jan 2002

PAGE (19)

IN THE CIRCUIT COURT OF THE ~~XXXH~~ 10th JUDICIAL CIRCUIT,
PEORIA COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS )
)
v. )
)
)
TRAVIS D. WILLIAMS #B67417 )
    Petitioner

## MOTION TO DISMISS

Petitioner, pro se, moves to dismiss the following charges: DOMESTIC BATTERY, AGGRAVETED ASSAULT, BURGLARY, ROBBERY, CRIMINAL DAMAGE TO PROPERTY.

In support of this motion, Petitioner states the following:

    1. Petitioner is presently incarcerated at the LAWERENCE Correctional Center, SUMNER, Illinois, serving a sentence of TWO YEARS/12years following a conviction of BURGLARY in the County of PEORIA, on 10-24-00. A term of 2years months/years remains to be served on this conviction.

    2. On NOVEMBER 26th 2003, Petitioner filed a Demand for Speedy Trial and/or Quash Warrant pursuant to 725 ILCS 5/103-5 (2001) (Speedy Trial) and Article I, Section 8 of the Illinois Constitution, serving copies of the document on the peoria county State's Attorney and the clerk of the court.

    3. One hundred sixty (160) days have elapsed since Petitioner's Demand For A Speedy Trial And/Or Quash Warrant was filed.

    4. This delay in bringing Petitioner to trial was not caused by or attributable to Petitioner nor caused by any of the delays enumerated in 725 ILCS 5/103-5 (2001).

    WHEREFORE, pursuant to 725 ILCS 5/103-5 (d), Petitioner requests this Court dismiss all charges pending against him.

/s/ Travis D. Williams
    Petitioner

Revised Jan 2002

(page 20)

Exhibit 13

Exhibit 14

03cm2753

January 5, 2004

Dear Mr. Williams:

In review of the documents that you have sent, I find new charges filed on the 8th day of December 2003. The charges are domestic violence and theft. I will forward a copy of the information to the State's Attorney.

I must inform you that in the future there is a $10.00 mailing fee. The cost of all copies is $2.00 for the first copy and .50 for each additional copy. A record search of any criminal history is $6.00 for each year. The fees must all be paid prior to your request being processed.

ROBERT M. SPEARS
CIRCUIT CLERK


DEPUTY

page (21)

IN THE
CIRCUIT COURT FOR THE 10TH JUDICIAL COURT

PEORIA COUNTY, ILLINOIS

TRAVIS D. WILLIAMS )
   Plaintiff, )
)
) Case No. _____
V )
RANDELL E. WARD )
   GEORGE RICHARDSON )
PEORIA POLICE OFFICER DIXON )
   Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: COUNTY CLERK ROBERT M. SPEARS

324 MAIN STREET RM.G-22
PEORIA ILLINOIS. 61602

TO: kevinlyons :STATES ATTORNEY

324 MAIN STREET

~~PEORIA ILLINOIS.61602~~

PLEASE TAKE NOTICE that on DECEMBER 31st, 2003, I have placed the documents listed below in the institutional mail at LAWERENCE Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: 2COPIES OF MANDAMUS+2copies of appointment of counsel+2 COPIES TO DEFEND AS A POOR PERSON

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 12-31-03

/s/ Travis D. Williams
NAME: TRAVIS D. WILLIAMS
IDOC#: B-67417

lawerence Correctional Center
P.O. BOX 31
SUMNER, IL 62466

Revised Jan 2002

page (22)

IN THE CIRCUIT COURT OF __peoriat__ COUNTY, ILLINOIS
THE COURT FOR THE __tenth__ JUDICIAL CIRCUIT
LAW DIVISION

| | |
|---|---|
| TRAVIS D. WILLIAMS ) | |
| Plaintiff, ) | |
| vs ) | No. _____ |
| RANDALL E, WARD ) | |
| PEORIA POLICE OFF. DIXON ) | |
| GEORGE RICHARDSON     Defendant. | |

## LEAVE TO FILE PETITION OF MANDAMUS

NOW COMES Plaintiff, __TRAVIS D. WILLIAMS__, pro se, in order to give notice to the Court for leave to file a PETITION OF MANDAMUS pursuant to Code of Civil Procedure 735 ILCS 5/14-101 et. seq., directed to the above named Defendants. In support thereof, Plaintiff states as follows:

1. Leave to file PETITION OF MANDAMUS is an original action before the Court.

2. Plaintiff presents for review issues of law pertaining to him while incarcerated at __LAWERENCE__ Correctional Center, __SUMNER__, Illinois, __LWAERENCE__ County.

3. Plaintiff contends that the issues to be presented are concerning his right to __DUE PROCESS   705 ILCS505/9 ARRAINMENT, BOND HEARING, PLININARY HEARING.__

4. Plaintiff alleges in the petition that __HIS PAROLE WAS REVOKED FASLELY__.

5. Plaintiff's petition seeks to compel the Defendant to __WITH DRAW FROM GIVING ANY FURTHER STATEMENTS, AND GIVE A TRUE STATEMENT THAT THERE WAS NO ACTUAL Charges FILED ON THE PLAINTIFF ON NOVEMBER 1, 2003.__

6. Plaintiff hereby incorporates by reference all grounds and allegations stated in the PETITION OF MANDAMUS, a copy of which is attached hereto.

7. WHEREFORE, plaintiff prays this Court to grant him leave to file a PETITION OF MANDAMUS.

Respectfully submitted,
_Travis D. Williams_
Plaintiff, pro se, ID# Number __B62417__
P.O. Box __31__
__Lawerence__ Corr Ctr, __Sumner__, IL __62466__

Revised Jan 2002

page (23)