# IN THE CIRCUIT COURT OF PEORIA COUNTY, ILLINOIS
## THE COURT FOR THE TENTH JUDICIAL CIRCUIT
### LAW DIVISION

TRAVIS D. WILLIAMS )
          Plaintiff, )
RANDALL E. WARD vs )
GEORGE RICHARDSON ) No. _____
PEORIA POLICE, OFF. DIXON )
          Defendant. )

## PETITION OF MANDAMUS

NOW COMES Plaintiff, travis d. williams, pro se, in order to give notice to the Court for leave to file a PETITION OF MANDAMUS pursuant to Code of Civil Procedure 735 ILCS 5/14-101 et. seq. directed to the above named Defendant.

IN SUPPORT THEREOF, Plaintiff states as follows:

1. Plaintiff is currently incarcerated at LAWERENCE Correctional Center, SUMNER, Illinois, LAWERENCE County. Plaintiff is serving a sentence of 12 years for the charge of BURGLARY/PAROLE VIOLATION.

2. Defendant, IN THE ABOVE CAPTION, is the ACCUSED and as such is responsible for PLAINTIFF BEING FALSELY BEING ARRESTED, and VIOLATED.

3. Plaintiff brings this PETITION OF MANDAMUS before the Court pursuant to Code of Civil Procedure 735 ILCS 5/14-101 et. seq.

4. The plaintiff has requested that the defendants perform specific ministerial duties. The defendants have refused to perform such duties regardless of plaintiff's clear entitlement to performance of the specific duties which are set forth as follows: TO FILE A TRUE AND ACCURET REPORT, PERTAINGNG, TO A NOVEMBER 1, 2003 police report. the plaintiff request afair hearing, with the above at a prison board xxxxx review hearing.

5. As a result of Defendant's actions, Plaintiff will suffer irreparable damages and be subjected to be falsely imprisonedfor ten months.and the loss of aweekly paying job.

Revised Jan 2002

PAGE (24)

EXHibiT 17

**STATE OF ILLINOIS, PEORIA COUNTY**
**IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT**

THE PEOPLE OF THE STATE OF ILLINOIS,   ( )   CASENO: 03CM2253
vs.                                    0300032329  PD PEORIA

TRAVIS D WILLIAMS
AKA:
3506   MOLLECK #A
PEORIA, IL 61605
DOB: 07/23/1963 RACE: B
HGT: 511 WT: 220 SEX: M
DCN: 070928681
NTA 12-9-03 9:00
             Defendant

**FILED**
ROBERT M. SPEARS
DEC 0 8 2003
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

**INFORMATION**

[X] THE UNDERSIGNED  [ ] THE GRAND JURY charges in Count 01 OF 02, a Class A MISD, that on or about the date of 11/01/2003 in said Peoria County, State of Illinois,

TRAVIS D WILLIAMS
committed the offense of   DOMESTIC BATTERY   in that
HE KNOWINGLY AND WITHOUT LEGAL JUSTIFICATION MADE PHYSICAL CONTACT OF AN INSULTING OR PROVOKING NATURE WITH LINDA JACKSON A FAMILY OR HOUSEHOLD MEMBER OF THE DEFENDANT, IN THAT HE STRUCK LINDA JACKSON

in violation of 720 ILCS 5/12-3.2(a)(2)   of the Illinois Compiled Statutes.

**A TRUE BILL**

_____
Grand Jury Foreperson

The undersigned, on oath, states that the allegations herein are true.

**KEVIN W. LYONS, State's Attorney**

Sworn to me on December 5, 2003    By _____
                    (Date)                  Assistant State's Attorney

**LIST OF WITNESSES:**

OFFICIAL SEAL
SUZAN McGHEE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-12-2004

Suzan McGhee
~~Judge~~ - Notary Public        (seal)

