United States District Court
for the Central District of Illinois

April 5, 2004

Case Minutes - General

Case No. 1:04-cv-01074

Title:  Williams v. Dixon

---

\*\*\*  DATE OF OCCURRENCE:  4/5/04  \*\*\*

DOCKET ENTRY

> MINUTE-ENTRY: by Judge Harold A. Baker. This case is set
> for merit review/status hearing at 10:45 a.m. on Thursday,
> 4/29/04 by video conferencing.  The court is required by
> 28 USC 1915A to "screen" the plaintiff's complaint, and
> through such process to identify and dismiss any legally
> insufficient claim, or the entire action if warranted. A
> claim is legally insufficient if it "(1) is frivolous,
> malicious, or fails to state a claim upon which relief may
> be granted; or (2) seeks monetary relief from a defendant
> who is immune from such relief." The plaintiff must be
> prepared to identify each of his claims and defendants
> during the hearing.  The clerk is to issue a writ for the
> plaintiff's participation in the video conference. (cc: all
> counsel/IDOC Scheduler/Corr Ctr)

---

PAGE
(35)

Exhibit 28

PEOPLE OF THE STATE OF ILLINOIS                    CASE NO. 03-CM-2753
       Plaintiff

MOTION FOR
CLERK ISSUANCE OF SUBPOENAS

NOW HERES COMES THE DEFENDANT TRAVIS D. WILLIAMS, Files This
MOTION FOR THE CLERK ISSUANCE OF SUBPOENAS PURSUANT TO
725 ILCS 5/115-17.

THE DEFENDANTS STATES AS Follows:

1.) THAT IT IS NECESSARY FOR THE ISSUANCE OF SUBPOENAS SO AS
THE DEFENDANT CAN maintain His DEFENSE IN This CAUSE OF ACTION, OF THEFT
AGAINST Him, SCHEDULED FOR TRIAL JUNE 2, 2004 9AM

2.) THE DEFENDANT ASK THAT THE COURT GRANTS SAID SUBPOENAS OF

2A.) SPRINT STORE
     4700 N UNIVERSITY, PEORIA, ILLINOIS. 61604   Ph# 309-683-3460
     PHONE CONTRACT AND RECORDS OF LINDA F. JACKSON PERTAINING
     TO CELL PHONE SERVICE DURING THE TIME OF AUGUST 22, 2003 TO
     NOVEMBER FIRST 2004, OF TWO CELL PHONES, AND THE PHONE NUMBERS
     bEING 309-453-2777 - 309-453-2648

3.) ANGELA OUTLAND  815 W. MCQUEEN  PHONE # 685-6523 PREFIX
    309. THE DEFENDANT ASK THAT A SUBPOENA bE ISSUED TO MS. OUTLAND
    TO TESTIFY ON bEHALF OF THE DEFENDANT.

DEFENDANT HOPES THAT This HONORAbLE COURT GRANTS MOTION.

IT IS HEREby ORDERED by HONORAbLE JUDGE _____
ON _____ DAY _____ 2004, SUbPOENAS to bE ISSUED

                                    Travis D. Williams #867417
                                         DEFENDANT
                                    711 Kaskaskia St.
                   PAGE             Menard, FL. 62259
                   (36)

PEOPLE OF THE STATE OF ILLINOIS
PLAINTIFF

ERRO 2004

## MOTION    EFFECT OF FAILURE TO ARRAIGN
## AND IRREGULARITY OF ARRAIGNMENT

PURSUANT TO 5/113-6. OF 725 ILCS THE DEFENDANT TRAVIS D. Williams
ASK This Honorable COURT TO Dismiss THE CHARGES OF THEFT
AND Domestic BATTERY.

## IN SUPPORT OF

THE DEFENDANTS STATES ThaT ON November 1, 2004 THE DEFENDANT WAS
ARRESTED AND NOT ARRAIGNED, NOR WAS THERE A PRILIMINARY HEARING Held
FOR THE DEFENDANT.

THE DEFENDANT FURTHER STATES ThaT His RiGhT TO COUNSAILT with AN
ATTORNEY PURSUANT TO 725 ILCS 5/103-4. was Violated.

FURTHER MORE THE DEFENDANT STATES HE WAS NEVER ACCESSED TO THE
COURTS FOR 38 DAYS, BUT WAS NEVER BROUGHT BEFORE THE COURTS TO
ANSWER ANY CHARGES, OR WAS BROUGHT BEFORE THE COURTS PURSUANT TO
725 ILCS 5/113-1.

THE DEFENDANT PRAYS This Honorable COURT GRANTS SAID Motion

IT IS HEREBY GRANTED by HONORABLE Judge_____

This DAY_____ OF_____, 2004.

TRAVIS D. Williams
DEFENDANT

Subscribed AND SWORN beforeme
This_____Day of_____ 2004

711 Kaskaskia ST.
MENARD, ILLINOIS. 62259

_____
Notary

PAGE
(37)

PEOPLE OF THE STATE OF ILLINOIS

# MOTION TO
## SUPPRESS CONFESSION

This motion comes on part from the DEFENDANT TRAVIS D. Williams
PURSUANT TO 725 ILCS 5/114-11.

