TRAVIS WILLIAMS
PLAINTIFF
VS

ROBERT M. SPEARS
DEFENDANT

IN THE UNITED STATES DISTRICT OF
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

CASE NO. 04C-1074

FILED
NOV 29 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

NOW COMES PLAINTIFF RESPONDING TO DEFENDANTS MOTION FOR SUMMARY JUDGEMENT PURSUANT TO RULE 56(e) PLAINTIFFS STATES AS FOLLOWS:

1. THE PLAINTIFF CAN NOT PRODUCE AFFIDAVITS OF CERTAIN PARTIES BECAUSE PLAINTIFF IS A PRISONER.

2. RECORDS THAT NEEDS TO BE OBTAIN CAN NOT BE ACCESSED BY A PRISONER THEREFORE PURSUANT TO 735 ILCS 5/ART.II THE PRESIDING JUDGE WOULD HAVE TO ISSUE A COURT ORDER TO OBTAIN THE NEEDED DOCUMENTS FOR THIS CAUSE TO MOVE FORWARD

3. THE ILLINOIS DEPARTMENT OF CORRECTIONS REDACT INFORMATION WHERE AS PLAINTIFF NEEDS REPORTS FROM STATEVILLE CORR. CTR. AND WESTERN CORR. CTR. AND SAID INFORMATION CAN NOT BE GIVEN TO A PRISONER.

4. A BRIEF IS SUBMITTED IN SUPPORT OF PLAINTIFF COMPLIANCE WITH FRCP 56 BY DEFENDANTS.

RESPECTFULLY SUBMITTED
Travis Williams

STATE OF ILLINOIS        )
                         ) SS
COUNTY OF Randolph       )

## AFFIDAVIT

I, Travis Williams, being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto: STATES THAT CONTENTS OF RESPONSE IS TRUE AND CORRECT

Subscribed and sworn to before me on the 3rd day of November, 2004.

Regina Summers
NOTARY PUBLIC

"OFFICIAL SEAL"
Regina Summers
Notary Public, State of Illinois
My Commission Exp. 07/21/2005

Respectfully submitted,

Travis Williams

# AFFIDAVIT

### In support of FRCP 56 F by Plaintiff

1. Travis Williams states he is the one who brought this cause of action to Spears

2. Travis Williams further states that information needed, needs to be court ordered by a Judge in this cause of action.

3. Travis Williams states that he sent Robert Spears at least 15 pleadings from the date of August 2002, and July 2003 and was never accessed to the courts in a December 10th incident of agg assualt.

4. Travis Williams states that in November 1st of 2003 he was charged with Residential Burglary, Robbery criminal damage to prop, and Domestic Battery but never arrainged.

5. Travis Williams states that on January 20th 2004 he finally appeared in court and was notified of charges of Domestic Battery and theft, but never arrainged for charges outlined in No.# 4.

6. All Information that Plaintiff needs to prevail has to be court ordered as outlined in FRCP 56 F.

Respectfully submitted
Travis Williams

STATE OF ILLINOIS        )
                         ) SS
COUNTY OF Randolph       )

## AFFIDAVIT

I, TRAVIS WILLIAMS, being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto: STATES THAT HE HAS COMPLIED with Defendants motion FOR SUMMARY JUDGEMENT pursuant to FRCP 56 A, F. BY RESPONDING TO SPEARS motion PURSUANT TO FRCP 56 e.

Subscribed and sworn to
before me on the 23rd day
of November, 2004.

Respectfully submitted,

_Regina Summers_
NOTARY PUBLIC

_Travis Williams_

"OFFICIAL SEAL"
Regina Summers
Notary Public, State of Illinois
My Commission Exp. 07/21/2005

IN THE
<u>United States District Court</u>
<u>Central District of Illinois</u>

<u>Travis Williams</u> )
Plaintiff, )
    v. ) Case No. <u>04-1074</u>
)
<u>Robert M. Spears</u> )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: <u>Asst. States Atty: Lynden D. Schmidt, Peoria County Court House, Rm 111, Peoria, Ill. 61602</u>

TO: <u>Clerk of the Central District Court, Peoria Division, 100 N.E. Monroe, Peoria, Ill. 61602</u>

TO: _____

TO: _____

PLEASE TAKE NOTICE that on <u>November 23</u>, 20<u>04</u>, I have placed the documents listed below in the institutional mail at <u>Menard</u> Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: <u>That 2 copies of motion for summary judgement response and 2 copies of affidavit pursuant to FRCP 56 and one brief in support of was mailed to the Clerk of the U.S. Dist. Court and one copy of each was mailed to Lynden D. Schmidt on this day</u>

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: <u>11/23/04</u>

/s/ <u>Travis Williams</u>
NAME: <u>Travis Williams</u>
IDOC#: <u>B67417</u>
<u>Menard</u> Correctional Center
P.O. BOX <u>711</u>
<u>Menard</u>, IL <u>62259</u>

Revised July 2004