TRAVIS WILLIAMS
PLAINTIFF

V.

ROBERT M. SPEARS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA

E-FILED
Tuesday, 30 November, 2004  09:47:21 AM
Clerk, U.S. District Court, ILCD

CASE NO. # 04-1074

BRIEF IN SUPPORT OF

PLAINTIFF RESPONSE TO DEFENDANTS FRCP56e,B
SUMMARY JUDGEMENT



FILED
NOV 29 2004
J... WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TRAVIS WILLIAMS, PLAINTIFF
V.
ROBERT M. SPEARS DEFENDANT.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

CASE NO. 04-1074

## MOTION FOR SUMMARY JUDGEMENT

NOW COMES TRAVIS WILLIAMS PRO SE PLAINTIFF, RESPONDING TO DEFENDANTS MOTION FOR SUMMARY JUDGEMENT PURSUANT TO FRCP 56 B AND PURSUANT TO FRCP 36 A, F THAT PLAINTIFF RESPONDS AND STATES AS FOLLOWS:

While Plaintiff Travis Williams was incarcerated and convicted for case NO. 2000-CF-1052 AND 00-CF-1053 he was charged for more criminal charges from being prereleased, and mandatory supervised released, December 10th 2001, And August 22, 200

In January 2002 Williams was charged for Agg. Assault. In November 2003 Williams was charged with Domestic Battery, Robbery, Agg Assault, Residential Burglary, And Criminal Damage to Prop, See Plaintiffs Ex 1 Thru 9.

In November of 2003 Williams was recharged again for Domestic Battery, Theft, See Plaintiffs Ex 18, 19.

Filed Williams at least 15 motions for speedy trial and to squash warrant from August 2002 to June 2003. Williams was told by Internal Affairs of Illinois Department of Correction that in August of 2002 he had a pending prosecution in Peoria County and could not transfer to a lower security facility untill that warrant cleared.

Williams motions for speedy trial/squash warrant was filed in August of 2002. The Circuit Clerks office kept sending Williams letters stating no more charges in case no. 00CF1052-53, when William clearly stated this charge would be from a December 10th 2001 incident, Williams got letters back never was there any motion filed by circuit clerks office.

By May of 2003 Williams was fed up with the clerks incompatence and his deputy clerks, and wrote Spears (his Spears Ex 32). Spears had created a custom and policy (Williams Ex 10, 14) that without funds nothing would be filed for Williams indigent or not, Freeman V. Fairman 916 F.Supp 786 N.D. Ill. 1996

Spears Ex 32 clearly put his office on notice of him or his deputy clerks conduct, in denying Williams court access indifference may be evinced by either repeated examples of negligent acts which disclose a pattern of conduct French V. Owens 777 F.2d 1250 7th Cir 1985.

1

MEMORANDUM OF LAW
BRIEF IN SUPPORT OF PLAINTIFFS RESPONSE

Robert Spears wants you to believe that he never heard of the Plaintiff Travis Williams but see Spears Ex 32 this is false, and a (Milstein v. Cooley 257 F.3d 1004) false statement given by Spears has been given in a affidavit more than once, Exhibit 32 put him on notice of inadquate training and desciplinant of Deputy Clerks (Harvey v. City of Chicago) 742 F.Supp 994 N.D. Ill 1990.

While being incarcerated the Plaintiff sent numerous pleadings to the Circuit Clerks office, but Spears states he never heard of Plaintiff, I am quite sure if a deputy clerk showed Spears (Spear Ex 32) he would have remeber a person telling him he would be sued if him and his deputy clerks kept up thier actions, Spears crediability is at question People v. Ortiz 196 Ill.2d 236 2001.

In August 2004 Plaintiff seen the Illinois Department of Correction Prison Review Board and at that time he asked the board to revoke his Goodtime of 2 remaining years and cut that time in half, it was done, Plaintiff had 6 violations see Ex 50,51,52 and the Board choose the 1st one, being any criminal statue. Since Williams parole was revoked twice the Board opt to cut that time in half seen how the first revocation was done unconstitutionally. See Plaintiffs Ex 50,51 Spears would never disclose wheather charges were misdameanors of felonies, so when a final dispesition was reached in 03-CM-2753 the Board seen it was a misdamenor and again opted to cut Williams parole time in half which did Williams a favor.

