# AFFIDAVIT

I, TRAVIS D. WILLIAMS, being duly sworn do repose and state that the attached MOTION is true and correct in substance and fact to the best of my knowledge.

/s/ Travis D. Williams
Petitioner

# B67417

Subscribed and sworn to before me this 26th day of NOVEMBER 20 03.

LAWRENCE Correctional Center
P.O. Box R. R2 36

Sharon L. McCorkle
Notary Public

SUMNER, Illinois 62466

"OFFICIAL SEAL"
Sharon L. McCorkle
Notary Public, State of Illinois
My Commission Exp. 07/05/2005

Expiration of Commission

## NOTICE OF FILING

| CLERK | WARDEN | STATES ATTORNEY |
|---|---|---|
| TO: REGINA SPEARS | TO: PIERCE | TO: KEVIN LYONS |
| PEORIA COUNTY CLERK RM -G22 | LAWERENCE CORR. CTR. R.R.2, BOX 36 | PEORIA COUNTY COURT HOUSE |
| 324 main st, PEO, IL 61602 | SUMNER, IL 62466 | 324 MAIN ST. PEO, FL 61602 |

Please take notice on 11-26-03, 20 03, I filed with COUNTY CLERK OF PEORIA COUNTY Court the attached MOTION AND AFFIDAVIT, 2 copies copy(ies) of which are served on you.

/s/ Travis D. Williams

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS )
                  )
COUNTY OF PEORIA  )

I, TRAVIS D. WILLIAMS, being sworn state that I served the attached notice on the above named person(s) by placing a true and correct copy in an envelope(s), addressed as shown above, with the proper U.S. postage on each and deposited the envelope(s) in the U.S. Mail at Unit 3-B AT LAW. CORR, CTR, Illinois, 62466, on or about the hour of 9pm on 11-26-03, 2003.

/s/ Travis D. Williams

Revised Jan 2002

PAGE (18)

EXHIBIT 11