Exhibit 12 E-FILED

IN THE CIRCUIT COURT OF THE ___ 10th ___ JUDICIAL CIRCUIT,
peoria ___ COUNTY, ILLINOIS

Tuesday, 30 November, 2004 09:47:57 AM
Clerk, U.S. District Court, ILCD

THE PEOPLE OF THE STATE OF ILLINOIS  )
                                      )
          v.                          )    Case No. 03-32292
travis D. WILLIAMS                    )    _____
_____              )
          Defendant        )

## DEMAND FOR SPEEDY TRIAL AND/OR QUASH WARRANT

The defendant, ___ TRAVIS D. WILLIAMS ___, petitions this court and demands a speedy trial pursuant to 730 ILCS 5/3-8-10 (2001) (Intrastate Detainer) and 725 ILCS 5/103-5 (2001) (Speedy Trial) and Article I, Section 8 of the Illinois Constitution.

In support of this demand the defendant states the following:

1. He is presently incarcerated at the ___ LAWERENCE CORR.CTR. ___ Correctional Center, SUMNER ___, Illinois 62466 .

2. He was convicted of ___ BURGLARY ___ in the County of PEORIA ___, on OCTOBER,24th, 2000, and sentenced to ___ 12 ___ years.

3. A term of ___ 2 ___ years remains to be served for this conviction.

4. The following charges are pending against the Defendant in your county:
___ DOMESTICBATTRERY,AGGRAVETED ASSAULT,BURGLARY,ROBBERY,CRIMINALDAMAGETO ___

___ PROPERTY. ___

___

WHEREFORE, the Defendant respectfully demands that the State's Attorney of ___ PEORIA ___ County proceed to bring him to trial on the above stated charge(s) within the 120 days as allowed by law.

___ Travis S Williams ___ No. B67417
Defendant

___ LAWERENCE ___ Correctional Center
P.O. Box R.R2 31
___ SUMNER ___, Illinois

Subscribed and sworn to before me this
___ 26th ___ day of ___ November ___, 20 03

___ Sharon L. McCable ___
Notary Public

Exhibit 12

PAGE
(19)

Revised Jan 2002

3

_____ PEORIA ____ **COUNTY, ILLINOIS**

THE PEOPLE OF THE STATE OF ILLINOIS)
                       )
          v.            )
                       )
_TRAVIS D.WILLIAMS#B67417_____ )
        **Petitioner**

## MOTION TO DISMISS

Petitioner, pro se, moves to dismiss the following charges:  DOMESTICBATTERY, _____
AGGRAVETED ASSAULT,BURGLARY,ROBBERY,CRIMINALDAMAGE TO PROPERTY.

In support of this motion, Petitioner states the following:

    1. Petitioner is presently incarcerated at the _LAWERENCE____ Correctional Center, _SUMNER_____, Illinoisꜱᴇʀᴠɪɴɢ a sentence of _TWO YEARS/12years_____
following a conviction of __BURGLARY_____ in the
County of _PEORIA_____, on ^10-24ᴀᴀ-00_____, _____. A term of _____²ʸᵉᵃʳˢ_____
months/years remains to be served on this conviction.

    2. On ^NOVENBER 26th 2003_____, _____, Petitioner filed a Demand for Speedy Trial and/or
Quash Warrant pursuant to 725 ILCS 5/103-5 (2001) (Speedy Trial) and Article I, Section
8 of the Illinois Constitution, serving copies of the document on the _____peoria____ county
State's Attorney and the clerk of the court.

    3. One hundred sixty (160) days have elapsed since Petitioner's Demand For A
Speedy Trial And/Or Quash Warrant was filed.

    4. This delay in bringing Petitioner to trial was not caused by or attributable to
Petitioner nor caused by any of the delays enumerated in 725 ILCS 5/103-5 (2001).

    WHEREFORE, pursuant to 725 ILCS 5/103-5 (d), Petitioner requests this Court
dismiss all charges pending against him.

/s/ _Travis D. Williams_
        **Petitioner**

_EXhibit 13_

4

January 5, 2004

Dear Mr. Williams:

In review of the documents that you have sent, I find new charges filed on the 8th day of December 2003. The charges are domestic violence and theft. I will forward a copy of the information to the State's Attorney.

I must inform you that in the future there is a $10.00 mailing fee. The cost of all copies is $2.00 for the first copy and .50 for each additional copy. A record search of any criminal history is $6.00 for each year. The fees must all be paid prior to your request being processed.

