STATE OF ILLINOIS, PEORIA COUNTY, IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT

☒ PEOPLE OF THE STATE OF ILLINOIS
☐ CITY OF PEORIA IL, A MUNICIPAL CORP
                                                        Pltnf
                              vs                                Case Number
                                                                03 CM 2753
Travis Williams                                        Def

| Judge | S. Collins | Crt Rep | | Pltf Atty | D. Stenson |
|---|---|---|---|---|---|
| Def Atty PRO SE | | Crt | 210 | Court Clerk | Yolanda |

INTERIM ORDER

THE COURT FINDS: ___ in custody of IL D.O.C. ___

☒ 1. The Defendant ☒ appearing / ☐ not appearing
☐ 2. The Defendant is informed of the charge(s) in the _____ and furnished a copy thereof
☐ 3. The Defendant desires Court appointed counsel and the Court determines the Defendant ☐ is indigent ☐ is not indigent
       ☐ is not eligible.
☐ 4. The Defendant requests additional time for private counsel to appear.
☐ 5. Counsel identified above appears for the Defendant.
☐ 6. The Defendant waives the reading or explanation of the charge(s).
☐ 7. The Defendant enters a plea of Not Guilty to each count of the charge(s).
☐ 8. The Defendant informs the Court that he/she desires to waive his/her right to counsel. The Court, by personally addressing and questioning the Defendant in open Court, informs the Defendant of, and FINDS that he/she understands the following: (1) the nature of the charge(s) against him/her; (2) the minimum and maximum sentence prescribed by law, including the possibility of consecutive sentences and the penalty to which the Defendant may be subjected because of prior convictions; (3) that he/she has the right to counsel; (4) that if he/she is indigent, counsel will be appointed to represent him/her without cost to him/her. Further, the Court FINDS that the Defendant's waiver to counsel is knowingly, understandingly, and voluntarily made, and that no promises, threats or coercion have been used to cause the Defendant to waive counsel.
☐ 9. The Defendant informs the Court that he/she desires to waive his/her right to jury trial. The Court, by personally addressing and questioning the Defendant in open Court, informs the Defendant of, and FINDS that he/she understands the nature of his/her right to jury trial. Further, the Court FINDS that the Defendant's waiver of his/her right to jury trial is knowingly, understandingly, and voluntarily made, and that no promises, threats or coercion have been used to cause the Defendant to waive his/her right to jury trial.
☐ 10. The ☐ Court ☐ Plaintiff ☐ Defendant move(s) for a continuance, due to _____
☐ 11. The Defendant moves for bail reduction to $ _____
☐ 12. Fine of $ _____ and costs of $ _____ are not paid in full.
☒ 13. Other: _Attorney of Stenson moves to withdraw as counsel for the Defendant due to breakdown in attorney client relationship_

IT IS HEREBY ORDERED THAT:

☐ A. The Public Defender is appointed to represent the Defendant.
☐ B. The Defendant's motion for bail reduction is ☐ granted ☐ denied. Bail set at $ _____
☐ C. This case is continued on motion of the ☐ Court ☐ Plaintiff ☐ Defendant, ☐ without objection ☐ over objection to _____ at _____ a.m./p.m., and is set for _____ in Courtroom _____
☐ D. The case is set for ☐ jury trial ☐ bench trial ☐ motion on _____ at _____ a.m./p.m., Room _____
☐ E. A Warrant for the arrest of the Defendant shall issue with bail set at $ _____
☐ F. The Bond Forfeiture Order entered herein on _____ is vacated.
☐ G. The Warrant of Arrest ordered to issue on _____ is recalled.
☐ H. A petition shall issue and Defendant must appear in this Court and show cause as to why he/she should not be held in contempt of court for his/her failure to pay. The hearing is set for _____ at _____ A.M./P.M. in Courtroom _____
☐ I. Other _____

ENTERED 6-2-04

JUDGE OF THE TENTH JUDICIAL CIRCUIT

Clerk - White    DEFENDANT - Pink
STATE - Canary   D/P - Goldenrod                    INTERIM ORDER                  Form 61-Rt-4/02-intrmord

Exhibit 22