IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS
PEORIA COUNTY

People of the State of Illinois, Plaintiff

vs.

Travis Williams, Defendant

CASE NO. 03 CM 2753

Exhibit 2

FILED ROBERT M. SPEARS JUN 0 3 2004 CLERK OF THE CIRCUIT COURT PEORIA COUNTY, ILLINOIS

ORDER

The Court on it's own Motion, having reconsidered the request of the Defendant for appointment of counsel after the withdrawal of attorney Robert Crouters orders that counsel be appointed to represent Defendant in his Jury Trial August 4, 2004 at 9:00 A.M. Case to be reassigned to an assistant Public Defender other than Crouters

CLERK'S COPY—WHITE
PLAINTIFF'S COPY—YELLOW
DEFENDANT'S COPY—PINK
ADDITIONAL COPY—GOLDENROD

PAGE (31)

JUDGE

ORDER