Exhibit 25

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS
PEORIA COUNTY

The People of The STATE OF ILLINOIS

Plaintiff

vs.

Travis Williams

Defendant

N2 8-28

CASE NO. 03 CM 2753

FILED
JUN 02 2004
ROBERT M. SPEARS
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

## ORDER

The Named Defendant, Travis Williams, appears in open court and John Stenson appears on behalf of the State.

The Defendant has presented the following motions:

1. Motion to Suppress Confession; Denied
2. Motion to Dismiss Charges; Denied
3. Motion to Change Venue; Denied
4. Motion For Bill of Particulars; Denied in part, State to provide Defendant with Discovery. Discovery is to be complied with by 06/07/04.
5. Motion For Issuance of subpoenas; Denied
6. Motion For Removal of Black Box; Denied

Jury Trial is set on 08/04/04 @ 9:00 a.m.

[signature] 6-2-04

AFFIDAVIT

I TRAVIS D. WILLIAMS being duly sworn do repose and state that the attached motion is true and correct in substance and fact to the best of my knowledge.

Subscribed and sworn to before me
19th day of April 2004
Regina Summers
NOTARY

"OFFICIAL SEAL"
Regina Summers
Notary Public, State of Illinois
My Commission Exp. 07/21/2005

NOTICE OF FILING

PEORIA COUNTY CLERK
O: ROBERT SPEARS
Rm G22
324 MAIN ST.
PEORIA, IL 61602

TO: STATES ATTORNEY
KEVIN LYONS
PEORIA COUNTY COURT HOUSE
324 MAIN ST.
PEORIA, IL 61602

TO: HONORABLE JUDGE
Collier
COURT RM 210
PEORIA COUNTY COURT HOUSE
PEORIA, IL 61602

AFFIDAVIT OF SERVICE

STATE OF ILLINOIS
COUNTY OF PEORIA

I TRAVIS D. WILLIAMS being sworn that I served the attached notice on the above named persons by placing a true and correct copy in envelopes addressed as shown above, with proper U.S. postage on each and deposited the envelope in U.S. mail at North 2 SEG unit, at Menard Correctional Center, in Menard, Illinois. On or about the hour of _____ on _____ 2004.

/s/ Travis D. Williams

PAGE (33)

EXHIBIT 2b

IN THE PEORIA COUNTY
10th Judicial CIRCUIT COURT

THOMAS D. WILLIAMS PRO SE
DEFENDANT
V.
PEOPLE OF THE STATE OF ILLINOIS

CASE NO # 03-CM 2753

## MOTION FOR CHANGE OF PLACE OF TRIAL

PURSUANT TO 725 ILCS 5/114-6 ASK THIS HONORABLE COURT TO MOVE PLACE OF TRIAL, TO A COUNTY OTHER THAN PEORIA COUNTY, IN THE STATE OF ILLINOIS.

THE DEFENDANT STATES AS FOLLOWS:

1.) THE DEFENDANT HAS NOT BEING FULLY ACCESSED TO THE COURTS by REASONS MENTIONED BELOW AND SEE ATTACHED EXHIBIT.

2.) THE DEFENDANT HAS FILED A FEDERAL LAW SUIT PURSUANT TO 28 U.S.C. 1983 AGAINST STATES ATTORNEY OF PEORIA COUNTY KEVIN LYONS, PEORIA COUNTY CLERK ROBERT M. SPEARS, PEORIA POLICE OFFICER DIXON.

3.) THE DEFENDANT HAS FILED SEVERAL MOTIONS WITH THE PEORIA COUNTY CLERK IN TRIPLICATE AND HAS NOT HEARD SAID MOTION, AND THE FIRST DEADLINE FOR FILING WAS MARCH 16, 2004.

4.) THE DEFENDANT STATES HE HAS NOT BEEN GRANTED HIS DUE PROCESS RIGHTS IN THE COUNTY OF PEORIA, STATE OF ILLINOIS.

DEFENDANT ASK THIS HONORABLE COURT TO GRANT SAID MOTION.

