STATE OF ILLINOIS, PEORIA COUNTY, IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT

☒ PEOPLE OF THE STATE OF ILLINOIS
☐ CITY OF PEORIA, IL, A MUNICIPAL CORP.

Plntf. _People of IL_    Case Number: **05CM2753**
vs.
Def. _Travis Williams_   4/16/99

Exhibit #3

FILED
ROBERT M. SPEARS
SEP 2 3 2004
CLERK OF THE CIRCUIT COURT
PEORIA COUNTY, ILLINOIS

05LE4190

| Judge | Collier | Ct Rep | | Plff Atty | |
| Def Atty / PRO SE | | Int | | Court Clerk | |

### INTERIM ORDER

**THE COURT FINDS:**

☒ 1. The Defendant ☐ appearing ☒ not appearing
☐ 2. The Defendant is informed of the charge(s) in the _____ and furnished a copy thereof.
☐ 3. The Defendant desires Court appointed counsel and the Court determines the Defendant ☐ is indigent ☐ is not indigent ☐ is not eligible.
☐ 4. The Defendant requests additional time for private counsel to appear.
☐ 5. Counsel identified above appears for the Defendant.
☐ 6. The Defendant waives the reading or explanation of the charge(s).
☐ 7. The Defendant enters a plea of Not Guilty to each count of the charge(s).
☐ 8. The Defendant informs the Court that he/she desires to waive his/her right to counsel. The Court, by personally addressing and questioning the Defendant in open Court, informs the Defendant of, and FINDS that he/she understands the following: (1) the nature of the charge(s) against him/her; (2) the minimum and maximum sentence prescribed by law, including the possibility of consecutive sentences and the penalty to which the Defendant may be subjected because of prior convictions; (3) that he/she has the right to counsel; (4) that if he/she is indigent, counsel will be appointed to represent him/her without cost to him/her. Further, the Court FINDS that the Defendant's waiver to counsel is knowingly, understandingly and voluntarily made, and that no promises, threats or coercion have been used to cause the Defendant to waive counsel.
☐ 9. The Defendant informs the Court that he/she desires to waive his/her right to jury trial. The Court, by personally addressing and questioning the Defendant in open Court, informs the Defendant of, and FINDS that he/she understands the nature of his/her right to jury trial. Further, the Court FINDS that the Defendant's waiver of his/her right to jury trial is knowingly, understandingly and voluntarily made, and that no promises, threats or coercion have been used to cause the Defendant to waive his/her right to jury trial.
☐ 10. The ☐ Court ☐ Plaintiff ☐ Defendant move(s) for a continuance, due to _____
☐ 11. The Defendant moves for bail reduction to $ _____
☐ 12. Fine of $ _____ and costs of $ _____ are not paid in full.
☒ 13. Other _Defendant having filed pro se motion to vacate plead guilty_

**IT IS HEREBY ORDERED THAT:**

☐ A. The Public Defender is appointed to represent the Defendant.
☐ B. The Defendant's motion for bail reduction is ☐ granted ☐ denied. Bail set at $ _____
☒ C. This case is continued on motion of the ☐ Court ☐ Plaintiff ☐ Defendant, ☒ without objection ☐ over objection to _11-4-04_ at _1:30_ a.m./p.m. and is set for _hearing on motion_ in Courtroom _210_
☐ D. The case is set for ☐ jury trial ☐ bench trial ☐ motion on _____ at _____ a.m./p.m., Room _____
☐ E. A Warrant for the arrest of the Defendant shall issue with bail set at $ _____
☐ F. The Bond Forfeiture Order entered herein on _____ is vacated.
☐ G. The Warrant of Arrest ordered to issue on _____ is recalled.
☐ H. A petition shall issue and Defendant must appear in this Court and show cause as to why he/she should not be held in contempt of court for his/her failure to pay. The hearing is set for _____ at _____ A.M./P.M., in Courtroom _____
☒ I. Other _State ordered to respond to motion___

ENTERED 9-23-04

_____ JUDGE

Clerk - White;    DEFENDANT - Pink;
STATE - Canary;   D/P - Goldenrod          INTERIM ORDER          Form 61-R.4/02-intrmord

IN THE CIRCUIT COURT OF __PEORIA__ COUNTY
__TENTH__ JUDICIAL CIRCUIT
STATE OF ILLINOIS

EXHIBIT 42

__TRAVIS D WILLIAMS__ )
　　　　　　Plaintiff, )
)
vs. ) No. _____
)
__EUGENE MCADORY__ )
　　　　　　Defendant, )

PETITION

TO: THE CIRCUIT COURT, COUNTY OF __PEORIA__:

The petition of __TRAVIS D. WILLIAMS__, for HABEAS CORPUS pursuant to 735 ILCS 5/10-102 et. seq. (1992), states as follows:

1. I __TRAVIS D. WILLIAMS__, in whose behalf the petition is applied for, is confined or restrained of liberty at __MENARD Correctional center, MENARD__ Illinois __RANDOlPh__ County, by Warden __EUGENE McADORY__, respondent above named, Chief Administrative Officer of said correctional center.

2. Name and location of court under whose process plaintiff is confined: __PEORIA COUNTY COURT, 324 MAIN ST. PEORIA, IL. 61602 / Illinois DEPT: OF CORRECTIONS MENARD__

3. Nature of the crime and case number resulting in confinement: __BURGLARY, #00CF1052, 00CF1053__

4. The length of sentence is __12 YEARS = "2" 6 YEAR SENTENCE RAN CONCURRENT__ and a copy of commitment is attached hereto and incorporated herein as "Exhibit A".

