Name: **TRAVIS WILLIAMS**   No: B67417   Inst: MEN   Dkt No: 

STATE OF ILLINOIS
## PRISONER REVIEW BOARD

Date: 08/18/2004

**To the Warden—**
The following order is your authority to release this individual on parole to the custody and supervision of the Office of Community Supervision, or continue to hold as indicated. If parole is ordered, said order is subject to being vacated prior to release to parole. Any release is contingent upon execution of Parole or Mandatory Supervised Release Agreement.

**Violator Rationale**
The inmate named has violated parole or Mandatory Supervised Release because the inmate:

☐ Committed the criminal offense of _____

☒ Violated condition(s) _Rules #1_

_____ of the Parole or Release Agreement.

☐ Violated condition(s) _____

_____ of your Special Order.

☐ Absconded

☐ Failed to report or falsified report(s)

**Evidence Relied Upon**
☐ Counselor's Report
☐ Police Report
☒ Witnesses' testimony
☐ Own admission

---

☐ Parole granted effective when
  ☐ Parole plans are approved
  ☐ Minimum is served
  ☐ Eligible
☐ Subject to regular conditions and
  ☐ Special Order No. _____
☐ Parole denied, continued to _____
☐ Hearing continued to _____
  ☐ Psychiatric Report requested
  ☐ For verification of parole plans
  ☐ At inmate's request
☐ Release date offer attached to and made a part of this Order

---

☐ Found not to be a violator
☒ Declared a violator as of _11-01-2003_ on _____
  ☒ Statutory Parole
  ☒ Mandatory Supervised Release
  ☐ Parole
☒ Parole or release revoked
  ☐ Continued to _____
☐ Parole or release continued
  ☐ Effective _____
  ☐ Effective when plans are approved
☐ Subject to Special Order No. _____
☐ Hearing continued to _____
  ☐ For further information
  ☐ For Court Disposition
  ☐ At inmate's request
  ☐ For Violation Report

The Board finds that this evidence is sufficient because: _subject pled guilty to violating his MSR on plans to MSR 86 days credit for time served_

For The Board: _[signature]_

---

☐ Order of _____
  ☐ Amended
  ☐ Stayed
  ☐ Vacated

☐ See Rationale attached to and made a part of this Order

White: Board
Canary: Inst. File
Pink: Resident
Goldenrod: Clinical or Parole Services

IL 578-0031 (2-87)

N28-28

**STATE OF ILLINOIS**
**PRISONER REVIEW BOARD**

Name: Travis Williams    No: B07417    Inst: MEN    Dkt. No: OV    Date: 5/27/04

**To the Warden—**
The following order is your authority to release this individual on parole to the custody and supervision of the Office of Community Supervision, or continue to hold as indicated. If parole is ordered, said order is subject to being vacated prior to release to parole. Any release is contingent upon execution of Parole or Mandatory Supervised Release Agreement.

- ☐ Parole granted effective when
    - ☐ Parole plans are approved
    - ☐ Minimum is served
    - ☐ Eligible
- ☐ Subject to regular conditions and
    - ☐ Special Order No. _____
- ☐ Parole denied, continued to _____
- ☐ Hearing continued to _____
    - ☐ Psychiatric Report requested
    - ☐ For verification of parole plans
    - ☐ At inmate's request
- ☐ Release date offer attached to and made a part of this Order

---

- ☐ Found not to be a violator
- ☐ Declared a violator as of _____ on _____
    - ☐ Statutory Parole
    - ☐ Mandatory Supervised Release
    - ☐ Parole
- ☐ Parole or release revoked
    - ☐ Continued to _____
- ☐ Parole or release continued
    - ☐ Effective _____
    - ☐ Effective when plans are approved
- ☐ Subject to Special Order No. _____
- ☐ Hearing continued to _____
    - ☐ For further information
    - ☐ For Court Disposition
    - ☐ At inmate's request
    - ☐ For Violation Report

---

Minute Sheet Entry
☒ Order of March 16, 2004
☐ Amended
☐ Stayed
☒ Vacated - Inmate Not Present

---

☐ See Rationale attached to and made a part of this Order

White: Board
Canary: Inst. File
Pink: Resident
Goldenrod: Clinical or Parole Services

IL 578-0011 (2/87)

**Violator Rationale**
The inmate named has violated parole or Mandatory Supervised Release because the inmate:
- ☐ Committed the criminal offense of _____
- ☐ Violated condition(s) _____ of the Parole or Release Agreement.
- ☐ Violated condition(s) _____ of your Special Order.
- ☐ Absconded.
- ☐ Failed to report or falsified report(s).

