E-FILED
Monday, 06 December, 2004  12:18:09 PM
Clerk, U.S. District Court, ILCD

**Illinois**
Department of
**Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Menard Correctional Center / 711 Kaskaskia St. / Menard, IL 62259-9998 / Telephone: (618) 826-5071 / TDD: (800) 526-0844

December 3, 2004

FILED

DEC – 6 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States District Court
Central District Of Illinois
Office Of the Clerk
100 N.E. Monroe
Peoria, IL. 61602

Re:  Travis Williams, B67417
Case:  04-1074

Gentlemen:

Please be advised that on 11-24-04, Travis Williams was released from custody.

Our records indicate that he still had a balance due on the above mentioned court case.  On case 04-1074 he still owes the court $146.16.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Carla Draves

Carla Draves
Trust Office