E-FILED
Monday, 06 December, 2004  01:25:38 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| TRAVIS WILLIAMS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | CASE NO. 04-1074 |
| ROBERT M. SPEARS, | ) | |
| Defendant. | ) | |

**DEFENDANT'S REPLY TO PLAINTIFF'S SUMMARY JUDGMENT RESPONSE**

Now comes the Defendant, ROBERT M. SPEARS, by his attorneys, KEVIN W. LYONS, State's Attorney of Peoria County, LYNDEN D. SCHMIDT, Assistant State's Attorney, and pursuant to CDIL-LR 7.1(D)(3), files his Reply to Plaintiff's Response to Defendant Spears' Motion for Summary Judgment. Defendant Spears also responds to Plaintiff's "Brief in Support of Plaintiff's Motion for Summary Judgment" filed on November 22, 2004 after Defendant filed his Motion for Summary Judgment. (Docket Entry No. 34, Part 1) Defendant states as follows:

I.   **MATERIAL FACTS**

The Plaintiff introduces several new facts in his Response to the Defendant's Motion for Summary Judgment ("RESPONSE") and in his Brief in Support of his Motion for Summary Judgment ("BRIEF").

A.   **FACTS IN PLAINTIFF'S RESPONSE** (Docket Entry No. 36, Part 1)

1.   While Plaintiff Travis Williams "was incarcerated and convicted for Case Nos. 2000-CF-1052 and 00-CF-1053 he was charged for more criminal charges from being prereleased and mandatory supervised released, December 10, 2001 and August 22, 2002." (page 1)

**RESPONSE** – The only criminal charges brought against the Plaintiff in Peoria County from the year 2000 to date in 2004 were filed on October 27, 2000 and December 8, 2003.

   a.   Affidavit of Stefani Quast, Exhibit B

2. In January 2002, Williams was charged for agg[ravated] assault. (page 1)

**RESPONSE** – The only criminal charges brought against the Plaintiff in Peoria County from the year 2000 to date in 2004 were filed on October 27, 2000 and December 8, 2003.

    a. Affidavit of Stefani Quast, Exhibit B

3. Spears called the Internal Affairs Division at Western C.C. and stated that Plaintiff had threatened him. (page 3)

**RESPONSE** – Spears has never called the Western CC or any other Illinois Department of Corrections facility.

    a. Affidavit of Robert Spears, Exhibit A

**B. FACTS IN AFFIDAVIT IN SUPPORT OF PLAINTIFF'S RESPONSE** (Docket Entry No. 36, Part 9)

1. Travis Williams states that he sent Robert Spears at least 15 pleadings from the date of August, 2002 and July, 2003 and was never "assessed to the courts in a December 10th [2001] incident of agg[ravated] assault." (Plaintiff states on page 1 of his RESPONSE that the year is 2001.)

**RESPONSE** – Plaintiff had no pending criminal cases in Peoria County in 2002 and none in 2003 until December 8, 2003.

    a. Affidavit of Robert Spears, Exhibit A

    b. Affidavit of Stefani Quast, Exhibit B

2. Plaintiff was never arraigned for the charges filed on December 8, 2003.

**RESPONSE** – The Plaintiff was arraigned on January 20, 2004.

    a. Defendant's Motion for Summary Judgment, Exhibit B, Affidavit of Robert Spears, Exhibit 10

C. **FACTS IN PLAINTIFF'S BRIEF IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT** (Docket Entry No. 34)

1. Plaintiff's Leave to File a Petition of Mandamus dated December 31, 2003 was returned. (page 4)

    **RESPONSE** – The petition was postmarked January 2, 2004 and was filed along with the Plaintiff's Motion for Appointment of Counsel and Application to Defend as a Poor Person in the Peoria County Circuit Clerk's Office on January 5, 2004.

    a. Defendant's Motion for Summary Judgment, Exhibit B, Affidavit of Robert Spears, Ex. 5, 6, 7 and 8.

II. **APPLICABLE LAW**

The Plaintiff must show "some quantum of detriment caused by the challenged conduct...resulting in the interruption and/or delay of [his] pending or contemplated litigation" (*Gentry v. Duckworth*, 65 F.3d 555, 558 (7th Cir. 1995), quoting *Jenkins v. Lane*, 977 F.2d 266, 268 (7th Cir. 1992).

A person's right of access to the courts is found in the First Amendment (*Vasquez v. Hernandez*, 60 F.3d 325, 328 (7th Cir. 1995)).

III. **ARGUMENT**

The Plaintiff claims that he filed documents with the Peoria County Circuit Clerk's Office between August, 2002 and July, 2003 with regard to pending criminal charges from December 10, 2001 and August 22, 2002. However, from the year of 2000 to date, only three criminal cases have been filed against the Plaintiff in Peoria County (Exhibit A, Affidavit of Robert Spears and Exhibit B, Affidavit of Stefani Quast). The first two were filed on October 27, 2000. The Plaintiff was sentenced in these two cases on January 22, 2001, and no notice of appeal and no motions to vacate were filed (Exhibit A, Affidavit of Robert Spears, Ex. 1 and 2; Exhibit B, Affidavit of Stefani Quast). The only other criminal case against the Plaintiff was filed on December 8, 2003 and involved only

the Plaintiff's arrest on November 1, 2003. (Exhibit B, Affidavit of Stefani Quast; Defendant's Motion for Summary Judgment, Exhibit B, Affidavit of Robert Spears, Ex. 1) There were no criminal charges in Peoria County against the Plaintiff for charges from December 10, 2001 or August 22, 2002. The Plaintiff cannot claim he was denied access to the courts on criminal charges that were never filed. (*Gentry,* 65 F.3d at 558)

The Plaintiff also argues that the Defendant has violated his equal protection and due process rights. However, the only claim against Spears is that the Plaintiff was denied access to the Courts. (Order entered May 13, 2004, Docket Entry No. 5). Such a claim is based on the First Amendment (*Vasquez,* 60 F.3d at 328).


RESPECTFULLY SUBMITTED,
ROBERT SPEARS
Defendant

KEVIN W. LYONS
State's Attorney of Peoria County


By: /s/ Lynden D. Schmidt
    Assistant State's Attorney
    Room 111, Peoria County Courthouse
    324 Main St.
    Peoria, IL 61602
    (309) 672-6017

LDS/04/williamsTravis reply summary judgment response.doc/plf

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| TRAVIS WILLIAMS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | CASE NO. 04-1074 |
| ROBERT M. SPEARS, | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, LYNDEN D. SCHMIDT, Assistant State's Attorney of Peoria County, hereby certify that on the 6th day of December, 2004, I caused a true and correct copy of the attached Defendant's Reply to Plaintiff's Summary Judgment Response to be served upon:

Travis D. Williams, #B67417
MCC
P.O. Box 711
Menard, IL 62259

by depositing the same in the United States Mail in the Peoria County Courthouse, Peoria, Illinois, postage fully prepaid and addressed as aforesaid.

By: /s/ Lynden D. Schmidt
    Assistant State's Attorney of Peoria County
    Peoria County Courthouse
    324 Main Street, Room 111
    Peoria, IL 61602
    (309) 672-6017

LDS/04/williamsTravis reply summary judgment response.doc/plf