E-FILED
Monday, 06 December, 2004 01:26:27 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| TRAVIS WILLIAMS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | CASE NO. 04-1074 |
| ROBERT M. SPEARS, | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF ROBERT M. SPEARS

STATE OF ILLINOIS     )
                      )
COUNTY OF PEORIA      )

NOW COMES ROBERT M. SPEARS and states under oath as follows:

1. I am an adult under no legal disability and if called as a witness in this case could testify to the facts contained herein from my own personal knowledge.

2. I am the Peoria County Circuit Clerk.

3. I have searched the records of my office and the only criminal cases filed against the Plaintiff in Peoria County from the year 2000 to date in 2004 are as follows:

    a. 00-CF-1052 filed on October 27, 2000;

    b. 00-CF-1053 filed on October 27, 2000; and

    c. 03-CM-2753 filed on December 8, 2003.

    That attached to this Affidavit as Exhibits 1 and 2 are true and correct copies of the Event Summaries for Case Nos. 00-CF-1052 and 00-CF-1053.

4. I have never called the Menard Correctional Center or any other Illinois Department of Corrections facility.

**FURTHER AFFIANT SAYETH NOT.**

*/s/ Robert M Spears*
**ROBERT M. SPEARS**

**EXHIBIT A**

I, ROBERT M. SPEARS, hereby certify that under penalties provided by law, the statements set forth in this Affidavit are true and correct, except as to matters herein stated to be on information and belief and as to such matters I hereby certify that I thoroughly believe the same to be true.

*Robert M Spears*
**ROBERT M. SPEARS**

Signed and sworn to before me this ___3___ day of ___December___, 2004.

*Denise E. Kucavik*
**NOTARY PUBLIC**

> OFFICIAL SEAL
> DENISE E KUCAVIK
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES:11/03/07

**EXHIBIT A**

Lds/04/williamsTravis spears affidavit-answer.doc/PLF