C R I M I N A L   E V E N T   S U M M A R Y

CASE NO: 00 CF 01053 DEF NO: 01 WILLIAMS, TRAVIS D

```
E F    DATE     TIME   LOCATION            VAC EVENT DESCRIPTION        AMOUNT
012   01/22/01         JUDGE BRANDT            JUDGE SENTENCED DEF
011   01/22/01 09:15A  JUDGE BRANDT            JURY TRIAL
010   01/12/01 09:15A  JUDGE BRANDT            SCHEDULING CONF
009   11/09/00         JUDGE BRANDT            PUBLIC DEF APPT
008   11/09/00 11:00A  JUDGE BRANDT            ARRAIGNMENT
007   11/07/00         JUDGE FREDERICKSE       DIRECTIVE ISSUED
005   11/07/00         JUDGE BRANDT            CASE ASSIGNED TO JUDGE
006   10/27/00         JUDGE FREDERICKSE       BOND SET                  15,000.00
004   10/27/00         JUDGE FREDERICKSE       PRE TRIAL REPORT FILED
003   10/27/00         JUDGE FREDERICKSE       DEFENDANT IN CUSTODY
002   10/27/00         JUDGE FREDERICKSE       PUBLIC DEF APPT
001   10/27/00 02:30P  CRT 321                 BONDING COURT
```

PF1-DISPOSITION   PF2-CHARGES   PF3-DEFENDANT   PF8-INDEX          PF9-RETU

Spears Affidavit, Ex. 2
Summary Judgment Reply

Date: 11/22/2004 Time: 01:38:25 PM