IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| TRAVIS WILLIAMS, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | |
| | ) | CASE NO. 04-1074 |
| ROBERT M. SPEARS, | ) | |
|     Defendant. | ) | |

## AFFIDAVIT OF STEFANI QUAST

STATE OF ILLINOIS       )
                        )
COUNTY OF PEORIA        )

NOW COMES STEFANI QUAST and states under oath as follows:

1. I am an adult under no legal disability and if called as a witness in this case could testify to the facts contained herein from my own personal knowledge.

2. I work for the Peoria County State's Attorney as the Charging Legal Assistant.

3. I have searched the records in the State's Attorney's Office and the only criminal charges filed against Travis D. Williams from the year 2000 to date in 2004 are as follows:

   a. 00-CF-1052 filed on October 27, 2000;

   b. 00-CF-1053 filed on October 27, 2000; and

   c. 03-CM-2753 filed on December 8, 2003.

**FURTHER AFFIANT SAYETH NOT**

*/s/ Stefani Quast*
STEFANI QUAST

OFFICIAL SEAL
PAULETTE L FAIR
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 12/06/05

I, STEFANI QUAST, hereby certify that under penalties provided by law, the statements set forth in this Affidavit are true and correct, except as to matters herein stated to be on information and belief and as to such matters I hereby certify that I thoroughly believe the same to be true.

*/s/ Stefani Quast*
STEFANI QUAST

*/s/ Paulette L. Fair*
NOTARY PUBLIC

Signed and sworn to before me this 30th

day of ___November___, 2004.

EXHIBIT B

Lds/04/williamsTravis quast affidavit.doc/PLF