C R I M I N A L   E V E N T   S U M M A R Y

CASE NO: 00 CF 01052 DEF NO: 01 WILLIAMS, TRAVIS D

| E F | DATE | TIME | LOCATION | VAC | EVENT DESCRIPTION | AMOUNT |
|-----|------|------|----------|-----|-------------------|--------|
| 012 | 01/22/01 |        | JUDGE BRANDT       | | JUDGE SENTENCED DEF    |           |
| 011 | 01/22/01 | 09:15A | JUDGE BRANDT       | | JURY TRIAL             |           |
| 010 | 01/12/01 | 09:15A | JUDGE BRANDT       | | SCHEDULING CONF        |           |
| 009 | 11/09/00 |        | JUDGE BRANDT       | | PUBLIC DEF APPT        |           |
| 008 | 11/09/00 | 11:00A | JUDGE BRANDT       | | ARRAIGNMENT            |           |
| 007 | 11/07/00 |        | JUDGE FREDERICKSE  | | DIRECTIVE ISSUED       |           |
| 005 | 11/07/00 |        | JUDGE BRANDT       | | CASE ASSIGNED TO JUDGE |           |
| 006 | 10/27/00 |        | JUDGE FREDERICKSE  | | BOND SET               | 15,000.00 |
| 004 | 10/27/00 |        | JUDGE FREDERICKSE  | | PRE TRIAL REPORT FILED |           |
| 003 | 10/27/00 |        | JUDGE FREDERICKSE  | | DEFENDANT IN CUSTODY   |           |
| 002 | 10/27/00 |        | JUDGE FREDERICKSE  | | PUBLIC DEF APPT        |           |
| 001 | 10/27/00 | 02:30P | CRT 321            | | BONDING COURT          |           |

PF1-DISPOSITION    PF2-CHARGES    PF3-DEFENDANT    PF8-INDEX              PF9-RETU

Spears Affidavit, Ex. 1
Summary Judgment Reply

Date: 11/22/2004 Time: 01:42:30 PM