WILLIAMS VS. DIXON et. AL. 04-1074
AND WILLIAMS VS. I.D.O.C.

MR. WILLIAMS HAS MOVED FROM I.D.O.C. TO 601 S.W. ADAMS, SEND ANY AND ALL DOCUMENTS PERTAINING TO THESE TWO CASE mentioned ABOVE TO 601 S.W. ADAMS,
PEORIA, IL. 61602
309-676-6416

**FILED**
DEC 14 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

signed Francis S. Williams
12/13/04