**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| TRAVIS WILLIAMS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | CASE NO. 04-1074 |
| ROBERT M. SPEARS, | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, LYNDEN D. SCHMIDT, Assistant State's Attorney of Peoria County, hereby certify that on the 14th day of December, 2004, I caused a true and correct copy of the attached Defendant's Reply to Plaintiff's Summary Judgment Response to be served upon:

Travis D. Williams
601 SW Adams
Peoria, IL 61602

by depositing the same in the United States Mail in the Peoria County Courthouse, Peoria, Illinois, postage fully prepaid and addressed as aforesaid.


By: /s/ Lynden D. Schmidt
      Assistant State's Attorney of Peoria County
      Peoria County Courthouse
      324 Main Street, Room 111
      Peoria, IL 61602
      (309) 672-6017