UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
ROOM 309
FEDERAL BUILDING
100 N.E. MONROE
PEORIA, ILLINOIS 61602

OFFICIAL BUSINESS

Travis D Williams B67417
601 SW Adams
Peoria, IL 61602

------------------------------------------



FILED
JAN 27 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



## Multi-Action Order
1:04-cv-01074-HAB-JAG Williams v. Dixon, et al

### U.S. District Court

### Central District of Illinois

Notice of Electronic Filing

The following transaction was received from HK, ilcd entered on 1/14/2005 at 8:39 AM CST and filed on 1/14/2005
**Case Name:** Williams v. Dixon, et al
**Case Number:** 1:04-cv-1074
**Filer:**
**Document Number:**

**Docket Text:**
TEXT ORDER. Pending resolution of the pending dispositive motions, the 1/14/05 1:30 Status Conf is CANCELLED & will be reset if appropriate. Clerk is directed to notify the parties, via telephone, forthwith. Entered by Judge Harold A. Baker on 1/14/05. (HK, ilcd)

The following document(s) are associated with this transaction:

**1:04-cv-1074 Notice will be electronically mailed to:**

Lynden Dianne Schmidt    lschmidt@co.peoria.il.us

**1:04-cv-1074 Notice will be delivered by other means to:**

Kevin W Lyons
PEORIA COUNTY STATES ATTORNEY
Peoria County Courthouse
324 Main St
Room 111
Peoria, IL 61602

Travis D Williams
B67417
601 SW Adams
Peoria, IL 61602