E-FILED
Tuesday, 07 June, 2005  08:38:52 AM
Clerk, U.S. District Court, ILCD

Travis D Williams B67417
601 SW Adams
Peoria, IL 61602

FILED
JUN - 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ATTEMPTED, NOT KNOWN

RETURNED TO SENDER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
ROOM 309
FEDERAL BUILDING
100 N.E. MONROE
PEORIA, ILLINOIS 61602

OFFICIAL BUSINESS

# Orders on Motions

1:04-cv-01074-HAB-JAG Williams v. Dixon, et al

## U.S. District Court

## Central District of Illinois

Notice of Electronic Filing

The following transaction was received from KB, ilcd entered on 5/26/2005 at 7:26 AM CDT and filed on 5/26/2005
**Case Name:**         Williams v. Dixon, et al
**Case Number:**       1:04-cv-1074
**Filer:**
**Document Number:**

**Docket Text:**
TEXT ORDER Entered by Judge Harold A. Baker on 5/26/05.Before the court is the plaintiff's motion for appointment of counsel [d/e 23]. Appointment of counsel is not warranted in this case. Neither the legal issue raised in the complaint nor the evidence that might support the plaintiff's claims are so complex or intricate that a trained attorney is necessary. The plaintiff appears more than capable of presenting his case. The plaintiff has alleged no physical or mental disability that might preclude him from adequately investigating the facts giving rise to his complaint. See Merritt v. Faulkner, 697 F.2d 761, 765 (7th Cir. 1983). It should additionally be noted that the court grants pro se litigants wide latitude in the handling of their lawsuits. The motion is denied pursuant to Maclin v. Freake, 650 F.2d 885, 887-89 (7th Cir. 1981). See Merritt, 697 F.2d 761, 763 (7th Cir. 1983) and Jackson v. County of McLean, 953 F.2d 1070, 1071 (7th Cir. 1992). (KB, ilcd)

The following document(s) are associated with this transaction:

**1:04-cv-1074 Notice will be electronically mailed to:**

Lynden Dianne Schmidt    lschmidt@co.peoria.il.us

**1:04-cv-1074 Notice will be delivered by other means to:**

Kevin W Lyons
PEORIA COUNTY STATES ATTORNEY
Peoria County Courthouse
324 Main St
Room 111
Peoria, IL 61602

Travis D Williams
B67417
601 SW Adams
Peoria, IL 61602