# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

Travis D. Williams

vs.                                                                 Case Number:    **04-1074**

Dixon, et al.

**DECISION BY THE COURT**.  This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and against the plaintiff.

ENTER this 26th day of September, 2005

/s/ John M. Waters
JOHN M. WATERS, CLERK

/s/ K. Burns
_____
BY: DEPUTY CLERK