**E-FILED**
Monday, 03 October, 2005 05:59:24 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
ROOM 309
FEDERAL BUILDING
100 N.E. MONROE
PEORIA, ILLINOIS 61602

OFFICIAL BUSINESS

**FILED**

OCT 3 - 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RETURN TO SENDER
FORWARDING ORDER EXPIRED

Travis D Williams B67417
601 SW Adams
Peoria, IL 61602



Hasler