**ORDER**

[ ] Based on matters presented, the Court finds probable cause for pretrial detention and bond is set at $ _____
[ ] Clerk shall prepare and issue a Warrant of Arrest based on a finding of probable cause and bond is set at $ _____
[ ] Summons to Issue for Appearance on _____ at _____ A.M./P.M. in Courtroom _____
[ ] This indictment having been returned in open court on _____, this case is hereby assigned to Judge _____ in Courtroom _____.
   [ ] Defendant(s) is in custody, and a Directive is issued to the Sheriff to produce the _____
to appear for arraignment in Courtroom _____ on _____ at _____ A.M./P.M.
   [ ] Defendant(s) has been released pending this case and the Clerk is ordered to notify the _____
to appear for arraignment in Courtroom _____ on _____ at _____ A.M./P.M.
[ ] This Bill of Indictment is hereby ordered kept secret until the defendant(s) is in custody or has given bond pursuant to Chapter 725 Act 5 Section 6(b), Illinois Compiled Statutes.
[ ] Bond is presenly set on this Indictment at _____
[ ] Other: _____

PAGE (75)

Entered (date)     Judge               Assistant State's Attorney

STATE OF ILLINOIS, PEORIA COUNTY
IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT

THE PEOPLE OF THE STATE OF ILLINOIS,
vs.
TRAVIS D WILLIAMS
AKA:
3506 MOLLECK #A
PEORIA, IL 61605
DOB: 07/23/1963 RACE: B
HGT: 511 WT: 220 SEX: M
DCN: 070928681
NTA 12-9-03 9:00
Defendant

( ) 0300032329 PD PEORIA

CASENO: 03CM 2753

**FILED**
ROBERT M. SPEARS
DEC 0 8 2003
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

INFORMATION

[X] THE UNDERSIGNED  [ ] THE GRAND JURY charges in Count 02 OF 02, a Class A MISD, that on or about the date of 11/01/2003 in said Peoria County, State of Illinois, TRAVIS D WILLIAMS committed the offense of THEFT in that HE DID KNOWINGLY EXERT UNAUTHORIZED CONTROL OVER PROPERTY OF LINDA JACKSON SAID PROPERTY BEING A CELL PHONE WITH THE INTENT TO PERMANENTLY DEPRIVE THE OWNER OF THE USE OR BENEFIT OF SAID PROPERTY

in violation of 720 ILCS 5/16-1(a)(1) of the Illinois Compiled Statutes.

A TRUE BILL

_____
Grand Jury Foreperson

The undersigned, on oath, states that the allegations herein are true.

Sworn to me on December 5, 2003
(Date)

**LIST OF WITNESSES:**

OFFICIAL SEAL
SUZAN McGHEE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-12-2004

KEVIN W. LYONS, State's Attorney
By _____
Assistant State's Attorney

Suzan McGhee
~~Judge~~ - Notary Public      (seal)

**ORDER**

[ ] Based on matters presented, the Court finds probable cause for pretrial detention and bond is set at $ _____
[ ] Clerk shall prepare and issue a Warrant of Arrest based on a finding of probable cause and bond is set at $ _____
[ ] Summons to Issue for Appearance on _____ at _____ A.M./P.M. in Courtroom _____
[ ] This indictment having been returned in open court on _____, this case is hereby assigned to Judge _____ in Courtroom _____ .
  [ ] Defendant(s) is in custody, and a Directive is issued to the Sheriff to produce the _____
to appear for arraignment in Courtroom _____ on _____ at _____ A.M./P.M.
  [ ] Defendant(s) has been released pending this case and the Clerk is ordered to notify the _____
to appear for arraignment in Courtroom _____ on _____ at _____ A.M./P.M.
[ ] This Bill of Indictment is hereby ordered kept secret until the defendant(s) is in custody or has given bond pursuant to Chapter 725 Act 5 Section 6(b), Illinois Compiled Statutes.
[ ] Bond is presently set on this Indictment at _____
[ ] Other: _____

_____  _____  PAGE  _____
Entered (date)   Judge          (26)   Assistant State's Attorney

# IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
## PEORIA COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS
CITY OF PEORIA, IL A MUNICIPAL CORP.
Plaintiff

vs.