The DEFENDANT Further more STATES:

1.) That PEORIA Police DEPARTMENT OFFICER Dixon made several statements PERTAINING TO THE DEFENDANTS CRIMINAL CASE which were NOT TRUE IN FACT OR CONTENT, Also a DETECTIVE IN THE SAME MATTER.

2.) THE DEFENDANT would like to ARGUE this motion before the COURT.

WHEREFORE THE DEFENDANT ASK This Honorable COURT TO GRANT The DEFENDANTS motion

Subscribed AND SWORN To before ME This
19th DAY OF April      2004

Regina Summers
NOTARY

"OFFICIAL SEAL"
Regina Summers
Notary Public, State of Illinois
My Commission Exp. 07/21/2005

Travis D. Williams
DEFENDANT
MENARD CORRECTIONAL CENTER
711 KASKASKIA St
MENARD, IL. 62259

PAGE
(38)

31
EXhibiT 30

PEOPLE OF THE STATE OF ILLINOIS

## MOTION TO DISMISS CHARGE

THE DEFENDANT BRINGS THIS MOTION BEFORE THIS HONORABLE COURT PURSUANT TO 725 ILCS 5/114-1.(A)(I.)

The DEFENDANT STATES AS Follow:

1.) ON NOVEMBER 1, 2003 THE DEFENDANT WAS ARRESTED, NEVER ARRAIGNED, NOR GAVE NOTIFY OF Charges.

2.) ON NOVEMBER 26th 2003, THE DEFENDANT Filed A MOTION PURSUANT TO 725 ILCS 5/103-5 (2001), The DEFENDANTS MOTION WAS DENIED ACCESS TO THE COURTS BY PEORIA COUNTY CLERKS OFFICE NAMING ROBERT M. SPEARS.

3.) THE DEFENDANT HAS BEEN DENIED ACCESS TWICE TO THE PEORIA COUNTY COURTS.

IN SUPPORT OF:

SEE ATTACHED EXHIBITS WHERE COUNTY CLERK OFFICE SENT THE DEFENDANT A letter AND HIS MOTION BACK TO HIM stating THE DEFENDANT NEVER had ANY CHARGES PENDING, which WASN'T TRUE.

IN FACT THE DEFENDANT WAS Charged with Domestic BATtery, AGGRAVEted ASSAULT, BURGLARY, ROBBERY, CRIMINAL DAMAGE PROPERTY, AND had been SChedule TO A COURT DATE OF DECEMBER 9, 2003 9AM.

PURSUANT TO ILCS 720 5/33-3. OFFICIAL MISCONDUCT ROBERT SPEARS DENIED THE DEFENDANT ACCESS TO THE 10th Sudicial COURTS IN PEORIA COUNTY. (Which THIS CLERK HAS Did THIS ON MORE THAN ONE OCCAISION, IN OTHER CAUSES)

FURTHERMORE THE DEFENDANT WAS DENIED PROCEDURES PERTAINING TO AND PURSUANT TO 725 ILCS 5/113-1. AND WAS HELD INCUSTODY OF THE PEORIA COUNTY Jail FOR 5 Days with out A NOTICE OF Charges.

THE DEFENDANT ASK THIS HONORABLE COURT TO GRANT Said MOTION

Travis D. Williams
DEFENDANT

711 KASKASKIA ST.
MENARD, ILLINOIS. 62259

SUBSCRIBED AND SWORN TO before ME This

19th Day OF April 2004

Regina Summers
NOTARY Public

"OFFICIAL SEAL"
Regina Summers
Notary Public, State of Illinois
My Commission Exp. 07/21/2005

Exhibit 32

PAGE
(29)

# AFFIDAVIT

I, TRAVIS D. WILLIAMS
~~MMUTONN~~ _____, being duly sworn do repose and state that the
attached ___MOTION___ _____ is true and correct in substance and fact to the best of
my knowledge.

_/s/ Travus D. Williams_
                                                              Petitioner

Subscribed and sworn to before me this              # _B67417_
_26th_ day of _NOVEMBER_ 20_03_.                     _LAWRENCE_ Correctional Center
                                                     P.O. Box _R_. _R2_ _36_

_Sharon R. McCorble_
Notary Public                                        _SUMNER_____, Illinois _62466_

"OFFICIAL SEAL"
Expiration of Commission
Sharon L. McCorkle
Notary Public, State of Illinois
My Commission Exp. 07/03/2005

                    NOTICE OF FILING

CLERK                                                STATES ATTORNEY
                        WARDEN
TO: _REGINA SPEARS_      TO: _PIERCE_                 TO: _KEVIN LYONS_
                        LAWERENSE CORR. CTR.
PEORIA COUNTY CLERK RM_-G22    _R.R.2, BOX 36_        _PEORIA COUNTY COURT HOUSE_

324 main st,PEO,IL61602    _SUMNER, IL 62466_         _324 MAIN ST. PEO, FL 61602_

Please take notice on ___11-26-03___, 20 03 , I filed with · COUNTY CLERK OF PEORIA
_COUNTY_ Court the attached MOTION AND AFFIDAVIT, 2copies
copy(ies) of which are served on you.