So Williams was surely depending on the filing of his May 4th petition of Habeas Corpus to correct the unconstitutional deprivation see Williams Ex 52 but Williams Habeas Corpus petition was never filed by Spears office Taylor v. Franzen 93 Ill. App. 3d 758  48 Ill Dec 840 417 N.E. 2d 242 Ill App. 1981.

But through intra grievance proceedings his parole was vacated, because of Spears admitted negligence Williams could have remained in prison until 2005 instead of being released in November of 2004.

Spears never answered letters about status of Habeas Corpus petition see Spears letter of May 14th 2004,

2

SPEARS CONSPIRED WITH KEVIN LYONS IN NOVEMBER 2003, AND PURSUANT TO OFFICIAL MISCONDUCT 5/33-3 A,B,C. ILLS SPEARS RETALIATED BY NOT DOING A TRUE AND ACCURATE JOB OF FILING WILLIAMS PLEADINGS.

IF SPEARS WOULD HAVE SENT PLAINTIFFS 10, AND 14 AND DISCLOSED CLASS OF CRIME PLAINTIFF WOULD HAVE BEEN RELEASED FROM CUSTODY IN DECEMBER 2003, INSTEAD OF NOVEMBER OF 2004.

SPEARS DECIDED NOT TO FILE WILLIAMS MOTION ON NOV 26 2003, AND DEC 31, 2003 WHICH ALLOWED THE STATE TO GAIN A TACTICAL ADVANTAGE. U.S. V. GOUVEIA 467 U.S. 180.

ROBERT SPEARS WHITE WASHED THE EXHIBITS HE HAS PRESENTED (ILLIANO V CLAY) TO COVER UP HIS MISCONDUCT.

ROBERT SPEARS AND HIS DEPUTY CLERKS HAS CONSPIRED AGAINST WILLIAMS TO KEEP FROM THE COURTS NEW SOME-V-SHMES 968 F.SUPP 1318 N.D. 1997 ILL.

THERE WAS ALWAYS A DELIBERATE INDIFFERENCE TO WILLIAMS ACCESS TO THE COURTS THROUGH SPEARS OFFICE LEE-V. CITY OF PEORIA 685 F.2d 196 C.A.7 ILL. ALSO SEE WILLIAMS EX 10-14.

OF COURSE ON JANUARY 14TH 2004 PLAINTIFFS MOTION WAS FILED, EXAMINE SPEARS RECORDS AND SEE THE PLAINTIFF SUBMITTED THE SAME DOCUMENTS OVER AND OVER.

AND THAT WAS NOT THAT PLAINTIFFS ORIGINAL PLEADINGS SO THEREFORE WILLIAMS CAN PREVAIL IN A 1983 ACTION TARPLEY 312 F.3d AT 389.

ON DEFENDANTS PAGE #7 THE DEFENDANT WANTS YOU TO BELIEVE THAT THE PLAINTIFF STATED THAT BECAUSE HIS MOTION WASN'T FILED HE WAS NEVER ARRAIGNED, BUT THE PLAINTIFF CLEARLY STATED HE WAS NEVER ARRAIGNED FOR THE CHARGES OUTLINED IN WILLIAMS EX 1-9.

OF COURSE WILLIAMS WAS INFORMED OF CHARGES ON JANUARY 20TH 2004, THIS WAS THE FILING OF ONE NEW CHARGE AND AN OLD CHARGE.

ON SPEARS PAGE #7 PARA #3, HE WANTS YOU TO BELIEVE HE NEVER HEARD OF THE PLAINTIFF, BUT AFTER SPEARS RECIEVED HIS EX 30 HE CONTACTED THE INTERNAL AFFAIRS DIVISION AT WESTERN C.C. AND STATED TO THEM HE WAS THREATEN BY WILLIAMS.

THEY CHOOSE TO DO NOTHING AT THAT TIME BECAUSE SPEARS CLAIMS WAS WITHOUT MERITS.