ROBERT M. SPEARS
CIRCUIT CLERK


DEPUTY

EXhibiT 14

PAGE
(21)

*EXhibiT 15*

IN THE
CIRCUIT COURT FOR THE 10TH JUDICIAL COURT

PEORIA COUNTY,ILLINOIS

| | |
|---|---|
| TRAVIS D.WILLIAMS | ) |
|   Plaintiff, | ) |
| | )  Case No. _____ |
|          X | ) |
| RANDELL E. WARD | ) |
|   GEORGE RICHARDSON | ) |
| EORIA POLICE OFFICER DIXON | ) |
|   Defendant | |

## PROOF/CERTIFICATE OF SERVICE

TO:   COUNTY CLERK
    ROBERT ROBERT M. SPEARS

   324 MAIN STREET RM.G-22
   PEORIA ILLINOIS.61602

TO:   kevinlyons :STATES ATTORNEY

   324 MAIN STREET

   PEORIA ILLINOIS.61602

PLEASE TAKE NOTICE that on __DECEMBER 31st__ , 20_03_ , I have placed the documents listed below in the institutional mail at __LAWERENCE__ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service: _2COPIES OF MANDAMUS+2copies of appointment of counsel+2 COPIES TO DEFEND AS A POOR PERSON_

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: _12 - 31 - 03_

/s/ _Travis D.Williams_
NAME: TRAVIS D. WILLIAMS
IDOC#: B-67417

   _lawerence_ Correctional Center
P.O. BOX _31_
SUMNER _____, IL _62466_

*EXhibiT 15*

*Exhibit 16*

IN THE CIRCUIT COURT OF ___peoria±___ COUNTY, ILLINOIS
THE COURT FOR THE ___tenth___ JUDICIAL CIRCUIT

LAW DIVISION

| | | |
|---|---|---|
| TRAVIS D.WILLIAMS | ) | |
| Plaintiff, ) | | |
| vs | ) | No._____  _____ |
| RANDALL E,WARD | ) | |
| PEORIA POLICEOFF.DIXON | | |
| GEORGE RICHARDSON    Defendant. | | |

## LEAVE TO FILE PETITION OF MANDAMUS

NOW COMES Plaintiff, ___TRAVIS D. WILLIAMS___, pro se, in order to give
notice to the Court for leave to file a PETITION OF MANDAMUS pursuant to Code of Civil
Procedure 735 ILCS 5/14-101 et. seq., directed to the above named Defendants. In support
thereof, Plaintiff states as follows:

1. Leave to file PETITION OF MANDAMUS is an original action before the Court.

2. Plaintiff presents for review issues of law pertaining to him while incarcerated at
___LAWERENCE___ Correctional Center, ___SUMNER___, Illinois, ___LWAERENCE___ County.

3. Plaintiff contends that the issues to be presented are concerning his right to
DUE PROCESS   705 ILCS505/9 ARRAINMENT,BOND HEARIING,PLININARY HEARING.

4. Plaintiff alleges in the petition that HIS PAROLE WAS REVOKED FASLELY .

5. Plaintiff's petition seeks to compel the Defendant to WITH DRAW FROM GIVING
ANY FURTHER STATEMENTS,AND GIVE A TRUE STATEMENT THAT THERE WAS NO ACTUAL Charges
FILED ON THE PLAINTIFF ON NOVEMBER 1,2003.

6. Plaintiff hereby incorporates by reference all grounds and allegations stated in the
PETITION OF MANDAMUS, a copy of which is attached hereto.

7. WHEREFORE, plaintiff prays this Court to grant him leave to file a PETITION OF
MANDAMUS.

Respectfully submitted,
*Travis D. Williams*
Plaintiff, pro se, ID# Number *B62417*
P.O. Box *31*
*LAWERENCE* Corr Ctr, *SUMNER*, IL *62466*

*Exhibit 16*

Revised Jan 2002

PAGE
(23)

IN THE CIRCUIT COURT OF PEORIA _____ COUNTY, ILLINOIS

THE COURT FOR THE ___·TENTH____ JUDICIAL CIRCUIT

LAW DIVISION

| | |
|---|---|
| TRAVIS D. WILLIAMS<br>Plaintiff, | ) |
| RANDALL E. WARD    vs<br>GEORGE RICHARDSON<br>PEORIA POLICE,OFF.DIXON | )<br>)     No._____<br>)<br>) |
| Defendant. | |

## PETITION OF MANDAMUS

NOW COMES Plaintiff, travis d. williams _____, pro se, in order to give notice to the Court for leave to file a PETITION OF MANDAMUS pursuant to Code of Civil Procedure 735 ILCS 5/14-101 et. seq. directed to the above named Defendant.