Subscribed and sworn before me this
___19th___ day of ___April___ 2004

_Regina Summers_
NOTARY PUBLIC

"OFFICIAL SEAL"
Regina Summers
Notary Public, State of Illinois
My Commission Exp. 07/21/2005

_Thomas D. Williams_
711 KASKASKIA ST
MENARD, IL. 62259

PAGE (3)

EXHIBIT 2

United States District Court
for the Central District of Illinois
April 5, 2004

Case Minutes - General

Case No. 1:04-cv-01074

Title: Williams v. Dixon

---

\*\*\*   DATE OF OCCURRENCE:   4/5/04   \*\*\*

DOCKET ENTRY

    MINUTE-ENTRY: by Judge Harold A. Baker. This case is set for merit review/status hearing at 10:45 a.m. on Thursday, 4/29/04 by video conferencing. The court is required by 28 USC 1915A to "screen" the plaintiff's complaint, and through such process to identify and dismiss any legally insufficient claim, or the entire action if warranted. A claim is legally insufficient if it "(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." The plaintiff must be prepared to identify each of his claims and defendants during the hearing. The clerk is to issue a writ for the plaintiff's participation in the video conference. (cc: all counsel/IDOC Scheduler/Corr Ctr)

---

Exhibit 28

TRAVIS D. WILLIAMS PRO, SE                    10th Judicial Circuit Court        Exhibit 29 
DEFENDANT

PEOPLE OF THE STATE OF ILLINOIS                    CASE NO. 03-CM-2753
   PLAINTIFF

MOTION FOR
CLERK ISSUANCE OF SUBPOENAS

Now heres comes the Defendant Travis D. Williams, files this motion for the Clerk Issuance of Subpoenas pursuant to 725 ILCS 5/115-17.

The Defendants states as follows:

1.) That it is necessary for the Issuance of Subpoenas so as the Defendant can maintain his Defense in this cause of action, of theft against him, scheduled for trial June 2, 2004 9AM

2.) The Defendant ask that the Court grants said subpoenas of

2A.) SPRINT STORE
4700 N University, Peoria, Illinois. 61604   Ph# 309-683-3460
Phone contract and records of Linda F. Jackson pertaining to cell phone service during the time of August 22, 2003 to November first 2004, of two cell phones, and the phone numbers being 309-453-2777 – 309-453-2648

3.) Angela Outland  815 W. McQueen  phone# 685-6523 prefix 309. The Defendant ask that a subpoean be Issued to Ms. Outland to testify on behalf of the Defendant.

Defendant hopes that this Honorable Court grants motion.

It is hereby ordered by Honorable Judge_____
on _____ day _____ 2004, Subpoenas to be Issued

PAGE
(36)

Travis D. Williams #B62467
DEFENDANT
711 Kaskaskia St.
Menard, IL. 62259

Exhibit 29

TRAVIS D. WILLIAMS    PRO SE              4th JUDICIAL CIRCUIT COURT    EXHIBIT 30
       DEFENDANT                                   CASE NO. 03 CM 2753
          -V-

PEOPLE OF THE STATE OF ILLINOIS
         PLAINTIFF
                                                              ERROR 2004

# MOTION EFFECT OF FAILURE TO ARRAIGN AND IRREGULARITY OF ARRAIGNMENT

PURSUANT TO 5/113-6. OF 725 ILCS, THE DEFENDANT TRAVIS D. WILLIAMS ASK THIS HONORABLE COURT TO DISMISS THE CHARGES OF THEFT AND DOMESTIC BATTERY.

## IN SUPPORT OF

THE DEFENDANTS STATES THAT ON NOVEMBER 1, 2004 THE DEFENDANT WAS ARRESTED AND NOT ARRAIGNED, NOR WAS THERE A PRELIMINARY HEARING HELD FOR THE DEFENDANT.

THE DEFENDANT FURTHER STATES THAT HIS RIGHT TO COUNSEL WITH AN ATTORNEY PURSUANT TO 725 ILCS 5/103-4. WAS VIOLATED.

FURTHER MORE THE DEFENDANT STATES HE WAS NEVER ACCESSED TO THE COURTS FOR 38 DAYS, BUT WAS NEVER BROUGHT BEFORE THE COURTS TO ANSWER ANY CHARGES, OR WAS BROUGHT BEFORE THE COURTS PURSUANT TO 725 ILCS 5/113-1.