5. The date of judgment, order, or decree for confinement is __JANUARY 2001__.

6. I entered a pleas of Guilty/Not Guilty.

Revised Oct 2002

PG (49)

EXHIBIT 42

Exhibit 43
43

7. I was convicted by a ~~Bench Trial~~ ~~Jury Trial~~, PLEA AGREEMENT

8. Was an appeal taken? __NO__

9. If you answered "yes" to question "8", list:

   (a) Name of court _____

   (b) Disposition _____

   (c) Date of disposition _____

   (d) Issues raised _____

   _____

   _____

10. If the answer to question "8" was "no", state the reasons for not appealing: __BECAUSE A PLEA AGREEMENT WAS TAKEN IN THE CAUSE OF ACTION, AND CONVICTION DIDN'T BECOME ILLEGAL UNTILL MARCH 16th 2004.__

11. Have any other applications, petitions, or motions been filed or made in regard to the same detention or restraint? __NO__

12. If you answered "yes" to question "11", list:

   (a) Name of court _____

   (b) Disposition _____

   (c) Date of disposition _____

   (d) Issues raised _____

   _____

   _____

15. I believe that I am being held unlawfully on the following grounds:

   (A) Ground one: __VIOLATION TO PLAINTIFF RIGHTS PURSUANT TO 730 ILCS 5/3-3-9 (C.)(D.)(E.) HEARINGS__

Revised Oct 2002        PG 50    Exhibit 43

(B) Ground two: <u>Violated Plaintiff Right to 730 ILCS 5/3-3-2 (1.) (2.) (3.) (4.) Powers and Duties</u>

(C) Ground three: <u>Illinois Department of Correction DR 504 Rule Governing Goodtime. The Prisoner Review Board was suppose to hold afair hearing for the plaintiff, But Didn't, But resulting in revocation of Plaintiff Goodtime and Parole</u>

(D) Ground four: <u>Citing the Fifth and Fourteenth United States Constitutional Amendments, also Judicial circuit court originally gave the time, the Illinois Department of Correction is not an Judicial Entity so therefore they can not enhance a sentence without due process safe guards.</u>

16. Have all grounds raised in this petition been presented to the highest court having jurisdiction? <u>NO</u>

17. If you answered "no" to question "16", what grounds were not presented and why: <u>This cause should be taken to the lowest courts, since they are the cause of Plaintiffs Rights being violated, after conviction.</u>

18. Do you have any other petition or appeal now pending in any court, either state or federal, as to the judgment under attack? <u>NO</u>

19. If you answered "yes" to question "18", list:

Revised Oct 2002

PG (51)

(a) Name of court _____

(b) Disposition _____

(c) Date of disposition _____

(d) Issues raised _____

_____

_____

WHEREFORE, Plaintiff prays that a PETITION OF HABEAS CORPUS directed to the Defendant above named, issued for the purpose of inquiring into the cause of the imprisonment and restraint of the Plaintiff, and the delivering him therefrom, pursuant to law.

Respectfully submitted,

/s/ *Travis D. Williams*
Plaintiff, pro se
Number **867417**
P.O. Box **711**
             **MENARD**         , Illinois
Zip code **62259**

### AFFIDAVIT

I, **TRAVIS D. WILLIAMS**, deposes and says that as to the petition herein, he is the plaintiff in the above entitled cause; that he has read the foregoing document, by his signed and that the statements contained therein are true in substance and in fact.

s/s *Travis D. Williams*
Plaintiff, pro se

Signed before me this **4th** day of **May**, 20**04**.

_____
Notary Public

"OFFICIAL SEAL"
Regina Summers
Notary Public, State of Illinois
My Commission Exp. 07/21/2005

Revised Oct 2002

pg (52)

## VERIFICATION OF CERTIFICATION

I, __TRAVIS D. WILLIAMS__, the undersigned, certify and state that:

1. I am the (<u>Petitioner</u>/Respondent) in the above captioned legal matter.

2. I have read the foregoing application and have knowledge of its contents; and

3. Under penalties as provided by law pursuant to sec. 1-109 of the Code of Civil Procedure, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.

_Travis D. Williams_
(Your signature)

## ORDER

The foregoing application is:

_____ Granted

_____ Denied

_____
Judge, Circuit Court

Revised Oct 2002

PG 53

EXhibit 47
47

IN THE
COUNTY OF PEORIA
TENTH CIRCUIT COURT

TRAVIS D. WILLIAMS )
Plaintiff, )
)
) Case No. _____
v. )
)
EUGENE MCADORY )
ROGER E. WALKER )
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: Circuit clerk Robert Spears    TO: States Att: Kevin Lyons
324 main ST Rm G-22                324 Main ST Rm 111
Peoria, IL 61602                   Peoria, IL 61602

PLEASE TAKE NOTICE that on MAY 11th, 20 04, I have placed the documents listed below in the institutional mail at MENARD Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:
3 Copies of STATE HABENS CORPUS

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 5/4/04

/s/ Travis D. Williams
NAME: TRAVIS D. WILLIAMS
IDOC#: B67417
MENARD Correctional Center
P.O. BOX 711
MENARD, IL 62259

Revised Oct 2002

PG. 54

NO NOTARY AVAILABLE FOR PRISONER TRAVIS WILLIAMS SO HE WAS FORCED TO FILE THIS FORM OF DECLARATION ALL THE CONTENTS OF THIS MOTION AND BRIEF ARE TRUE

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned, declare (or certify, verify, or state), under penalty of perjury, that I am the plaintiff in the above action, that I have read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Signed this _1_ day of _NOVEMBER_ _2004_

_Travis Williams_
Signature of Plaintiff

(Rev. 2/93)                          -6-