**Evidence Relied Upon**
- ☐ Counselor's Report
- ☐ Police Report
- ☐ Witnesses testimony
- ☐ Own admission

The Board finds that this evidence is sufficient because _____

For The Board: [signature]

51

N2 8-28

**STATE OF ILLINOIS**
**PRISONER REVIEW BOARD**

Name: _Junius Williams_  No. _R67417_  Inst. _MEN_  Dkt. No. _PV_
Date: _3-16-04_

**To the Warden—**
The following order is your authority to release this individual on parole to the custody and supervision of the Office of Community Supervision, or continue to hold as indicated. If parole is ordered, said order is subject to being vacated prior to release to parole. Any release is contingent upon execution of Parole or Mandatory Supervised Release Agreement.

**Violator Rationale**
The inmate named has violated parole or Mandatory Supervised Release because the inmate:

- [x] Committed the criminal offense of _Rob #1_
  _Pros. Batty_
- [ ] Violated condition(s) _____
  of the Parole or Release Agreement.
- [ ] Violated condition(s) _____
  of your Special Order.
- [ ] Absconded
- [ ] Failed to report or falsified report(s).

**Evidence Relied Upon**
- [x] Counselor's Report
- [x] Police Report
- [ ] Witnesses testimony
- [ ] Own admission

The Board finds that this evidence is sufficient because _a preponderance of evidence_

---

- [ ] Parole granted effective when
  - [ ] Parole plans are approved
  - [ ] Minimum is served
  - [ ] Eligible
- [ ] Subject to regular conditions and
  - [ ] Special Order No. _____
- [ ] Parole denied, continued to _____
- [ ] Hearing continued to _____
  - [ ] Psychiatric Report requested
  - [ ] For verification of parole plans
  - [ ] At inmate's request
- [ ] Release date offer attached to and made a part of this Order

---

- [ ] Found not to be a violator
- [x] Declared a violator as of _1-1-05_ on
  - [ ] Statutory Parole
  - [x] Mandatory Supervised Release
  - [ ] Parole
- [x] Parole or release revoked
  - [ ] Continued to _____
- [ ] Parole or release continued
  - [ ] Effective _____
  - [ ] Effective when plans are approved
  - [ ] Subject to Special Order No. _____
- [ ] Hearing continued to _____
  - [ ] For further information
  - [ ] For Court Disposition
  - [ ] At inmate's request
  - [ ] For Violation Report

For The Board: _[signatures]_

---

- [ ] Order of _____
  - [ ] Amended
  - [ ] Stayed
  - [ ] Vacated

- [ ] See Rationale attached to and made a part of this Order

White: Board
Canary: Inst. File
Pink: Resident
Goldenrod: Clinical or Parole Services

IL 578-0011 (2-87)

# AFFIDAVIT

## In support of FRCP 56 A, F, by Plaintiff

1. Travis Williams states he is the one who brought this cause of action to Spears for denial of access to the courts from August 2002 to November 2003 in different cause's of action.

2. Travis Williams further states that information needed, needs to be court ordered by a Judge in this cause of action.

3. Travis Williams states that he sent Robert Spears at least 15 pleadings from the date of August 2002, and July 2003 and was never accessed to the courts in a December 10th incident of agg assualt.

4. Travis Williams states that on November 1st of 2003 he was charged with residential burglary, robbery criminal damage to prp, and domestic battery but never arrainged.

5. Travis Williams states that on January 20th 2004 he finally appeared in court and was notified of charges of Domestic Battery, and Theft, but never arrainged for charges outlined in no. # 4, of Spears motion for summary judgement

6. All information that plaintiff needs to prevail has to be court ordered as outlined in FRCP 56 F.

Respectfully submitted

Travis Williams

STATE OF ILLINOIS ) 
) SS
COUNTY OF Randolph )

## AFFIDAVIT

I, TRAVIS WILLIAMS, being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto: STATES THAT HE HAS COMPLIED WITH DEFENDANTS MOTION FOR SUMMARY JUDGEMENT PURSUANT TO FRCP 56 A, F. BY RESPONDING TO SPEARS MOTION PURSUANT TO FRCP 56 E.

Subscribed and sworn to before me on the 23rd day of November, 2004.

Regina Summers
NOTARY PUBLIC

"OFFICIAL SEAL"
Regina Summers
Notary Public, State of Illinois
My Commission Exp. 07/21/2005

Respectfully submitted,

Travis Williams