Travis D Williams, Defendant

Case Number: 03 CM 2753

**FILED**
ROBERT M. SPEARS
JAN 20 2004
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

| Judge | A. Cullen | Crt Rep | | Plff Atty | D Asberry |
|---|---|---|---|---|---|
| Def Atty / PRO SE | D Doubeshock | Crt | 210 | Court Clerk | Yolanda |

## INTERIM ORDER

THE COURT FINDS: DOC

☑ 1. The Defendant ☑ appearing ☐ not appearing
☑ 2. The Defendant is informed of the charge(s) in the ___Information___ and furnished a copy thereof
☑ 3. The Defendant desires Court appointed counsel and the Court determines the Defendant ☑ is indigent ☐ is not indigent ☐ is not eligible
☐ 4. The Defendant requests additional time for private counsel to appear.
☑ 5. Counsel identified above appears for the Defendant.
☑ 6. The Defendant waives the reading or explanation of the charge(s).
☑ 7. The Defendant enters a plea of Not Guilty to each count of the charge(s).
☐ 8. The Defendant informs the Court that he/she desires to waive his/her right to counsel. The Court, by personally addressing and questioning the Defendant in open Court, informs the Defendant of, and FINDS that he/she understands the following: (1) the nature of the charge(s) against him/her; (2) the minimum and maximum sentence prescribed by law, including the possibility of consecutive sentences and the penalty to which the Defendant may be subjected because of prior convictions; (3) that he/she has the right to counsel; (4) that if he/she is indigent, counsel will be appointed to represent him/her without cost to him/her. Further, the Court FINDS that the Defendant's waiver to counsel is knowingly, understandingly and voluntarily made; and that no promises, threats or coercion have been used to cause the Defendant to waive counsel.
☐ 9. The Defendant informs the Court that he/she desires to waive his/her right to jury trial. The Court, by personally addressing and questioning the Defendant in open Court, informs the Defendant of, and FINDS that he/she understands the nature of his/her right to jury trial. Further, the Court FINDS that the Defendant's waiver of his/her right to jury trial is knowingly, understandingly and voluntarily made; and that no promises, threats or coercion have been used to cause the Defendant to waive his/her right to jury trial.
☐ 10. The ☐ Court ☐ Plaintiff ☐ Defendant move(s) for a continuance, due to _____
☑ 11. The Defendant moves for bail reduction to _____
☐ 12. Fine of $ _____ and costs of $ _____ are not paid in full.
☑ 13. Other _____

IT IS HEREBY ORDERED THAT:

☑ A. The Public Defender is appointed to represent the Defendant.
☑ B. The Defendant's motion for bail reduction is ☐ granted ☑ denied. Bail set at $ _____
☑ C. This case is continued on motion of the ☐ Court ☐ Plaintiff ☐ Defendant ☑ without objection ☐ over objection to 3-16-04 at 10:00 a.m./p.m. and is set for _____ in Courtroom 210
☐ D. The case is set for ☐ jury trial ☐ bench trial ☐ motion on _____ at _____ a.m./p.m. Room _____
☐ E. A Warrant for the arrest of the Defendant shall issue with bail set at $ _____
☐ F. The Bond Forfeiture Order entered herein on _____ is vacated.
☐ G. The Warrant of Arrest ordered to issue on _____ is recalled.
☐ H. A petition shall issue and Defendant must appear in this Court and show cause as to why he/she should not be held in contempt of court for his/her failure to pay. The hearing is set for _____ at _____ A.M./P.M. in Courtroom _____
☑ I. Other _____

ENTERED: 1/20/04

JUDGE OF THE TENTH JUDICIAL CIRCUIT

Clerk - White    DEFENDANT - Pink
___ - Canary    P/P - Goldenrod
Form 61-R 4/02 - intrmord

Exhibit 21

**STATE OF ILLINOIS, PEORIA COUNTY, IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT**

☐ PEOPLE OF THE STATE OF ILLINOIS
☐ CITY OF PEORIA, IL, A MUNICIPAL CORP.
☐ _____, Plntf.
         vs.
_____, Def.

Case Number: _____

file stamp

| Judge: | Crt Rep: | Pltf Atty: |
|---|---|---|
| Def Atty / PRO SE: | Crt: | Court Clerk: |

**INTERIM ORDER**

THE COURT FINDS:

☐ 1. The Defendant ☑ appearing ☐ not appearing
☐ 2. The Defendant is informed of the charge(s) in the _____, and furnished a copy thereof.
☐ 3. The Defendant desires Court appointed counsel and the Court determines the Defendant ☐ is indigent ☐ is not indigent ☐ is not eligible.
☐ 4. The Defendant requests additional time for private counsel to appear.
☑ 5. Counsel identified above appears for the Defendant.
☐ 6. The Defendant waives the reading or explanation of the charge(s).
☐ 7. The Defendant enters a plea of Not Guilty to each count of the charge(s).
☐ 8. The Defendant informs the Court that he/she desires to waive his/her right to counsel. The Court, by personally addressing and questioning the Defendant in open Court, informs the Defendant of, and FINDS that he/she understands the following: (1) the nature of the charge(s) against him/her; (2) the minimum and maximum sentence prescribed by law, including the possibility of consecutive sentences and the penalty to which the Defendant may be subjected because of prior convictions; (3) that he/she has the right to counsel; (4) that if he/she is indigent, counsel will be appointed to represent him/her without cost to him/her. Further, the Court FINDS that the Defendant's waiver to counsel is knowingly, understandingly and voluntarily made; and that no promises, threats or coercion have been used to cause the Defendant to waive counsel.   _Initial_
☐ 9. The Defendant informs the Court that he/she desires to waive his/her right to jury trial. The Court, by personally addressing and questioning the Defendant is open Court, informs the Defendant of, and FINDS that he/she understands the nature of his/her right to jury trial. Further, the Court FINDS that the Defnedant's waiver of his/her right to jury trial is knowingly, understandingly and voluntarily made; and that no promises, threats or coercion have been used to cause the Defendant to waive his/her right to jury trial.   _Initial_
☑ 10. The ☐ Court ☐ Plaintiff ☑ Defendant move(s) for a continuance, due to _____
☐ 11. The Defendant moves for bail reduction to $ _____
☐ 12. Fine of $ _____ and costs of $ _____ are not paid in full.
☐ 13. Other _____

**IT IS HEREBY ORDERED THAT:**

☐ A. The Public Defender is appointed to represent the Defendant:
☐ B. The Defendant's motion for bail reduction is ☐ granted ☐ denied. Bail set at $ _____
☐ C. This case is continued on motion of the ☐ Court ☐ Plaintiff ☐ Defendant, ☐ without objection ☐ over objection to _____ at _____ a.m./p.m., and is set for _____, in Courtroom _____
☑ D. The case is set for ☑ jury trial ☐ bench trial ☐ motion on 4-2-04 at 7:00 a.m./p.m., Room _____
☐ E. A Warrant for the arrest of the Defendant shall issue with bail set at $ _____
☐ F. The Bond Forfeiture Order entered herein on _____ is vacated.
☐ G. The Warrant of Arrest ordered to issue on _____ is recalled.
☐ H. A petition shall issue and Defendant must appear in this Court and show cause as to why he/she should not be held in contempt of court for his/her failure to pay. The hearing is set for _____ at _____ A.M./P.M. in Courtroom _____
☐ I. Other _____

ENTERED: _____

JUDGE OF THE TENTH JUDICIAL CIRCUIT

Exhibit 21

Clerk - White;   DEFENDANT - Pink;
STATE - Canary   D/P - Goldenrod

**INTERIM ORDER**

Form 61-R-4/02--intrmord

## STATE OF ILLINOIS, PEORIA COUNTY, IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT

☒ PEOPLE OF THE STATE OF ILLINOIS
☐ CITY OF PEORIA, IL A MUNICIPAL CORP.
_____ Plntf.

vs.

Travis Williams Def.

Case Number: 03 CM 2753

Judge: D. Collier
Crt Rep: _____
Plntf Atty: D. Stenson
Def Atty / PRO SE: _____
Crt: 210
Court Clerk: Yolanda

R. Dentino moves to withdraw

**FILED**
ROBERT M. SPEARS
JUN 0 2 2004
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

### INTERIM ORDER

THE COURT FINDS: in custody of Ill. D.O.C.