                                        /s/ _Travis D. Williams_

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS )
                  )
COUNTY OF _PEORIA_ )

I, _TRAVIS D. WILLIAMS_, being sworn state that I served the attached
notice on the above named person(s) by placing a true and correct copy in an envelope(s),
addressed as shown above, with the proper U.S. postage on each and deposited the envelope(s) in
the U.S. Mail at _Unit 3-B at Law corr, Cir_, Illinois, _62466_, on or about the hour of
_9 pm_ on _1t 24 - 63_, 20_03_.

                                        /s/ _Travis D. Williams_

Revised Jan 2002                                          EXhibit 33

PAGE
(40)

IN THE CIRCUIT COURT OF THE ___10th___ JUDICIAL CIRCUIT,
peoria
_____ COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS )

                )
        V.        )   Case No. 03-32292
travis D. WILLIAMS
                       )
_____
      Defendant        )

## DEMAND FOR SPEEDY TRIAL AND/OR QUASH WARRANT

    The defendant, ___TRAVIS D.WILLIAMS___, petitions this court and demands a speedy trial pursuant to 730 ILCS 5/3-8-10 (2001) (Intrastate Detainer) and 725 ILCS 5/103-5 (2001) (Speedy Trial) and Article I, Section 8 of the Illinois Constitution.

    In support of this demand the defendant states the following:

1. He is presently incarcerated at the ___LAWERENCE CORR.CTR.___ Correctional Center,
SUMNER _____, Illinois 62466 .

2. He was convicted of ___BURGLARY___ in the County of
___PEORIA___, on ___OCTOBER, 24th, 2000___, and sentenced to ___12___ years.

3. A term of ___2___ years remains to be served for this conviction.

4o The following charges are pending against the Defendant in your county:
___DOMESTICBATTRERY,AGGRAVETED ASSAULT,BURGLARY,ROBBERY,CRIMINALDAMAGETO___

___PROPERTY.___
_____

_____

    WHEREFORE, the Defendant respectfully demands that the State's Attorney of
___PEORIA___ County proceed to bring him to trial on the above stated charge(s) within
the 120 days as allowed by law.

                    *Travis S William* No. B67417
                    Defendant
                    ___LAWERENCE___ Correctional Center
                    P.O. Box R. R2 31
                    ___SUMNER___, Illinois

Subscribed and sworn to before me this
___26th___ day of ___November___, 20 03.

___Sharon L. Mc Corkle___
Notary Public

Revised Jan 2002

Exhibit 34

PAGE
(41)

THE PEOPLE OF THE STATE OF ILLINOIS)
                   )
        v.         )
                   )
__TRAVIS D.WILLIAMS#B67417_____)
        Petitioner

## MOTION TO DISMISS

Petitioner, pro se, moves to dismiss the following charges: DOMESTICBATTERY, AGGRAVETED ASSAULT,BURGLARY,ROBBERY,CRIMINALDAMAGE TO PROPERTY.

In support of this motion, Petitioner states the following:

    1. Petitioner is presently incarcerated at the _LAWERENCE___ Correctional Center, __SUMNER_____, Illinois,serving a sentence of __TWO YEARS/12years_____ following a conviction of __BURGLARY_____ in the County of _PEORIA_____, on 10-2400-00_____, _____. A term of ___2years____ months/years remains to be served on this conviction.

    2. On __NOVEMBER 26th 2003___,_____, Petitioner filed a Demand for Speedy Trial and/or Quash Warrant pursuant to 725 ILCS 5/103-5 (2001) (Speedy Trial) and Article I, Section 8 of the Illinois Constitution, serving copies of the document on the ___peoria____ county State's Attorney and the clerk of the court.

    3. One hundred sixty (160) days have elapsed since Petitioner's Demand For A Speedy Trial And/Or Quash Warrant was filed.

    4. This delay in bringing Petitioner to trial was not caused by or attributable to Petitioner nor caused by any of the delays enumerated in 725 ILCS 5/103-5 (2001).

    WHEREFORE, pursuant to 725 ILCS 5/103-5 (d), Petitioner requests this Court dismiss all charges pending against him.

/s/ _Travis D. Williams_
      Petitioner

03cm2753

January 5, 2004

Dear Mr. Williams:

In review of the documents that you have sent, I find new charges filed on the 8th day of December 2003. The charges are domestic violence and theft. I will forward a copy of the information to the State's Attorney.

I must inform you that in the future there is a $10.00 mailing fee. The cost of all copies is $2.00 for the first copy and .50 for each additional copy. A record search of any criminal history is $6.00 for each year. The fees must all be paid prior to your request being processed.