SPEARS REMAINS LIABLE BECAUSE OF HIS Exhibit 10, 32 BECAUSE EACH LETTER WAS ADDRESSED TO HIM NOT A DEPUTY CLERK.

SPEARS PURSUANT TO 725 ILCS 5/33-3 HAS ALWAYS CONSPIRED AGAINST THE PLAINTIFF BECAUSE OF EX 10-32, AND HAS CONSPIRED PURSUANT 5/33-3 A.B.C., WITH MEMBERS OF LAW ENFORCEMENT AND STATES ATTORNEYS OFFICE BY CREATING THE POLICY OF STATING IN LETTERS HE WILL NOTIFY THE STATE'S ATTORNEY OFFICE FIRST BEFORE HE FILES ANYTHING

AT ALL TIMES PLAINTIFF REQUEST THAT SPEARS SEND LETTERS, STAMP AND RETURN OF PLEADINGS TO PLAINTIFF AND PRISON OFFICIALS.

That's why APRIL 16th 2004 motions WAS witnessed By DEPUTY CLERK 828. They REFUSED to SEND LETTERS TO REFERENCE THE filings. OF MOTIONS AND STAMP AND RETURN Filings OF PLEADINGS TO PLAINTIFF.

Wherefore PLAINTIFF PRAYS THAT THIS Honorable COURT GRANTS HIS SUMMARY Judgement motion AND BRIEF IN SUPPORT OF, AND GRANTS RELIEF AS THE COURT SEES FIT

RESPECTFULLY submitted

James Williams

(3)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Parole Violation Report

### Section A: Violation Details

Releasee: Travis D. Williams    AKA: Travis Dowhard    ID# B67417

Parent Facility: Western Illinois Correctional Center    Date of Birth: 07/23/1963

Gender: ☒ Male  ☐ Female    Race: ☐ Caucasian  ☒ African American  ☐ Asian American  ☐ Hispanic  ☐ Native American  ☐ Other

FBI#: 153580X6    I.R.#: N/A    CCJ#: N/A

Release Date: 08/24/2003    Sentence Exp. Date: 08/24/2005    Violation Date: 11/01/2003

Custody Facility: Peoria County Jail    Custody Date: 11/01/2003

Offense(s): Domestic Battery, Aggravated Assault, Robbery, Criminal Damage to Property

IDOC Warrant #: PN0313090    Date Warrant Issued: 11/01/2003

**Description of the Alleged Violation** (include date, time, place and description of the violation; description and method of weapons used; identity and injury to victim(s); arrest date and arresting agency; criminal charges; and custody/court/bond information):

According to Peoria Police Report #03-32292, On 11/1/03 at approximately 2:16 a.m., Officer Dixon of the Peoria Police Department was dispatched to 3506 N. Molleck in Peoria, Il. in regards to a domestic dispute. Officer Dixon spoke to the victim, Linda Jackson, who stated that her boyfriend, Travis Williams, punched her in the face and kicked her several times. Jackson stated that she told Williams that he needed to leave and he became more upset. She stated that Williams grabbed a hunting knife and began swinging it at her while she was in bed. Jackson stated that he then began to cut the bed up with the knife while telling her he would, " Kill Your Mother Fucking Ass!" Jackson stated she then was able to call the police on her cellular phone. Jackson stated that this enraged Williams and he punched her in the left eye, SEE PAGE #3,

**Other Arrests or Parole or Mandatory Supervised Release Violations During the Current Supervision Term:**

**Community Adjustment** (juvenile only):

**Agent's Recommendation** (sanctions, level, ARD date, etc.): Due to Williams' arrest and total disregard for the rules of parole, this agent recommends that he be declared a violator and kept for the remainder of his parole term.

**Attachments** (identify): Peoria Police Report, IDP Goals, Warrant

I hereby declare under the penalty of perjury that the foregoing description of alleged violations made by me in this violation report is true and correct to the best of my knowledge and belief.