IN SUPPORT THEREOF, Plaintiff states as follows:

1. Plaintiff is currently incarcerated at LAWRENCE _____ Correctional Center, SUMNER _____, Illinois, LAWRENCE _____ County. Plaintiff is serving a sentence of 12 _____ years for the charge of BURGLARY/PAROLE VIOLATION _____.

2. Defendant, IN THE ABOVE CAPTION _____ is the ACCUSED and as such is responsible for PLAINTIFF BEING FALSELY BEING ARRESTED/and VIOLATED. _____

3. Plaintiff brings this PETITION OF MANDAMUS before the Court pursuant to Code of Civil Procedure 735 ILCS 5/14-101 et. seq.

4. The plaintiff has requested that the defendants perform specific ministerial duties. The defendants have refused to perform such duties regardless of plaintiff's clear entitlement to performance of the specific duties which are set forth as follows:
TO FILE A TRUE AND ACCURET REPORT,PERTAINGNG,TO A NOVEMBER 1,2003 police report. the plaintiff request afair hearing,with the above at a prison board xxxxx review hearing.

5. As a result of Defendant's actions, Plaintiff will suffer irreparable damages and be subjected to be falsely imprisonedfor ten months.and the loss of aweekly paying job.

Revised Jan 2002

PAGE
(24)

EXHibiT 17

*Exhibit 18*

## STATE OF ILLINOIS, PEORIA COUNTY
## IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT

THE PEOPLE OF THE STATE OF ILLINOIS,    (        )    CASENO: 03CM 2253
vs.    0300032329  PD PEORIA

TRAVIS D WILLIAMS
AKA:
3506   MOLLECK #A
PEORIA, IL 61605
DOB: 07/23/1963 RACE: B
HGT: 511 WT: 220 SEX: M
DCN: 070928681
NTA 12-9-03 9:00

**FILED**
ROBERT M. SPEARS

DEC 08 2003

CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

Defendant    INFORMATION

[X] THE UNDERSIGNED  [ ] THE GRAND JURY charges in Count 01 OF 02, a Class  A MISD    , that
on or about the date of 11/01/2003    in said Peoria County, State of Illinois,

TRAVIS D WILLIAMS
committed the offense of  DOMESTIC BATTERY    in that
HE KNOWINGLY AND WITHOUT LEGAL JUSTIFICATION MADE PHYSICAL CONTACT OF AN
INSULTING OR PROVOKING NATURE WITH LINDA JACKSON A FAMILY OR HOUSEHOLD
MEMBER OF THE DEFENDANT, IN THAT HE STRUCK LINDA JACKSON

in violation of  720 ILCS 5/12-3.2(a)(2)    of the Illinois Compiled Statutes.

**A TRUE BILL**

_____
Grand Jury Foreperson

The undersigned, on oath, states that the allegations herein are true.

**KEVIN W. LYONS, State's Attorney**

Sworn to me on  December 5, 2003    By _____
(Date)    Assistant State's Attorney

**LIST OF WITNESSES:**

OFFICIAL SEAL
SUZAN McGHEE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-12-2004

Suzan McGhee
~~Judge~~ - Notary Public    **(seal)**

**ORDER**

[ ] Based on matters presented, the Court finds probable cause for pretrial detention and bond is set at $ _____
[ ] Clerk shall prepare and issue a Warrant of Arrest based on a finding of probable cause and bond is set at $ _____
[ ] Summons to Issue for Appearance on _____ at _____ A.M./P.M. in Courtroom _____
[ ] This indictment having been returned in open court on _____, this case is hereby assigned to
Judge _____ in Courtroom _____ .
    [ ] Defendant(s) is in custody, and a Directive is issued to the Sheriff to produce the _____
to appear for arraignment in Courtroom _____ on _____ at _____ A.M./P.M.
    [ ] Defendant(s) has been released pending this case and the Clerk is ordered to notify the _____
to appear for arraignment in Courtroom _____ on _____ at _____ A.M./P.M.
[ ]    This Bill of Indictment is hereby ordered kept secret until the defendant(s) is in custody or has given bond pursuant to Chapter 725 Act 5 Section
6(b), Illinois Compiled Statutes.
[ ] Bond is presently set on this Indictment at _____
[ ] Other: _____