THE DEFENDANT PRAYS THIS HONORABLE COURT GRANTS SAID MOTION

IT IS HEREBY GRANTED BY HONORABLE JUDGE _____

THIS DAY _____ OF _____, 2004.

                                TRAVIS D. WILLIAMS
                                    DEFENDANT
                                711 KASKASKIA ST.
                                MENARD, ILLINOIS 62259

SUBSCRIBED AND SWORN BEFORE ME
THIS ____ DAY OF ____ 2004

_____
      NOTARY

(PAGE 37)                                  EXHIBIT 30

TRAVIS D. WILLIAMS PRO-SE
DEFENDANT
-V-

1:04-cv-01074-HAB-JAG    # 36-7    Page 7 of 16

PEORIA COUNTY PUBLIC
10th JUDICIAL CIRCUIT COURT

EXHIBIT 31

PEOPLE OF THE STATE OF ILLINOIS

## MOTION TO SUPPRESS CONFESSION

This motion comes on part from the defendant Travis D. Williams pursuant to 725 ILCS 5/114-11.

The defendant furthermore states:

1.) That Peoria Police Department officer Dixon made several statements pertaining to the defendants criminal case which were not true in fact or content, also a Detective in the same matter.

2.) The defendant would like to argue this motion before the court.

Wherefore the defendant ask this Honorable Court to grant the defendants motion

Subscribed and sworn to before me this
19th day of April 2004

_Regina Summers_
NOTARY

"OFFICIAL SEAL"
Regina Summers
Notary Public, State of Illinois
My Commission Exp. 07/21/2005

_Travis D. Williams_
DEFENDANT
MENARD CORRECTIONAL CENTER
711 KASKASKIA ST
MENARD, IL. 62259

TRAVIS D. WILLIAMS PRO SE — 10th JUDICIAL CIRCUIT COURT
DEFENDANT
-V-                                                              CASE NO. 03 CM 2753
PEOPLE OF THE STATE OF ILLINOIS

## MOTION TO DISMISS CHARGE

THE DEFENDANT BRINGS THIS MOTION BEFORE THIS HONORABLE COURT PURSUANT TO 725 ILCS 5/114-1.(A)(1.)

THE DEFENDANT STATES AS FOLLOW:

1.) ON NOVEMBER 1, 2003 THE DEFENDANT WAS ARRESTED, NEVER ARRAIGNED, NOR GAVE NOTIFY OF CHARGES.

2.) ON NOVEMBER 26th 2003, THE DEFENDANT FILED A MOTION PURSUANT TO 725 ILCS 5/103-5 (2001), THE DEFENDANTS MOTION WAS DENIED ACCESS TO THE COURTS BY PEORIA COUNTY CLERKS OFFICE NAMING ROBERT M. SPEARS.

3.) THE DEFENDANT HAS BEEN DENIED ACCESS TWICE TO THE PEORIA COUNTY COURTS.

IN SUPPORT OF:

SEE ATTACHED EXHIBITS WHERE COUNTY CLERK OFFICE SENT THE DEFENDANT A LETTER AND HIS MOTION BACK TO HIM STATING THE DEFENDANT NEVER HAD ANY CHARGES PENDING, WHICH WASN'T TRUE.

IN FACT THE DEFENDANT WAS CHARGED WITH DOMESTIC BATTERY, AGGRAVATED ASSAULT, BURGLARY, ROBBERY, CRIMINAL DAMAGE PROPERTY, AND HAD BEEN SCHEDULE TO A COURT DATE OF DECEMBER 9, 2003 9AM.

PURSUANT TO ILCS 720 5/33-3. OFFICIAL MISCONDUCT ROBERT SPEARS DENIED THE DEFENDANT ACCESS TO THE 10th JUDICIAL COURTS IN PEORIA COUNTY. (WHICH THIS CLERK HAS DID THIS ON MORE THAN ONE OCCASION, IN OTHER CAUSES).

FURTHERMORE THE DEFENDANT WAS DENIED PROCEDURES PERTAINING TO AND PURSUANT TO 725 ILCS 5/113-1. AND WAS HELD IN CUSTODY OF THE PEORIA COUNTY JAIL FOR 5 DAYS WITHOUT A NOTICE OF CHARGES.