☒ 1. The Defendant ☒ appearing / ☐ not appearing
☐ 2. The Defendant is informed of the charge(s) in the _____ and furnished a copy thereof.
☐ 3. The Defendant desires Court appointed counsel and the Court determines the Defendant ☐ is indigent ☐ is not indigent ☐ is not eligible:
☐ 4. The Defendant requests additional time for private counsel to appear.
☐ 5. Counsel identified above appears for the Defendant.
☐ 6. The Defendant waives the reading or explanation of the charge(s).
☐ 7. The Defendant enters a plea of Not Guilty to each count of the charge(s).
☐ 8. The Defendant informs the Court that he/she desires to waive his/her right to counsel. The Court, by personally addressing and questioning the Defendant in open Court, informs the Defendant of, and FINDS that he/she understands the following: (1) the nature of the charge(s) against him/her; (2) the minimum and maximum sentence prescribed by law, including the possibility of consecutive sentences and the penalty to which the Defendant may be subjected because of prior convictions; (3) that he/she has the right to counsel; (4) that if he/she is indigent, counsel will be appointed to represent him/her without cost to him/her. Further, the Court FINDS that the Defendant's waiver of counsel is knowingly, understandingly and voluntarily made; and that no promises, threats or coercion have been used to cause the Defendant to waive counsel.
☐ 9. The Defendant informs the Court that he/she desires to waive his/her right to jury trial. The Court, by personally addressing and questioning the Defendant is open Court, informs the Defendant of, and FINDS that he/she understands the nature of his/her right to jury trial. Further, the Court FINDS that the Defenedant's waiver of his/her right to jury trial is knowingly, understandingly and voluntarily made; and that no promises, threats or coercion have been used to cause the Defendant to waive his/her right to jury trial.
☐ 10. The ☐ Court ☐ Plaintiff ☐ Defendant move(s) for a continuance, due to _____
☐ 11. The Defendant moves for bail reduction to $ _____
☐ 12. Fine of $ _____ and costs of $ _____ are not paid in full.
☒ 13. Other: Attorney Robert Dentino moves to withdraw as counsel for the Defendant due to a breakdown in attorney client relationship

### IT IS HEREBY ORDERED THAT:

☐ A. The Public Defender is appointed to represent the Defendant:
☐ B. The Defendant's motion for bail reduction is ☐ granted ☐ denied. Bail set at $ _____
☐ C. This case is continued on motion of the ☐ Court ☐ Plaintiff ☐ Defendant, ☐ without objection ☐ over objection to _____ at _____ a.m./p.m., and is set for _____, in Courtroom _____
☐ D. The case is set for ☐ jury trial ☐ bench trial ☐ motion on _____ at _____ a.m./p.m., Room _____
☐ E. A Warrant for the arrest of the Defendant shall issue with bail set at $ _____
☐ F. The Bond Forfeiture Order entered herein on _____ is vacated.
☐ G. The Warrant of Arrest ordered to issue on _____ is recalled.
☐ H. A petition shall issue and Defendant must appear in this Court and show cause as to why he/she should not be held in contempt of court for his/her failure to pay. The hearing is set for _____ at _____ A.M./P.M. in Courtroom _____
☐ I. Other _____

ENTERED: 6-2-04

JUDGE OF THE TENTH JUDICIAL CIRCUIT

PAGE (29)

Clerk - White; DEFENDANT - Pink;
STATE - Canary; D/P - Goldenrod

**INTERIM ORDER**

Form 61-R-4/02-intrmord

**STATE OF ILLINOIS, PEORIA COUNTY, IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT**

☒ PEOPLE OF THE STATE OF ILLINOIS
☐ CITY OF PEORIA, IL, A MUNICIPAL CORP.
☐ _____, Plntf.
vs.
Travis Williams, Def.

Case Number: 03 CM 2753

file stamp: N2 8-28

Exhibit 23

FILED
ROBERT M. SPEARS
JUN 02 2004
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

Judge: D. Collier    Crt Rep: ___    Pltf Atty: J. Stenson
Def Atty / PRO SE: R. Dooley moves to withdraw    Crt: 210    Court Clerk: Yolonda

**INTERIM ORDER**

THE COURT FINDS: in custody of Ill. D.O.C.