ROBERT M. SPEARS
CIRCUIT CLERK


DEPUTY

page
(43)

EXHIBIT 38
36

IN THE CIRCUIT COURT OF ____PEORIA____ COUNTY, ILLINOIS
THE COURT FOR THE ____TENTH____ JUDICIAL CIRCUIT
LAW DIVISION

| | | |
|---|---|---|
| TRAVIS D. WILLIAMS | ) | |
| Plaintiff, | ) | |
| RANDALL E. WARD VS | ) | No._____ |
| GEORGE RICHARDSON | ) | |
| PEORIA POLICE,OFF.DIXON | ) | |
| Defendant. | ) | |

## PETITION OF MANDAMUS

NOW COMES Plaintiff, _____travis d. williams_____, pro se, in order to give notice to the Court for leave to file a PETITION OF MANDAMUS pursuant to Code of Civil Procedure 735 ILCS 5/14-101 et. seq. directed to the above named Defendant.

IN SUPPORT THEREOF, Plaintiff states as follows:

1. Plaintiff is currently incarcerated at ____LAWERENCE____ Correctional Center, ____SUMNER____, Illinois, __LAWERENCE__ County. Plaintiff is serving a sentence of ____12____ years for the charge of ____BURGLARY/PAROLE VIOLATION____.

2. Defendant, __IN THE ABOVE CAPTION__, is the ACCUSED and as such is responsible for __PLAINTIFF BEING FALSELY BEING ARRESTED/and VIOLATED.__

_____

3. Plaintiff brings this PETITION OF MANDAMUS before the Court pursuant to Code of Civil Procedure 735 ILCS 5/14-101 et. seq.

4. The plaintiff has requested that the defendants perform specific ministerial duties. The defendants have refused to perform such duties regardless of plaintiff's clear entitlement to performance of the specific duties which are set forth as follows:
TO FILE A TRUE AND ACCURET REPORT,PERTAINING,TO A NOVEMBER 1,2003 police report. the plaintiff request afair hearing,with the above at a prison

board xxxxx review hearing.

5. As a result of Defendant's actions, Plaintiff will suffer irreparable damages and be subjected to __be falsely imprisonedfor ten months.and the loss of aweekly paying job.__

_____

Revised Jan 2002

EXhibit 3⊥
3]

PAGE
(44)

TRAVIS D. WILLIAMS PRO, SE
PEORIA COUNTY

- v -

PEOPLE OF THE STATE OF ILLINOIS
     PLAINTIFF

CASE NO. 03-CM2753

# MOTION FOR
## A BILL OF PARTICULARS

MOTION FOR A BILL OF PARTICULARS COMES BEFORE THIS HONORABLE COURT

ON THE DEFENDANT TRAVIS D. WILLIAMS PETITION PURSUANT TO 725 ILCS 5/114-2.

THE DEFENDANT FURTHERMORE STATES, THIS MOTION IS NECESSARY TO ENABLE THE DEFENDANT TO PREPARE HIS DEFENSE.

ATTACHED HERETO IS A LIST OF DOCUMENTS, THE DEFENDANT IS REQUESTING PURSUANT TO 725 ILCS 5/114-2.

IT IS HEREBY GRANTED BY THIS HONORABLE COURT THAT ON _____ DAY OF_____ 2004 BY HONORABLE JUDGE _____

Subscribed AND sworn TO BEFORE ME This
_____ DAY OF _____ 2004
_____
     NOTARY

TRAVIS D. WILLIAMS
     DEFENDANT PRO, SE
MENARD CORRECTIONAL CENTER
711 KASKAS KIA St.
MENARD, ILLINOIS. 62259

EXHIBIT 38

PAGE
(45)

PEOPLE OF THE STATE OF ILLINOIS PEORIA COUNTY, IN THE CIRCUIT COURT OF THE 10th Judicial Circuit

THE DEFENDANT REQUEST THE FOLLOWING PURSUANT TO
725 ILCS 5/114-2, PERTAINING TO THE CHARGES OF THEFT, Domestic BATTERY

1.) STATEMENTS AND REPORTS OF PEORIA Police OFFICER DIXON
PERTAINING TO REPORT NO.# 0332292 GIVEN CASE NO.# 03-CM 2753, GIVEN
ON NOVEMBER 1, 2003, AND THERE AFTER.
2.) STATEMENTS GIVEN by LINDA F. JACKSON ON NOVEMBER 1, 2003 PERTAINING
TO STATEMENTS GIVEN IN CASE NO.# 03-CM 2753.
3.) STATEMENTS GIVEN by ANGELA OUTLAND PERTAINING TO CASE NO.# 03-CM 275.
GIVEN ON NOVEMBER 1, 2003.
4.) ALL DETECTIVE STATEMENTS GIVEN ON NOVEMBER 1, 2003 PERTAING TO
CASE NO# 03-CM 2753.
5.) ALL PhotoGRAphs PERTAINING TO NOVEMBER 1, 2003, CASE NO.# 03-CM 2753
6.) ALL STATEMENTS GIVEN By PlAINTIFFS ATTORNEY PERTAINING TO CASE NO.# 03-CM 2753.

THE DEFENDANT, REQUEST All STATEMENTS AND photoGRAphS PERTAINING TO CASE NO. 03-CM
THE CHARGES OF THEFT AND DomesTic BATTERY.

EXhibit 38
39

TRAVIS D. WILLIAMS
PRO SE
DEFENDANT
711 KasKasKia ST.
MENARD, ILL. 62259

PAGE
(46)

STATE OF ILLINOIS, PEORIA COUNTY, IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT

☑ PEOPLE OF THE STATE OF ILLINOIS
☐ CITY OF PEORIA, A MUNICIPAL CORP
☐ OTHER _____ Plntf.

vs.