Randall E. Ward    D-24    [signed] Randall E. Ward    11/2/2003
Print Parole Agent's Name    No.    Parole Agent's Signature    Date

**Supervisor Comments** (if any):

George Richardson    D-12    [signed] George Richardson    11/3/03
Print Parole Supervisor's Name    No.    Supervisor's Signature    Date

Section B: Notice of Charges must be completed at the same time this section is completed

Distribution: Releasee; Releasing Authority; Releasee's Case File;    Page 1    DOC 0071 (Eff. 1/2002)
Parent Field Services Representative;    (Replaces DCA 591; DCJ 119, and 142)
Hearing Officer; if FOS, Interstate Compact    Printed on Recycled Paper

PAGE (8)

ILLINOIS DEPARTMENT OF CORRECTIONS
## Parole Violation Report

Travis D. Williams                                                    B67417
Releasee's Name                                                         ID#

### Section A: Violation Details (con't)

Description of the Alleged Violation: AND KICKED HER IN THE CHEST. WILLIAMS TOOK HER CELLULAR PHONE AND FLED THE SCENE. JACKSON'S GRANDDAUGHTER WITNESSED THE INCIDENT AND HER STATEMENTS WERE CONSISTANT WITH JACKSON'S STATEMENTS TO POLICE. OFFICER WEST TOOK PICTURES OF JACKSON'S INJURIES AND OF THE DAMAGE TO THE MATTRESS. POLICE TRIED TO LOCATE WILLIAMS AT 815 W. MACQUEEN, IN PEORIA (WILLIAMS APPROVED HOST SITE). ANGELA OUTLAND STATED TO POLICE THAT WILLIAMS DOES NOT LIVE THERE. SHE STATED THAT SHE ALLOWS WILLIAMS TO USE HER ADDRESS AS A FAVOR TO JACKSON, WHO SHE KNOWS FROM WORK. OUTLAND STATED THAT JACKSON LIVES IN SECTION 8 HOUSING AND HOUSING GUIDELINES PREVENT HER FROM ALLOWING A FELON TO BE A RESIDENT. OUTLAND STATED THAT WILLIAMS ONLY COMES TO HER HOUSE WHEN HIS PAROLE AGENT NEEDS TO MEET WITH HIM. OUTLAND STATED TO POLICE THAT WILLIAMS DID CALL HER FROM JACKSON'S CELL PHONE AND DID ADMIT TO TAKING HER CELL PHONE. OFFICER DIXON DID CALL THE CELL PHONE NUMBER AND SPOKE TO A MALE WHO IDENTIFIED HIMSELF AS TRAVIS. THE OFFICER TALKED TO HIM ABOUT TURNING HIMSELF IN, BUT HE STATED HE, " DIDN'T DO SHIT" AND THEN HUNG UP THE PHONE. A 49 MESSAGE WAS PUT OUT FOR HIS ARREST. WILLIAMS WAS ARRESTED BY THE PEORIA POLICE AT APPROXIMATELY 12:15 P.M. IN THE 2500 BLOCK OF N. STERLING AVENUE IN PEORIA, IL. HE WAS TAKEN TO THE PEORIA P.D. DETECTIVE BUREAU FOR QUESTIONING AND THEN ARRESTED FOR DOMESTIC BATTERY, AGGRAVATED ASSAULT, ROBBERY AND CRIMINAL DAMAGE TO PROPERTY. WILLIAMS HAS VIOLATED A CRIMINAL STATUTE BECAUSE OF HIS ARREST, FAILED TO REFRAIN FROM POSSESSING A DANGEROUS WEAPON ( HUNTING KNIFE), FAILED TO OBTAIN PERMISSION FROM HIS AGENT BEFORE CHANGING HIS ADDRESS, FAILED TO PROVIDE TRUE AND ACCURATE INFORMATION TO HIS AGENT WHILE ON PAROLE ( STATED THAT HE WAS LIVING AT 815 MACQUEEN, PEORIA, WHEN HE WAS LIVING IN SECTION 8 HOUSING), FAILED TO ATTEND WEEKLY DRUG COUNSELING AT SMART RECOVERY AS INSTRUCTED BY HIS AGENT ON 8/24/03.