_____    _____    PAGE (75)    _____
Entered (date)    Judge    Assistant State's Attorney  *Exhibit 18*

*Exhibit 19*

# STATE OF ILLINOIS, PEORIA COUNTY
## IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT

THE PEOPLE OF THE STATE OF ILLINOIS,  ( )  CASENO: *03CM 2253*

vs.    0300032329  PD PEORIA

TRAVIS D WILLIAMS
AKA:
3506   MOLLECK #A
PEORIA, IL 61605
DOB: 07/23/1963 RACE: B
HGT: 511 WT: 220 SEX: M
DCN: 070928681
NTA 12-9-03 9:00
        Defendant

**FILED**
ROBERT M. SPEARS

**DEC 0 8 2003**

CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

INFORMATION

[X] THE UNDERSIGNED  [ ] THE GRAND JURY charges in Count 02 OF 02, a Class A MISD     , that
on or about the date of 11/01/2003     in said Peoria County, State of Illinois,

TRAVIS D WILLIAMS
committed the offense of   THEFT     in that
HE DID KNOWINGLY EXERT UNAUTHORIZED CONTROL OVER PROPERTY OF LINDA
JACKSON SAID PROPERTY BEING A CELL PHONE WITH THE INTENT TO
PERMANENTLY DEPRIVE THE OWNER OF THE USE OR BENEFIT OF SAID PROPERTY

in violation of  720 ILCS 5/16-1(a)(1)     of the Illinois Compiled Statutes.

**A TRUE BILL**

_____
Grand Jury Foreperson

The undersigned, on oath, states that the allegations herein are true.

**KEVIN W. LYONS, State's Attorney**

Sworn to me on *December 5, 2003*     By_____
        (Date)     Assistant State's Attorney

**LIST OF WITNESSES:**

OFFICIAL SEAL
SUZAN McGHEE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-12-2004

_Suzan McGhee_
~~Judge~~ - Notary Public     (seal)

ORDER

[ ] Based on matters presented, the Court finds probable cause for pretrial detention and bond is set at $ _____
[ ] Clerk shall prepare and issue a Warrant of Arrest based on a finding of probable cause and bond is set at $ _____
[ ] Summons to Issue for Appearance on _____ at _____ A.M./P.M. in Courtroom _____
[ ] This indictment having been returned in open court on _____, this case is hereby assigned to
Judge _____ in Courtroom _____ .

    [ ] Defendant(s) is in custody, and a Directive is issued to the Sheriff to produce the _____

to appear for arraignment in Courtroom _____ on _____ at _____ A.M./P.M.

    [ ] Defendant(s) has been released pending this case and the Clerk is ordered to notify the _____

to appear for arraignment in Courtroom _____ on _____ at _____ A.M./P.M.

[ ]    This Bill of Indictment is hereby ordered kept secret until the defendant(s) is in custody or has given bond pursuant to Chapter 725 Act 5 Section 6(b), Illinois Compiled Statutes.

[ ] Bond is presently set on this Indictment at _____
[ ] Other: _____

_____     _____     *PAGE (26)*     _____     *Exhibit 19*
Entered (date)     Judge     Assistant State's Attorney

STATE OF ILLINOIS, PEORIA COUNTY, IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT

FILED
JAN 2 0 2004
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

**INTERIM ORDER**

THE COURT FINDS:

1. The Defendant ☐ is appearing ☐ is not appearing.
2. The Defendant is informed of the charge(s) in the _____ and furnished a copy thereof.
3. The Defendant requests Court appointed counsel and the Court determines the Defendant ☐ is indigent ☐ is not indigent.
4. The Defendant requests additional time for private counsel to appear.
5. Counsel identified above appears for the Defendant.
6. The Defendant waives the reading or explanation of the charge(s).
7. The Defendant enters a plea of Not Guilty to each count of the charge(s).
8. The Defendant informs the Court that he/she desires to waive his/her right to counsel...
9. The Defendant informs the Court that he/she desires to waive his/her right to jury trial...
10. The ☐ Court ☐ Plaintiff ☐ Defendant move(s) for a continuance, due to
11. The Defendant moves for bail
12. Fine of $ _____ and costs of $ _____ are not paid in full.
13. Other

IT IS HEREBY ORDERED THAT:

A. The Public Defender is appointed to represent the Defendant.
B. The Defendant's motion for bail reduction is ☐ granted ☐ denied ☐ bail set at $
C. This case is continued on motion of the ☐ Court ☐ Plaintiff ☐ Defendant...in Courtroom
D. The case is set for ☐ jury trial ☐ bench trial ☐ motion on _____ at _____ Room
E. A Warrant for the arrest of the Defendant shall issue with bail set at $
F. The Bond Forfeiture Order entered herein is vacated.
G. The Warrant or Arrest ordered to issue on _____ is recalled.
H. A petition shall issue for Defendant...to be held in contempt of court for his/her failure to pay. The hearing is set for _____ at _____ AM/PM in Courtroom
I. Other

ENTERED:

JUDGE

EXHIBIT 21
Page 10 of 10

STATE OF ILLINOIS, PEORIA COUNTY, IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT

☐ PEOPLE OF THE STATE OF ILLINOIS
☐ CITY OF PEORIA, ILL. A MUNICIPAL CORP. ☐ Plaintiff

Case Number: _____

vs

Travis D. Williams Defendant

| Judge | Collins | Crt. Rep. | Pltf Atty | J. Stenson |
| Def Atty / PRO SE | ☑ Luches | ct. | 210 | Court Clerk | Yolanda |

INTERIM ORDER

## THE COURT FINDS

☑ 1. The Defendant ☑ appearing ☐ not appearing
☑ 2. The Defendant is informed of the charge(s) in the _____ and furnished a copy thereof.
☑ 3. The Defendant desires Court appointed counsel and the Court determines the Defendant ☑ is indigent. ☐ is not indigent.
    ☐ is not eligible.
☐ 4. The Defendant requests additional time for private counsel to appear.
☑ 5. Counsel identified above appears for the Defendant.
☑ 6. The Defendant waives the reading or explanation of the charge(s).
☐ 7. The Defendant enters a plea of Not Guilty to each count of the charge(s).
☐ 8. The Defendant informs the Court that he/she desires to waive his/her right to counsel. The Court, by personally addressing and questioning the Defendant in open Court, informs the Defendant of, and FINDS that he/she understands the following: (1) the nature of the charge(s) against him/her, (2) the minimum and maximum sentence prescribed by law, including the possibility of consecutive sentences and the penalty to which the Defendant may be subjected because of prior convictions, (3) that he/she has the right to counsel, (4) that if he/she is indigent, counsel will be appointed to represent him/her without cost to him/her. Further, the Court FINDS that the Defendant's waiver to counsel is knowingly, understandingly and voluntarily made, and that no promises, threats or coercion have been used to cause the Defendant to waive counsel.
☐ 9. The Defendant informs the Court that he/she desires to waive his/her right to jury trial. The Court, by personally addressing and questioning the Defendant in open Court, informs the Defendant of, and FINDS that he/she understands the nature of his/her right to jury trial. Further, the Court FINDS that the Defendant's waiver of his/her right to jury trial is knowingly, understandingly and voluntarily made, and that no promises, threats or coercion have been used to cause the Defendant to waive his/her right to jury trial.
☑ 10. The ☐ Court ☐ Plaintiff ☑ Defendant move(s) for a continuance, due to _need to file defense_ _motions and to obtain results of subpoenas of State witness_
☐ 11. The Defendant moves for bail reduction to $ _____ _early and depute_
☐ 12. Fine of $ _____ and costs of $ _____ are not paid in full.
☐ 13. Other _____

## IT IS HEREBY ORDERED THAT

☐ A. The Public Defender is appointed to represent the Defendant.
☐ B. The Defendant's motion for bail reduction is ☐ granted, ☐ denied. Bail set at $ _____
☐ C. This case is continued on motion of the ☐ Court ☐ Plaintiff ☐ Defendant, ☐ without objection ☐ over objection to _____ at _____ a.m./p.m., and is set for _____ in Courtroom _____
☑ D. The case is set for ☑ jury trial ☐ bench trial ☐ motion on 6-2-04 at 9:00 a.m./p.m. Room 210
☐ E. A Warrant for the arrest of the Defendant shall issue with bail set at $ _____
☐ F. The Bond Forfeiture Order entered herein on _____ is vacated.
☐ G. The Warrant of Arrest ordered to issue on _____ is recalled.
☐ H. A petition shall issue and Defendant must appear in this Court and show cause as to why he/she should not be held in contempt of court for his/her failure to pay. The hearing is set for _____ at _____ A.M./P.M. in Courtroom _____
☐ I. Other _____

ENTERED: 4-7-04

FILED
ROBERT _____
APR 0 _____
Clerk

Clerk - White   DEFENDANT - Pink
STATE - Canary   D/P - Goldenrod
Pg 66 (28)
INTERIM ORDER
EXHIBIT 21
Form 61-R 4/02 Intmord