THE DEFENDANT ASK THIS HONORABLE COURT TO GRANT SAID MOTION

Travis D. Williams
DEFENDANT
711 KASKASKIA ST.
MENARD, ILLINOIS. 62259

SUBSCRIBED AND SWORN TO BEFORE ME THIS 19th DAY OF April 2004

Regina Summers
NOTARY PUBLIC

"OFFICIAL SEAL"
Regina Summers
Notary Public, State of Illinois
My Commission Exp. 07/21/2005

EXHIBIT 32

PAGE (39)

# AFFIDAVIT

I, TRAVIS D. WILLIAMS ~~MOTION~~, being duly sworn do repose and state that the attached  MOTION  is true and correct in substance and fact to the best of my knowledge.

/s/ Travis D. Williams
Petitioner

# B67417

LAWRENCE Correctional Center
P.O. Box R. R2 36

SUMNER, Illinois 62466

Subscribed and sworn to before me this 26th day of NOVEMBER 2003.

Sharon L. McCorkle
Notary Public

Expiration of Commission

"OFFICIAL SEAL"
Sharon L. McCorkle
Notary Public, State of Illinois
My Commission Exp. 07/05/2005

## NOTICE OF FILING

TO: CLERK REGINA SPEARS
PEORIA COUNTY CLERK RM -G22
324 main st, PEO, IL61602

TO: WARDEN PIERCE
LAWERENCE CORR. CTR.
R.R.2, BOX 36
SUMNER, IL 62466

TO: STATES ATTORNEY KEVIN LYONS
PEORIA COUNTY COURT HOUSE
324 MAIN ST. PEO, IL 61602

Please take notice on  11-26-03 , 2003, I filed with COUNTY CLERK OF PEORIA COUNTY Court the attached MOTION AND AFFIDAVIT, 2copies copy(ies) of which are served on you.

/s/ Travis D. Williams

## AFFIDAVIT OF SERVICE

STATE OF ILLINOIS  )
                   )
COUNTY OF PEORIA   )

I, TRAVIS D. WILLIAMS, being sworn state that I served the attached notice on the above named person(s) by placing a true and correct copy in an envelope(s), addressed as shown above, with the proper U.S. postage on each and deposited the envelope(s) in the U.S. Mail at UNIT 3-B AT LAW. CORR. CTR, Illinois, 62466, on or about the hour of 9pm on 11-26-03, 2003.

/s/ Travis D. Williams

EXHIBIT 33

Revised Jan 2002

PAGE (40)

IN THE CIRCUIT COURT OF THE __10th__ JUDICIAL CIRCUIT, __peoria__ COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS )
)
v. ) Case No. 03-32292
travis D. WILLIAMS )
_____ )
Defendant )

## DEMAND FOR SPEEDY TRIAL AND/OR QUASH WARRANT

The defendant, __TRAVIS D. WILLIAMS__, petitions this court and demands a speedy trial pursuant to 730 ILCS 5/3-8-10 (2001) (Intrastate Detainer) and 725 ILCS 5/103-5 (2001) (Speedy Trial) and Article I, Section 8 of the Illinois Constitution.

In support of this demand the defendant states the following:

1. He is presently incarcerated at the __LAWERENCE CORR. CTR.__ Correctional Center, __SUMNER__, Illinois __62466__.

2. He was convicted of __BURGLARY__ in the County of __PEORIA__, on __OCTOBER, 24th__, 20__00__, and sentenced to __12__ years.

3. A term of __2__ years remains to be served for this conviction.

4. The following charges are pending against the Defendant in your county:
__DOMESTIC BATTRERY, AGGRAVETED ASSAULT, BURGLARY, ROBBERY, CRIMINAL DAMAGE TO PROPERTY.__

WHEREFORE, the Defendant respectfully demands that the State's Attorney of __PEORIA__ County proceed to bring him to trial on the above stated charge(s) within the __120__ days as allowed by law.

_Travis Williams_ No. __B67417__
Defendant
__LAWERENCE__ Correctional Center
P.O. Box __R.R.2 31__
__SUMNER__, Illinois

Subscribed and sworn to before me this __26th__ day of __November__, 20 __03__.