☒ 1. The Defendant ☒ appearing / ☐ not appearing
☐ 2. The Defendant is informed of the charge(s) in the _____, and furnished a copy thereof.
☐ 3. The Defendant desires Court appointed counsel and the Court determines the Defendant ☐ is indigent ☐ is not indigent ☐ is not eligible.
☐ 4. The Defendant requests additional time for private counsel to appear.
☐ 5. Counsel identified above appears for the Defendant.
☐ 6. The Defendant waives the reading or explanation of the charge(s).
☐ 7. The Defendant enters a plea of Not Guilty to each count of the charge(s).
☐ 8. The Defendant informs the Court that he/she desires to waive his/her right to counsel. The Court, by personally addressing and questioning the Defendant in open Court, informs the Defendant of, and FINDS that he/she understands the following: (1) the nature of the charge(s) against him/her; (2) the minimum and maximum sentence prescribed by law, including the possibility of consecutive sentences and the penalty to which the Defendant may be subjected because of prior convictions; (3) that he/she has the right to counsel; (4) that if he/she is indigent, counsel will be appointed to represent him/her without cost to him/her. Further, the Court FINDS that the Defendant's waiver to counsel is knowingly, understandingly and voluntarily made; and that no promises, threats or coercion have been used to cause the Defendant to waive counsel.    Initial ____
☐ 9. The Defendant informs the Court that he/she desires to waive his/her right to jury trial. The Court, by personally addressing and questioning the Defendant is open Court, informs the Defendant of, and FINDS that he/she understands the nature of his/her right to jury trial. Further, the Court FINDS that the Defendant's waiver of his/her right to jury trial is knowingly, understandingly and voluntarily made; and that no promises, threats or coercion have been used to cause the Defendant to waive his/her right to jury trial.    Initial ____
☐ 10. The ☐ Court ☐ Plaintiff ☐ Defendant move(s) for a continuance, due to _____
☐ 11. The Defendant moves for bail reduction to $ _____
☐ 12. Fine of $ ____ and costs of $ ____ are not paid in full.
☒ 13. Other: Attorney Robert Dooley moves to withdraw as counsel for the defendant due to a breakdown in attorney-client relationship

**IT IS HEREBY ORDERED THAT:**

☐ A. The Public Defender is appointed to represent the Defendant: _____
☐ B. The Defendant's motion for bail reduction is ☐ granted ☐ denied. Bail set at $ _____
☐ C. This case is continued on motion of the ☐ Court ☐ Plaintiff ☐ Defendant, ☐ without objection ☐ over objection to ____ at ____ a.m./p.m., and is set for ____, in Courtroom ____
☐ D. The case is set for ☐ jury trial ☐ bench trial ☐ motion on ____ at ____ a.m./p.m., Room ____
☒ E. A Warrant for the arrest of the Defendant shall issue with bail set at $ _____
☐ F. The Bond Forfeiture Order entered herein on _____ is vacated.
☐ G. The Warrant of Arrest ordered to issue on _____ is recalled.
☐ H. A petition shall issue and Defendant must appear in this Court and show cause as to why he/she should not be held in contempt of court for his/her failure to pay. The hearing is set for ____ at ____ A.M./P.M. in Courtroom ____
☐ I. Other _____

ENTERED: 6-2-04

JUDGE OF THE TENTH JUDICIAL CIRCUIT

Clerk - White;  DEFENDANT - Pink;
Canary  D/P - Goldenrod

**INTERIM ORDER**    Form 61-R-4/02--intrmord

# IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS
# PEORIA COUNTY

People of [the State of Illinois]

Plaintiff

vs.

Travis Williams

Defendant

Exhibit 2B

CASE NO. 03 CM 2753

FILED
ROBERT M. SPEARS
JUN 03 2004
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

## ORDER

The Court on it's own Motion, having Reconsidered the Request of the Defendant for appointment of Counsel after the withdrawal of attorney Robert Crachus orders that counsel be appointed to represent Defendant in his Jury Trial August 4, 2004 at 9:00 A.M. Case to be reassigned to an assistant Public Defender other than C[rachus]

ENTERED

_____
JUDGE OF THE TENTH JUDICIAL CIRCUIT

CLERK'S COPY—WHITE
PLAINTIFF'S COPY—YELLOW
DEFENDANT'S COPY—PINK

PAGE (31)

Exhibit 25

# IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS
## PEORIA COUNTY

N2 8-28

The People of The STATE OF ILLINOIS

Plaintiff

vs.

Travis Williams

Defendant

FILED ROBERT M. SPEARS CLERK OF THE CIRCUIT COURT PEORIA COUNTY, ILLINOIS JUN 02 2004

CASE NO. 03 CM 2753

## ORDER

The Named Defendant, Travis Williams, appears in open court and John Stenson appears on behalf of the State.

The Defendant has presented the following motions:

1. Motion to Suppress Confession; Denied
2. Motion to Dismiss Charges; Denied
3. Motion to Change Venue; Denied
4. Motion for Bill of Particulars; Denied in part, State to provide Defendant with Discovery, Discovery is to be complied with by 06/07/04.
5. Motion for Issuance of Subpoenas; Denied
6. Motion for Removal of Black Box; Denied

Jury Trial is set on 08/04/04 @ 9:00 a.m.