_Travis Williams_ Def.

Case Number,
03 CM 2753

file
s
t
a
m
p

EXHIBIT #40

| Judge: Collur | Crt Rep: | Plff. Atty: |
| Def. Atty PRO SE: | Crt Room: 210 | Court Clerk: V.J. |

**FILED**
ROBERT M. SPEARS

AUG 0 4 2004

CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

## FINAL ORDER

THE DEFENDANT HAVING BEEN CALLED INTO OPEN COURT ON THIS DATE AND:

☑ 1. Defendant understandingly waives his right to a jury trial, having been fully advised of his rights herein:
☐ 2. Defendant enters a Plea of Not Guilty and requests a jury/bench trial;
☐ 3. Defendant enters a Plea of Not Guilty.
☐ 4. Defendant enters a Plea of Guilty without any agreement as to sentence after being informed of the nature of the charge, the minimum and maximum possible penalties provided by law and the consequences thereof for each charge in the Complaint/Information;
☑ 5. After full admonishment as to his rights, the Defendant enters a Plea of Guilty pursuant to the terms of a negotiated plea agreement and the Court finds that there is a factual basis for the plea and accepts the agreement, after the Defendant is informed of the minimum and maximum possible penalties provided by law and the consequences thereof for each charge in the Complaint/Information;
☐ 6. Although duly notified of the time and place of this hearing, the Defendant fails to appear after being called in open Court to do so;
☐ 7. A full preliminary hearing/trial is conducted on this date;
☐ 8. Other: _____

## IT IS HEREBY ORDERED:

☐ A. Court enters a Judgment of Not Guilty for the offense of _____
☑ B. Court enters a Judgment/Finding of Guilty for the said Defendant and convicts him of the offense of _DOMESTIC BATTERY (CLASS A)_ as charged in the Complaint/Information; and
☐ C. Without entering a judgment of guilt and with the consent of the Defendant, the Court accepts the Defendant's plea of Guilty and defers further proceedings and:
   ☐ (a) Places Defendant on Probation for _____ months/years pursuant to Chap 56½, Para (710/1410) of the I.R.S
   ☐ (b) Places Defendant on Supervision for _____ months/years pursuant to Chap 38, Para 1005-6-1, I.R.S.
      Defendant subject to court Supervision's Rules and Regulations.

THE COURT FURTHER ORDERS THAT:

☐ 1. Defendant is sentenced to pay a fine of $ _____ , and is ordered to pay costs of $ _____
   ☐ immediately, or ☐ by _____ at _____ a.m./p.m.,
   and if Defendant fails to pay fine and costs in full, he shall appear then in room _____ and explain why.
☐ 2. Defendant shall make restitution as follows: _____
☑ 3. A sentence of imprisonment for _280_ days/months/years is imposed on the Defendant, commencing _INSTANTOR_ and is to be served at: DEF. HAS SERVED
   ☑ a. Peoria Co. Jail; ☐ b. DAY FOR DAY / CTS
   2c CONCURRENT W/OTHERS 270 DAYS. DC
☐ 4. A sentence of periodic imprisonment for _____ days/months/years is imposed on the Defendant, commencing _____ and is to be served at: _____
   ☐ a. Peoria Co. Jail; ☐ b. Peoria Co. Work Release Ctr. pursuant to its Rules and Regulations;
   ☐ c. _____
☐ 5. Sentence of Probation/Conditional Discharge for _____ days/months/years is imposed on the Defendant, subject to the conditions set forth in attached Certificate of Probational/Conditional Discharge which is made a part hereof.
☐ 6. Defendant is to enter into a recognizance of $ _____ with/without surety, to keep the peace towards all people of this State, especially toward the complainant, for a period of _____ pursuant to Chap 38, Sect 200-6 of the Illinois Revised Statutes, subject to the penalties provided by the law if he shall refuse.
☐ D. The Court orders Count(s) _____ of Complaint/Information. dismissed on motion of People/Defendant/Court.
☑ E. Defendant's appeal rights fully explained, pursuant to Chapter 110A, Para. 605.
☐ F. Quash all outstanding Bench Warrants.
☑ G. Other: _TO RECEIVE CREDIT_

_FOR TIME SERVED No Further TIME to be served his appe- COUNT II DISMISSED_

Date: _8-4-04_

(Judge of the Tenth Judicial Circuit)

| Cost Breakdown | |
|---|---|
| Clerk . . . | $ |
| St Atty . . | $ |
| Sheriff . . | $ |
| | $ |
| Auto. . . . . | $ |
| Ct Prot. . . | $ |
| Ct Usage | $ |
| Dc Stor. . . | $ |
| Sur Chg | $ |
| | $ |
| Total: . . | $ |

THEFT/CLERK—White    DEFENDANT—Pink    SHERIFF—Green    S/A—Canary    EXTRA—Goldenrod    Form 71 R-4/02    Final Order

PAGE
7/171

**FINAL ORDER**

STATE OF ILLINOIS, PEORIA COUNTY, IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT

☐ PEOPLE OF THE STATE OF ILLINOIS
☐ CITY OF PEORIA, IL, A MUNICIPAL CORP.