**Other Arrests or Parole or Mandatory Supervised Release Violations During the Current Supervision Term:**

**Community Adjustment** (juvenile only):

**Agent's Recommendation:**

**Attachments:**




# APPLICATION DATA SYSTEMS, INC.

Case Number PA0300032329
Original Report
User ID SAPCPPD

Run Date/Time: 6/3/2004 3:37:57 PM

Report Address..: 03506 N MOLLECK DR PA A
                  PEORIA IL

Report Date/Time: 11/01/2003      11:09
Officer Name....: FUCHS,DARRELL A

Officer......: _____
               FUCHS,DARRELL A

Supervisor..: _____

```
APPLICATION DATA SYSTEMS, INC. Report Number: 03 00032329                    Page # 1
================================================================================

Report Number...: 03 00032329  Supp Number..: 000    Report Type..: CRIME
Report date.....: 11/01/2003   Report Time..: 11:09  District/Zone: 0134102

                  Number     Dir   Street Name          Type        Jur Apt.#
Address.........: 03506      N     MOLLECK              DR          PA  A
City............: PEORIA                        State.....: IL Zip......:
Report Officer 1: PP840      FUCHS,DARRELL A     Assign Date...: 11/01/2003
Report Officer 2:                                Assign Date...:
Investigator 1..:                                Assign/Review Date.:
Investigator 2..:                                Assign/Review Date.:
Assigned By.....:                                Review Date...:
UCR Status......: 03     CLEARED BY ADULT ARR    Status Date...: 11/01/2003
Case Status.....:                                Status Date...:
Connect Case#...:                  Rpt Status: Last Updated by PP383 on 11/01/2003
                                               Record Created by DATATRAN on 11/01/2003.
================================================================================
OFFENSE AREA
================================================================================
---------------------------------Offense 1--------------------------------------
Offense Type..: 0625           -RESIDENTIAL BURGLARY         _ Attempted  X Completed

                Number     Dir   Street Name          Type        Jur Apt.#
Address.......: 03506      N     MOLLECK              DR          PA  A
City..........: PEORIA                         State.....: IL Zip......:
District/Zone.: 0134102 UCR:    NIBRS:              Type Criminal Activity
                                                      _ B - Buying/Receiving
Begin Date....: 11/01/2003  Begin Time.....: 05:40    _ C - Cultivating/Manfacturing/Pr
                                                      _ D - Distributing/Selling
End Date......: 11/01/2003  End Time.......: 06:42    _ E - Exploiting Children
                                                      _ O - Operating/Promoting/Assist
Bias Motive...: 99 UNKNOWN                            _ P - Possessing/Concealing
                                                      _ T - Transporting/Transmitting/
Location Type.: 090                                   _ U - Using/Consuming
                                                      _ I - Poss With Intent To Sell
Lighting......:            Weather........:           _ X - Other

                                          _ Consumed Alcohol          _ Prints Lifted
Premises Enter: 01  X Force Used  State.: _ Used Computer Equipment   _ Photo/Video
                                          _ Used Drugs

Comments......:
Weapons.......: B          _ Auto              _ Auto            _ Auto
Point Of Entry: DOOR       Point Of Exit..: DOOR    Means Of Entry: UNK PRY TO
Tools Used....: UNKNOWN    Entry Direction:         Exit Direction:
```

PAGE
(11)

EXhibit 4

# PERSON AREA
===============================================================================

------------------------------Person  1 ------------------------------
Person Type:
  X Victim      X Complainant    _ Suspect    _ Arrestee    _ Witness   X Prop/Veh Owner

  _ Business  _ Financial  _ Government  _ Religious  _ Society  _ Other/Unknown

Last Name......: JACKSON                      First Name..: LINDA

Middle Name....: F           Suffix....:         MNI #.: 66 00065658

Date Of Birth..: 06/10/1956  Age/From/To..: 047 047  Months: 04  Rpt Age..: 47

Social Security:              Sex..........: F        Race..: B  Ethnicity:

Height From/To.: 5'07 5'07    Weigh From/To: 180 180  _ Can ID Suspect(s)

Eye Color......: BRO          Hair Color...: BLK    Phone: (309) 453-2777

                 Number    Dir    Street Name        Type       Jur Apt.#
Address........: 03506     N      MOLLECK            DR         PA   A