_Sharon L. McCorkle_
Notary Public

Revised Jan 2002

Exhibit 34

PAGE (41)

IN THE CIRCUIT COURT OF THE ~~XXXX~~ 10th JUDICIAL CIRCUIT,
PEORIA COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS )
)
v. )
)
TRAVIS D. WILLIAMS #B67417 )
Petitioner

## MOTION TO DISMISS

Petitioner, pro se, moves to dismiss the following charges: DOMESTIC BATTERY, AGGRAVETED ASSAULT, BURGLARY, ROBBERY, CRIMINAL DAMAGE TO PROPERTY.

In support of this motion, Petitioner states the following:

1. Petitioner is presently incarcerated at the LAWERENCE Correctional Center, SUMNER, Illinois, serving a sentence of TWO YEARS/12 years following a conviction of BURGLARY in the County of PEORIA, on 10-24-00. A term of 2 years months/years remains to be served on this conviction.

2. On NOVEMBER 26th 2003, Petitioner filed a Demand for Speedy Trial and/or Quash Warrant pursuant to 725 ILCS 5/103-5 (2001) (Speedy Trial) and Article I, Section 8 of the Illinois Constitution, serving copies of the document on the peoria county State's Attorney and the clerk of the court.

3. One hundred sixty (160) days have elapsed since Petitioner's Demand For A Speedy Trial And/Or Quash Warrant was filed.

4. This delay in bringing Petitioner to trial was not caused by or attributable to Petitioner nor caused by any of the delays enumerated in 725 ILCS 5/103-5 (2001).

WHEREFORE, pursuant to 725 ILCS 5/103-5 (d), Petitioner requests this Court dismiss all charges pending against him.

/s/ Travis D. Williams
Petitioner

Revised Jan 2002

PAGE (42)

Exhibit 35

4

03cm2753

January 5, 2004

Dear Mr. Williams:

In review of the documents that you have sent, I find new charges filed on the 8th day of December 2003. The charges are domestic violence and theft. I will forward a copy of the information to the State's Attorney.

I must inform you that in the future there is a $10.00 mailing fee. The cost of all copies is $2.00 for the first copy and .50 for each additional copy. A record search of any criminal history is $6.00 for each year. The fees must all be paid prior to your request being processed.

ROBERT M. SPEARS
CIRCUIT CLERK


DEPUTY

PAGE
(43)

EXHIBIT 36
36

IN THE CIRCUIT COURT OF PEORIA COUNTY, ILLINOIS
THE COURT FOR THE TENTH JUDICIAL CIRCUIT
LAW DIVISION

TRAVIS D. WILLIAMS )
          Plaintiff, )
RANDALL E. WARD )
GEORGE RICHARDSON  vs )    No._____
PEORIA POLICE, OFF. DIXON )
          Defendant. )

## PETITION OF MANDAMUS

NOW COMES Plaintiff, travis d. williams, pro se, in order to give notice to the Court for leave to file a PETITION OF MANDAMUS pursuant to Code of Civil Procedure 735 ILCS 5/14-101 et. seq. directed to the above named Defendant.

IN SUPPORT THEREOF, Plaintiff states as follows:

1. Plaintiff is currently incarcerated at LAWERENCE Correctional Center, SUMNER, Illinois, LAWERENCE County. Plaintiff is serving a sentence of 12 years for the charge of BURGLARY/PAROLE VIOLATION.

2. Defendant, IN THE ABOVE CAPTION, is the ACCUSED and as such is responsible for PLAINTIFF BEING FALSELY BEING ARRESTED/ and VIOLATED.

3. Plaintiff brings this PETITION OF MANDAMUS before the Court pursuant to Code of Civil Procedure 735 ILCS 5/14-101 et. seq.

4. The plaintiff has requested that the defendants perform specific ministerial duties. The defendants have refused to perform such duties regardless of plaintiff's clear entitlement to performance of the specific duties which are set forth as follows: TO FILE A TRUE AND ACCURET REPORT, PERTAINGNG, TO A NOVEMBER 1,2003 police report. the plaintiff request afair hearing,with the above at a prison board xxxix review hearing.