Entered 6-2-04

JUDGE OF THE TENTH JUDICIAL CIRCUIT

CLERK'S COPY — WHITE
PLAINTIFF'S COPY — YELLOW
DEFENDANT'S COPY — PINK

PAGE (32)

# AFFIDAVIT

I TRAVIS D. WILLIAMS BEING DULY SWORN do REPOSE AND STATE THAT THE ATTACHED MOTION IS TRUE AND CORRECT IN SUBSTANCE AND FACT TO THE BEST OF MY KNOWLEDGE.

SUBSCRIBED AND SWORN TO BEFORE ME THIS
19th DAY OF April 2004

Regina Summers
NOTARY

"OFFICIAL SEAL"
Regina Summers
Notary Public, State of Illinois
My Commission Exp. 07/21/2005

## NOTICE OF FILING

PEORIA COUNTY CLERK
B: ROBERT SPEARS
RM G22
324 MAIN ST.
PEORIA, IL 61602

TO: STATES ATTORNEY
KEVIN LYONS
PEORIA COUNTY COURT HOUSE
324 MAIN ST.
PEORIA, IL 61602

TO: HONORABLE JUDGE
Collier
COURT RM 210
PEORIA COUNTY COURT HOUSE
PEORIA, IL 61602

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS
COUNTY OF PEORIA

I TRAVIS D. WILLIAMS BEING SWORN THAT I SERVED THE ATTACHED NOTICE ON THE ABOVE NAMED PERSONS BY PLACING A TRUE AND CORRECT COPY IN ENVELOPES ADDRESSED AS SHOWN ABOVE, WITH PROPER U.S. POSTAGE ON EACH AND DEPOSITED THE ENVELOPE IN U.S. MAIL AT NORTH 2 SEG UNIT, AT MENARD CORRECTIONAL CENTER, IN MENARD, ILLINOIS. ON OR ABOUT THE HOUR OF _____ ON _____ 2004.

/s/ Travis D. Williams

(PAGE 33)

EXHIBIT 2

THOMAS D. WILLIAMS PRO SE,  
Plaintiff  
v.  
PEOPLE OF THE STATE OF ILLINOIS

IN THE PEORIA COUNTY 10TH JUDICIAL CIRCUIT COURT

CASE NO.# 03-CM 2753

## MOTION FOR CHANGE OF PLACE OF TRIAL

PURSUANT TO 725 ILCS 5/114-6 ASK THIS HONORABLE COURT TO MOVE PLACE OF TRIAL, TO A COUNTY OTHER THAN PEORIA COUNTY, IN THE STATE OF ILLINOIS.

THE DEFENDANT STATES AS FOLLOWS:

1.) THE DEFENDANT HAS NOT BEING FULLY ACCESSED TO THE COURTS BY REASONS MENTIONED BELOW AND SEE ATTACHED EXHIBIT.

2.) THE DEFENDANT HAS FILED A FEDERAL LAW SUIT PURSUANT TO 28 U.S.C. 1983 AGAINST STATES ATTORNEY OF PEORIA COUNTY KEVIN LYONS, PEORIA COUNTY CLERK ROBERT M. SPEARS, PEORIA POLICE OFFICER DIXON.

3.) THE DEFENDANT HAS FILED SEVERAL MOTIONS WITH THE PEORIA COUNTY CLERK IN TRIPLICATE AND HAS NOT HEARD SAID MOTION, AND THE FIRST DEADLINE FOR FILING WAS MARCH 16, 2004.

4.) THE DEFENDANT STATES HE HAS NOT BEEN GRANTED HIS DUE PROCESS RIGHTS IN THE COUNTY OF PEORIA, STATE OF ILLINOIS.

DEFENDANT ASK THIS HONORABLE COURT TO GRANT SAID MOTION.

Subscribed and Sworn before me this _19th_ day of _April_ 2004

Regina Summers  
NOTARY PUBLIC

"OFFICIAL SEAL"  
Regina Summers  
Notary Public, State of Illinois  
My Commission Exp. 07/21/2005

Thomas D. Williams  
711 KASKASKIA ST  
MENARD, IL. 62259

PAGE (39)

EXHIBIT 27