Pltf. X / Case Number /

*Travis Williams* Def. / / /

03CM 2753

*EXhibit #3*

| Judge | | Ct. Rep. | Pltf Atty |
| --- | --- | --- | --- |
| Def Atty: PRO SE | | Crt. | Court Clerk: |

**FILED**
ROBERT M. SPEARS

SEP 23 2004

CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

**INTERIM ORDER**

THE COURT FINDS:

☑ 1. The Defendant ☐ appearing ☑ not appearing
☐ 2. The Defendant is informed of the charge(s) in the _____, and furnished a copy thereof.
☐ 3. The Defendant desires Court appointed counsel and the Court determines the Defendant ☐ is indigent ☐ is not indigent ☐ is not eligible.
☐ 4. The Defendant requests additional time for private counsel to appear.
☐ 5. Counsel identified above appears for the Defendant.
☐ 6. The Defendant waives the reading or explanation of the charge(s).
☐ 7. The Defendant enters a plea of Not Guilty to each count of the charge(s).
☐ 8. The Defendant informs the Court that he/she desires to waive his/her right to counsel. The Court, by personally addressing and questioning the Defendant in open Court, informs the Defendant of, and FINDS that he/she understands the following: (1) the nature of the charge(s) against him/her; (2) the minimum and maximum sentence prescribed by law, including the possibility of consecutive sentences and the penalty to which the Defendant may be subjected because of prior convictions; (3) that he/she has the right to counsel; (4) that if he/she is indigent, counsel will be appointed to represent him/her without cost to him/her. Further, the Court FINDS that the Defendant's waiver to counsel is knowingly, understandingly and voluntarily made; and that no promises, threats or coercion have been used to cause the Defendant to waive counsel.
<small>Initial</small>
☐ 9. The Defendant informs the Court that he/she desires to waive his/her right to jury trial. The Court, by personally addressing and questioning the Defendant is open Court, informs the Defendant of, and FINDS that he/she understands the nature of his/her right to jury trial. Further, the Court FINDS that the Defendant's waiver of his/her right to jury trial is knowingly, understandingly and voluntarily made; and that no promises, threats or coercion have been used to cause the Defendant to waive his/her right to jury trial.
<small>Initial</small>
☐ 10. The ☐ Court ☐ Plaintiff ☐ Defendant move(s) for a continuance, due to _____
☐ 11. The Defendant moves for bail reduction to $ _____
☐ 12. Fine of $ _____ and costs of $ _____ are not paid in full.
☑ 13. Other *Defendant having filed a motion to Vacate*
*lead guilty*

**IT IS HEREBY ORDERED THAT:**

☐ A. The Public Defender is appointed to represent the Defendant:
☐ B. The Defendant's motion for bail reduction is ☐ granted ☑ denied. Bail set at $ _____
☑ C. This case is continued on motion of the ☐ Court ☐ Plaintiff ☐ Defendant, ☐ without objection ☐ over objection to  11-4-04 at 1:30  a.m./p.m. and is set for _____, in Courtroom 310.
☐ D. The case is set for ☐ jury trial ☐ bench trial ☐ motion on _____ at _____ a.m./p.m., Room _____
☐ E. A Warrant for the arrest of the Defendant shall issue with bail set at $ _____
☐ F. The Bond Forfeiture Order entered herein on _____ is vacated.
☐ G. The Warrant of Arrest ordered to issue on _____ is recalled.
☐ H. A petition shall issue and Defendant must appear in this Court and show cause as to why he/she should not be held in contempt of court for his/her failure to pay. The hearing is set for _____ at _____ A.M./P.M. in Courtroom _____
☑ I. Other *State ordered* ENTERED / 9-23-04

ENTERED 9-23-04

JUDGE OF THE TENTH JUDICIAL CIRCUIT

PAGE 148

Clerk - White;     DEFENDANT - Pink;     INTERIM ORDER

IN THE CIRCUIT COURT OF _____PEORIA_____ COUNTY

_____TENTH_____ JUDICIAL CIRCUIT

STATE OF ILLINOIS

EXhibiT 4B

```
                              )
                              )
                              )
TRAVIS D WILLIAMS             )
                    Plaintiff,)
                              )
              vs.             )       No. _____
                              )
                              )
EUGENE  MCADORY               )
                    Defendant,)
```

## PETITION

TO:   THE CIRCUIT COURT, COUNTY OF _____PEORIA_____ :

The petition of _____TRAVIS D. WILLIAMS_____, for HABEAS CORPUS

pursuant to 735 ILCS 5/10-102 et. seq. (1992), states as follows:

1. I _____TRAVIS D. WILLIAMS_____, in whose behalf the petition is applied

   for, is confined or restrained of liberty at _MENARD CORRECTIONAL CENTER, MENARD_

   Illinois _RANDOlPh_ County, by Warden _EUGENE MC.ADORY_,

   respondent above named, Chief Administrative Officer of said correctional center.