City...........: PEORIA                 State.........: IL Zip......:

Driver License.: J25052656765           State.........: IL Exp. Year: 00

Marks/Scars....:                                                 _ Juvenile

--------------------------------Additional Victim Information--------------------------------
Assault/Homicide Cause                       Injury
_ Argument            _ Juvenile Gang        X None         _ Unconscious
_ Assault on Law Officer _ Lovers Quarrel    _ Broken Bones _ Internal Injuries
_ Drug Dealing        _ Mercy Killing        _ Minor Injury _ Lacerations
_ Gangland            _ Child Abuse          _ Major Injury _ Loss Of Teeth
_ Other Felony Involved _ Other _ Unkown
_ Child Playing w/Weapon _ Hunting Accident  Rape Information
_ Gun-Cleaning Accident _ Other Negligent Killings _ Rape Exam
_ Other Negligent Weapon _ Negligent Child Abuse   _ Rape Treatment For Rape
_ Criminal Killed by Citizen                       Rape Location
_ Criminal Killed by Policeman
_ Criminal Killed in the Commission of a Crime

Justifiable Homicide Reason
_ Criminal Killed by Policeman
_ Criminal Attacked Police Officer and that Officer Killed Criminal
_ Criminal Attacked Police officer and Criminal Killed by Another Police Officer
_ Criminal Attacked by Civilian
_ Criminal Attempted Flight From a Crime
_ Criminal Resisted Arrest
_ Unable to Determine/Not Enough Information

```
------------------------------Person  2 (Arrestee)-------------------------
Person Type:
  _ Victim   _ Complainant  X Suspect    X Arrestee   _ Witness _ Prop/Veh Owner

  _ Business _ Financial _ Government _ Religious _ Society _ Other/Unknown

Last Name......: WILLIAMS                 First Name..: TRAVIS
Middle Name....: D         Suffix....:              MNI #.: 00 00089810
Date Of Birth..: 07/23/1963 Age/From/To..: 040 040 Months: 03 Rpt Age..: 40
Social Security: 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 Sex.........: M        Race..: B Ethnicity:
Height From/To.: 6'00 6'00  Weigh From/To: 240 240  _ Can ID Suspect(s)
Eye Color......: BRO        Hair Color...: BLK      Phone:
                 Number     Dir  Street Name           Type         Jur Apt.#
Address........: 00815      W    MACQUEEN              ST           PA
City...........:                         State.........: IL Zip.....:
Driver License.: W45280463209             State.........: IL Exp. Year:
Marks/Scars....:                                           _ Juvenile
--------------------------------Description-----------------------------------
Hair Style....:                      Hair Color1..:
Type Build....:                      Hair Color2..:
Facial Hair...:                      Facial Color.:
Glasses Type..:                      Glasses Color:
Coat Type.....:                      Coat Color...: BLU
Shirt Type....:                      Shirt Color..:
Pants Type....:                      Pants Color..: BLU
Shoe Type.....:                      Shoe Color...:
Voice Type....:
Demeanor......:
Accent Type...:
Complexion....:
Other Clothing:
Spoken Words..:
```

PAGE (13)

EXHIBIT 6

```
----------------------------Additional Suspect Information----------------------

Diposition.: 87    ARRESTED - HELD FOR    _ Suspect is Named

Injury Type
X None         _ Major Injury        _ Lacerations    X Arrested   Date/Time..:11/01/2003 10:45
_ Broken Bones _ Unconscious         _ Loss of Teeth
_ Minor Injury _ Internal Injuries   _ Killed         X Arrest     _ Summons Arrest #:

                    Number      Dir   Street Name              Type         Jur Apt.#
Arrest Location:    02500       W     FOREST HILLS             AV           PA

Location Remark  BUS BENCH

Miranda Warning Given            Weapons
                                 X Unarmed _ Rifle    _ Shotgun    _ Lethal Cutting Instrume
_ Orally  _ Waiver #:            _ Firearm _ Handgun  _ Other Firearm _ Club/Blackjact/Brass K:
```

================================================================================
RELATIONSHIP AREA
================================================================================