5. As a result of Defendant's actions, Plaintiff will suffer irreparable damages and be subjected to be falsely imprisonedfor ten months.and the loss of aweekly paying job.

Revised Jan 2002

Exhibit 37
37

PAGE (44)

TRAVIS D. WILLIAMS PRO, SE
DEFENDANT
  -V-
PEOPLE OF THE STATE OF ILLINOIS
Plaintiff

PEORIA COUNTY

CASE NO. 03-CM2753

# MOTION FOR A BILL OF PARTICULARS

MOTION FOR A BILL OF PARTICULARS COMES BEFORE THIS HONORABLE COURT

ON THE DEFENDANT TRAVIS D. WILLIAMS PETITION PURSUANT TO 725 ILCS 5/114-2.

THE DEFENDANT FURTHERMORE STATES, THIS MOTION IS NECESSARY TO ENABLE THE DEFENDANT TO PREPARE HIS DEFENSE.

ATTACHED HERETO IS A LIST OF DOCUMENTS, THE DEFENDANT'S REQUESTING PURSUANT TO 725 ILCS 5/114-2.

IT IS HEREBY GRANTED BY THIS HONORABLE COURT THAT ON _____ DAY OF _____ 2004 BY HONORABLE JUDGE _____

Subscribed and sworn to before me this _____ day of _____ 2004

_____
NOTARY

TRAVIS D. WILLIAMS
DEFENDANT PRO SE
MENARD CORRECTIONAL CENTER
711 KASKASKIA ST.
MENARD, ILLINOIS 62259

EXHIBIT 38

PAGE (45)

PEOPLE OF THE STATE OF ILLINOIS PEORIA COUNTY, IN THE CIRCUIT COURT OF THE 10th JUDICIAL CIRCUI

The DEFENDANT REQUEST The following PURSUANT TO
725 ILCS 5/114-2, PERTAINING TO THE CHARGES OF THEFT, DOMESTIC BATTERY

1.) STATEMENTS AND REPORTS OF PEORIA POLICE OFFICER DIXON PERTAINING TO REPORT NO.# 0332292 GIVEN CASE NO.# 03-CM2753, GIVEN ON NOVEMBER 1, 2003, AND THERE AFTER.

2.) STATEMENTS GIVEN by LINDA F. JACKSON ON NOVEMBER 1, 2003 PERTAINING TO STATEMENTS GIVEN IN CASE NO.# 03-CM2753.

3.) STATEMENTS GIVEN by ANGELA OUTLAND PERTAINING TO CASE NO.# 03-CM275: GIVEN ON NOVEMBER 1, 2003.

4.) All DETECTIVE STATEMENTS GIVEN ON NOVEMBER 1, 2003 PERTAINING TO CASE NO.# 03-CM2753.

5.) All PHOTOGRAPHS PERTAINING TO NOVEMBER 1, 2003, CASE NO.# 03-CM2753

6.) All STATEMENTS GIVEN BY PLAINTIFFS ATTORNEY PERTAINING TO CASE NO.# 03-CM2753.

The DEFENDANT, REQUEST all STATEMENTS AND PHOTOGRAPHS PERTAINING TO CASE NO. 03-CM3 THE CHARGES OF THEFT AND DOMESTIC BATTERY.

Exhibit 39
39

TRAVIS D. WILLIAMS
PRO,SE
DEFENDANT
711 KASKASKIA ST.
MENARD, ILL. 62259

PAGE
(46)

**STATE OF ILLINOIS, PEORIA COUNTY, IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT**

☒ PEOPLE OF THE STATE OF ILLINOIS
☐ CITY OF PEORIA, A MUNICIPAL CORP
☐ OTHER: _____, Plntf.

vs.

Travis Williams, Def.

Case Number: 03 CM 2753

Exhibit 40

Judge: Collins
Crt Rep: ____
Plft. Atty: ____
Def. Atty / PRO SE: ____
Crt Room: 210
Court Clerk: Y.J.