2. Name and location of court under whose process plaintiff is confined: _PEORIA COUNTY_

   _COURT, 324 MAIN ST. PEORIA,IL. 61602 /ILLInOIS DEPT: OF CORRECTIONS MENARD_

3. Nature of the crime and case number resulting in confinement: _BURGLARY, #00CF1052,_

   _00CF1053_

4. The length of sentence is _12 YEARS = "2" 6 YEAR SENTENCE RUN CONCURRENT_

   and a copy of commitment is attached hereto and incorporated herein as "Exhibit A".

5. The date of judgment, order, or decree for confinement is _JANUARY 2001_.

6. I entered a pleas of <u>Guilty</u>/Not Guilty.

Revised Oct 2002

PAGE
PG (49)

Exhibit 43
43

7. I was convicted by a Bench Trial/Jury Trial, PLEA AGREEMENT

8. Was an appeal taken?  NO

9. If you answered "yes" to question "8", list:

    (a) Name of court _____

    (b) Disposition _____

    (c) Date of disposition _____

    (d) Issues raised _____

    _____

    _____

10. If the answer to question "8" was "no", state the reasons for not appealing: BECAUSE A

    PLEA AGREEMENT WAS TAKEN IN THE CAUSE OF ACTION, AND CONVICTION

    DidN'T BECOME ILLEGAl uNTill march 16th 2004.

11. Have any other applications, petitions, or motions been filed or made in regard to the same

    detention or restraint?  NO

12. If you answered "yes" to question "11", list:

    (a) Name of court _____

    (b) Disposition _____

    (c) Date of disposition _____

    (d) Issues raised _____

    _____

    _____

15. I believe that I am being held unlawfully on the following grounds:

    (A) Ground one: Violation To PlaiNTiFF Rights PURSUANT To 730 ILCS

    5/3-3-9 (C.)(D.)(E.) HEARINGS

    _____

Revised Oct 2002

Pg. 50

EXhibit 47

(B) Ground two: Violated Plaintiff Right To    730 ILCS  5/3-3-2 (1.)(2.) (3.) (4.) POWERS AND Duties

(C) Ground three: I llinois DEPARTMENT OF CORRECTION DR 504 RULE GOVERNING GoodTime. The PRISONER REVIEW BOARD WAS SUPPOSE TO HOID AFAIR HEARING FOR THE PlAiNTIFF, BUT DidN'T, BUT RESUlting IN REVOCATION OF PlAiNTIFF GoodTime AND PAROLE

(D) Ground four: Citing The Fifth AND Fourteenth UNiTED STATES CONSTITUTioNAl AMEND MENTS, Also Judicial circuit court orginally GAVE THE TIME, THE ILLINOIS DEPARTMENT OF CORRECTION is NOT AN JudicIAl Entity So THEREFORE They cAN NOT ENHANCE A sENtENCE without DUE PROCESS SNIFF GROUNDS.

16. Have all grounds raised in this petition been presented to the highest court having jurisdiction?  NO

17. If you answered "no" to question "16", what grounds were not presented and why:  This CAUSE SHoulD be TAKEN TO THE lOWEST COURTS, SiNCE ThEY ARE THE CAUSE OF PlAiNTIFFS Rights being ViolAtED, AFTER Conviction.

18. Do you have any other petition or appeal now pending in any court, either state or federal, as to the judgment under attack?    NO

19. If you answered "yes" to question "18", list:

PCₙ(51)

EXhibiT 45

(a) Name of court _____

(b) Disposition _____

(c) Date of disposition _____

(d) Issues raised _____

_____

_____

WHEREFORE, Plaintiff prays that a PETITION OF HABEAS CORPUS directed to the

Defendant above named, issued for the purpose of inquiring into the cause of the imprisonment

and restraint of the Plaintiff, and the delivering him therefrom, pursuant to law.

Respectfully submitted,

/s/     _Travis D. Williams_
       Plaintiff, pro se
       Number _867417_
       P.O. Box _711_
           _MENARD_                    , Illinois
       Zip code  _62259_

## AFFIDAVIT

I, _TRAVIS D. Williams_____, deposes and says that as to the petition herein,
he is the plaintiff in the above entitled cause; that he has read the foregoing document, by his
signed and that the statements contained therein are true in substance and in fact.

s/s  _Travis D. Williams_
       Plaintiff, pro se

Signed before me this _4th_ day of _May_____, 20_04_.

_Regina Summers_
Notary Public

"OFFICIAL SEAL"
Regina Summers
Notary Public, State of Illinois
My Commission Exp. 07/21/2005

Revised Oct 2002

pg. (52)

Exhibit 46
46

## VERIFICATION OF CERTIFICATION

I, _TRAVIS D WILLIAMS_, the undersigned, certify and state that:

1.  I am the (Petitioner/Respondent) in the above captioned legal matter.

2.  I have read the foregoing application and have knowledge of its contents;

and

3.  Under penalties as provided by law pursuant to sec. 1-109 of the Code of Civil Procedure,
    I certify that the statements set forth in the foregoing motion and this affidavit are true
    and correct except as to matters therein stated to be on information and belief, and as
    to such matters I certify that I believe the same to be true.