--------------------------Victim/Offender Relationship--------------------------

| Victim's name    | Suspect's name      | Code | Relationship |
|------------------|---------------------|------|--------------|
| JACKSON,LINDA F  | WILLIAMS,TRAVIS D   | BG   | Victim Was Boyfriend/Girlfriend |

--------------------------Victim/Offense Relationship---------------------------

| Victim's name    | Offense | Description |
|------------------|---------|-------------|
| JACKSON,LINDA F  | 0625    | -RESIDENTIAL BURGLARY |

--------------------------Suspect/Offense Relationship--------------------------

| Suspect's name      | Offense | Description |
|---------------------|---------|-------------|
| WILLIAMS,TRAVIS D   | 0625    | -RESIDENTIAL BURGLARY |

================================================================================
PROPERTY AREA
================================================================================
------------------------------------Property  1---------------------------------
_ Found  _ Burned  _ Conterfeit  X Damaged  _ Recovered  _ Lost  _ Stolen  _ Otr/Unk  _ Evidence  _ PP

```
Property Type.: 521            Brand Name..: UNKNOWN            Color.:

Model........:                 Size........: DOOR FRAME         Tag No:

Value........: 0000000250      Serial No...:

Date Reported.: 11/01/2003

Iden Char....:

Recovered By..:        Date/Time.:  / /

Recovery        Number    Dir   Street Name           Type        Jur Apt.#
Address......:

Recovery City.: PEORIA              State.....: IL              Zip...:

Recov Value...:                     Condition...:                      _ Biohazard
```

PAGE
(14)

EXHIBIT 7

==============================================================================
NARRATIVE AREA
==============================================================================

ON TODAYS DATE I RESPONDED TO THE LISTED ADDRESS IN REGARDS TO A FEMALE WHO'S APARTMENT HAD BEEN BROKEN INTO BY A MALE WHO HAD ASSAULTED HER EARLIER,(SEE RELATED REPORT).UPON ARRIVAL I SPOKE WITH VICTIM JACKSON.SHE SAID SHE CAME HOME TODAY FROM SPENDING THE NIGHT AT A HOTEL TO FIND THAT HER FRONT DOOR HAD BEEN FORCED OPEN.JACKSON REPORTS NOTHING MISSING FROM INSIDE,HOWEVER SHE BELIEVES WILLIAMS TO BE RESPONSIBLE FOR ENTERING HER APARTMENT DUE TO FINDING A NOTE ON HER BEDROOM DRESSER MIRROR WHICH READ "I WANT MY LINK CARD AND WALLET".

JACKSON BELIEVES THIS INCIDENT OCCURRED BETWEEN THE LISTED TIMES BECAUSE OF PHONE CALLS MADE BY WILLIAMS TO FAMILY MEMBERS ON HER CELLULAR TELEPHONE WHICH HE HAD TAKEN FROM HER APARTMENT LAST NIGHT.

WILLIAMS WAS LOCATED AT THE BUS BENCH IN THE 2500 BLK OF WEST FOREST HILLS AVE. AT APPROX 1045 HRS.HE WAS TAKEN INTO CUSTODY FOR THIS INCIDENT AND THE RELATED INCIDENT THEN TRANSPORTED TO THE DETECTIVE BUREAU BY OFFICER MINGUS FOR QUESTIONING BY DET MUSHINSKI.SEE HIS REPORT FOR DETAILS..

------------------------------------------------------------------------------
I affirm under the pains and penalties of perjury that the aforementioned facts are true and correct.

Date:  _____/_____/_____

_____
FUCHS,DARRELL A

EXhibit 8

PAGE
(15)









EXhibiT 9

PAGE (16)

DECEMBER 4, 2003

Dear Mr. Williams:

In review of the documents that you have sent, I find no charges at this time. I will forward a copy of the information to the State's Attorney.

I must inform you that in the future there is a $10.00 mailing fee. The cost of all copies is $2.00 for the first copy and .50 for each additional copy. A record search of any criminal history is $6.00 for each year. The fees must all be paid prior to your request being processed.

ROBERT M. SPEARS
CIRCUIT CLERK


DEPUTY