**FILED**
ROBERT M. SPEARS
AUG 0 4 2004
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

**FINAL ORDER**

THE DEFENDANT HAVING BEEN CALLED INTO OPEN COURT ON THIS DATE AND:

☒ 1. Defendant understandingly waives his right to a jury trial, having been fully advised of his rights herein;
☐ 2. Defendant enters a Plea of Not Guilty and requests a jury/bench trial;
☐ 3. Defendant enters a Plea of Not Guilty.
☐ 4. Defendant enters a Plea of Guilty without any agreement as to sentence after being informed of the nature of the charge, the minimum and maximum possible penalties provided by law and the consequences thereof for each charge in the Complaint/Information;
☒ 5. After full admonishment as to his rights, the Defendant enters a Plea of Guilty pursuant to the terms of a negotiated plea agreement and the Court finds that there is a factual basis for the plea and accepts the agreement, after the Defendant is informed of the minimum and maximum possible penalties provided by law and the consequences thereof for each charge in the Complaint/Information;
☐ 6. Although duly notified of the time and place of this hearing, the Defendant fails to appear after being called in open Court to do so.
☐ 7. A full preliminary hearing/trial is conducted on this date.
☐ 8. Other: _____

**IT IS HEREBY ORDERED:**

☐ A. Court enters a Judgment of Not Guilty for the offense of _____
☒ B. Court enters a Judgment/Finding of Guilty for the said Defendant and convicts him of the offense of Domestic Battery (Class A) as charged in the Complaint/Information, and
☐ C. Without entering a judgment of guilt and with the consent of the Defendant, the Court accepts the Defendant's plea of Guilty and defers further proceedings and:
  ☐ (a) Places Defendant on Probation for ____ months/years pursuant to Chap 56½, Para (710/1410) of the I.R.S
  ☐ (b) Places Defendant on Supervision for ____ months/years pursuant to Chap 38, Para 1005-6-1, I.R.S.
  Defendant subject to court Supervision's Rules and Regulations.

THE COURT FURTHER ORDERS THAT:

☐ 1. Defendant is sentenced to pay a fine of $____, and is ordered to pay costs of $____
  ☐ immediately, or ☐ by ____ at ____ a.m./p.m.
  and if Defendant fails to pay fine and costs in full, he shall appear then in room ____ and explain why.
☐ 2. Defendant shall make restitution as follows: _____
☒ 3. A sentence of imprisonment for 280 by ____ days/months/years is imposed on the Defendant, commencing INSTANTOR and is to be served at: DEF. HAS SERVED
  ☒ a. Peoria Co. Jail;  ☒ b. DAY FOR DAY / CTS   270 DAYS IN
  ☒ c. CONCURRENT W/ OTHERS
☐ 4. A sentence of periodic imprisonment for ____ days/months/years is imposed on the Defendant, commencing ____ and is to be served at:
  ☐ a. Peoria Co. Jail;  ☐ b. Peoria Co. Work Release Ctr, pursuant to its Rules and Regulations.
  ☐ c.
☐ 5. Sentence of Probation/Conditional Discharge for ____ days/months/years is imposed on the Defendant, subject to the conditions set forth in attached Certificate of Probational/Conditional Discharge which is made a part hereof.
☐ 6. Defendant is to enter into a recognizance of $____, with/without surety, to keep the peace towards all people of this State, especially toward the complainant, for a period of ____, pursuant to Chap 38, Sect 200-6 of the Illinois Revised Statutes, subject to the penalties provided by the law if he shall refuse.
☐ D. The Court orders Count(s) ____ of Complaint/Information dismissed on motion of People/Defendant/Court.
☒ E. Defendant's appeal rights fully explained, pursuant to Chapter 110A, Para. 605.
☐ F. Quash all outstanding Bench Warrants.
☒ G. Other: △ TO RECEIVE CREDIT FOR TIME SERVED. NO FURTHER TIME TO BE SERVED ON THIS CASE. COUNT II DISMISSED — THEFT

Date: 8-4-04

Cost Breakdown:
| | |
|---|---|
| Clerk | $ |
| St Atty | $ |
| Sheriff | $ |
| | $ |
| Auto | $ |
| Ct Prot | $ |
| Ct Usage | $ |
| Dc Stor | $ |
| Sur Chg | $ |
| | $ |
| Total | $ |

CLERK—White   DEFENDANT—Pink   SHERIFF—Green   S/A—Canary   EXTRA—Goldenrod
Form 71 R-4/02   Final Order
PAGE 147
FINAL ORDER