_Travis S. Williams_
(Your signature)

## ORDER

The foregoing application is:

_____Granted

_____Denied

_____
Judge, Circuit Court

Exhibit 48
47

IN THE
COUNTY OF PEORIA
TENTH CIRCUIT COURT

TRAVIS D. WILLIAMS          )
Plaintiff,                  )
                            )  Case No. _____
         v.                 )
EUGENE MCADORY              )
ROGER E. WALKER             )
Defendant                   )

## PROOF/CERTIFICATE OF SERVICE

TO: Circuit Clerk Robert Spears        TO: States Att: Kevin Lyons
324 Main ST Rm G-22                    324 Main ST Rm 111
Peoria, IL 61602                       Peoria, IL 61602

PLEASE TAKE NOTICE that on MAY 11th _____, 20 04, I have placed the
documents listed below in the institutional mail at MENARD Correctional Center,
properly addressed to the parties listed above for mailing through the United States Postal
Service: _____
3 copies of STATE HABENS CORPUS

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury,
that I am a named party in the above action, that I have read the above documents, and that the
information contained therein is true and correct to the best of my knowledge.

DATE: 5/4/04 _____

/s/ Travis D. Williams
NAME: TRAVIS D. WILLIAMS
IDOC#: BG7417
MENARD Correctional Center
P.O. BOX 711
MENARD, IL 62259

Revised Oct 2002

PG. 54

N2-8-28

SENTENCE CALCULATION WORK SHEET

Revocation of Good Conduct Credits
When Sentence is Determinate (ch. 1978 Law)

Name _Travis Williams_   Number _B67417_   Date _5/1/04_

---

**STEP 1**

| Year | Month | Day |
|------|-------|-----|
|      | 3     |     |

(Good Conduct Credits Revoked/Projected
Sentence by Director on _3/30/04_

00CF/052   _Vacated per PRB_
00CF/053   _order dated 5/27/04._

**STEP 2**   (Mittimus Number _____

(Inmate not present
for hearing.)

Projected Out Date

| Year | Month | Day |
|------|-------|-----|
|      |       |     |

+ _____

Calculation for below.

(Projected Out Date or
PRB Projection Out Date)
(Previous Time - Lost/Added.)

+ or -

| 2004 | 9 | 27 |
|------|---|----|

_Discharge_
(Projected Out Date)
(Present Revocation)

+ _____ | 3 |

= | 2004 | 12 | 27 |

_Discharge_
(Adjusted Projected Out Date)

---

_Discharge_
Adjusted Projected Out Date   _12-27-04_

⊗

Exhibit 48

Calculated By _____   jmh

5-3-04

DC 1328 (Rev. 9/93)
IL426-00528

Discharge Date is 9-27-04.

N2-8-28

## MSR VIOLATORS SENTENCED UNDER 1978 LAW

NAME __Williams__    NUMBER __B67417__    DATE __3-17-04__

**(STEP 1) (A)**

Yr. Mo. Day

03 11 01    (Recustody/New
03 11 01    Sentence Date)
-           (Date D.A.V.)
            (Time Lost - MSR Viol.)

**(STEP 1) (B)**

Yr. Mo. Day

            (Recustody/New
            Sentence Date)
-           (Date D.A.V
            (Time Lost - MSR Viol.)

**(STEP 2)**

Yr. Mo. Day

            (Time Lost-1st Viol.-A)
+           (Time Lost-2nd Viol.-B)
            (Total Time Lost)

            COCF 1053
**(STEP 3) (Mittimus NO.** COCF 105-2 )
PROJECTED OUT DATE

Yr. Mo. Day
00 10 24

03 00 00    (Custody Date)
            (Sentence Less
+           GCC)
03 10 24    (Proj. Out Date)
- 02 -      (Previous Time -
+-or-       Lost/Awarded))
03 8 24     (Proj. Out Date)
+ 02 00 00  (MSR Term)
03 08 24    (Maximum Date)
+           (Time Lost - MSR Viol.)
03 08 24    (Discharge Date)

**(STEP 4)**

Yr. Mo. Day

03 08 24    (Discharge Date)
03 11 01    (Recustody/New
            Sentence Date)
01 09 23    (Time to Serve)
- 10 27     (G.C.C.)
  10 26     (Time Left to Serve)

**(STEP 5)**

Yr. Mo. Day

03 11 01    (Recustody/New
            Sentence Date)
+   10 26   (Time Left to Serve)
04 09 27    (Proj.Discharge Date)

**(STEP 6)**

Yr. Mo. Day

            (Proj.Discharge Date)
            (Sentence Less
+           GCC)
            (Adj.Proj. Out Date)

**(STEP 7)**

Yr. Mo. Day

            (Release Date)
            (Recustody/New
-           Sentence Date)
            (G.C.C.)

**(STEP 8)**

Yr. Mo. Day

            (Discharge Date
            as in Step 3)
            (GCC)
            (Proj.Discharge Date)

Projected Discharge/Out Date __9-27-04__    Terminal Operator _____
Calculated By _____    Date Entered _____
DC 1324 (Rev.9/96)
IL 426-00524

EXhibiT 49